**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Athenex, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Kinex Pharmaceuticals, Inc.** <br> **DBA  Kinex Pharmaceuticals** <br> **Athenex Sciences** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1985966** |

4. **Debtor's address**

**Principal place of business**

**Conventus Building**
**1001 Main Street, Suite 600**
**Buffalo, NY 14203**
Number, Street, City, State & ZIP Code

**Erie**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **www.athenex.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Athenex, Inc.**                                                              Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      5417

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Athenex, Inc.**                                          Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Rider 1 attached hereto** | Relationship | **Affiliate** |
| District | **Southern District Texas, Houston** | When _____  Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
Contact name  _____
Phone  _____

---

| | Statistical and administrative information |
|---|---|

**13.** **Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Athenex, Inc.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾   Case number (*if known*) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Athenex, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2023**
                MM / DD / YYYY

**X** **/s/ Nicholas K. Campbell**                              **Nicholas K. Campbell**
Signature of authorized representative of debtor                Printed name

Title    **Chief Restructuring Offier**

---

**18. Signature of attorney**

**X** **/s/ Michael D. Warner**                         Date    **May 14, 2023**
Signature of attorney for debtor                               MM / DD / YYYY

**Michael D. Warner**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**440 Louisiana Street**
**Suite 900**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone    **714-384-4740**        Email address    **mwarner@pszjlaw.com**

**00792304 TX**
Bar number and State

**Rider 1 to Voluntary Petition**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

1.      Athenex Pharma Solutions, LLC

2.      Athenex Pharmaceutical Division, LLC

3.      Athenex R&D LLC

4.      Athenex, Inc.

5.      Cell Medica, Inc.

6.      Kuur Therapeutics Inc.

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of Texas

In re __Athenex, Inc.__            Case No. _____

                          Debtor(s)     Chapter    __11__

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __001-38112__.

2. The following financial data is the latest available information and refers to the debtor's condition on __12/31/2022__.

    a. Total assets                                        $             204,055,000.00

    b. Total debts (including debts listed in 2.c., below)     $             228,236,000.00

    c. Debt securities held by more than 500 holders:

| | | | | | | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |

    d. Number of shares of preferred stock                  0             0

    e. Number of shares common stock                      413,205        118

       Comments, if any:

3. Brief description of Debtor's business:
    **A global oncology focused biopharmaceutical company dedicated to the discovery, development and commercialization of novel therapies for the treatment of cancer, aiming to develop safer and more efficacious cancer medication.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **Perceptive Advisors LLC**
    **IP Group PLC**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

# SECRETARY'S CERTIFICATE

## OF

## ATHENEX, INC.

## May 12, 2023

The undersigned hereby certifies that she is the duly elected and qualified acting Secretary of Athenex, Inc., a Delaware Corporation (the "***Company***"), and further certifies in such capacity that attached hereto as __Exhibit A__ is a true, complete and correct copy of resolutions duly adopted by the board of directors of the Company.  Such resolutions have not been amended, modified or rescinded since their adoption and remain in full force and effect as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Secretary's Certificate as of the date first set forth above.

Jennifer Shiao
Secretary, Athenex, Inc.

**RESOLUTIONS OF THE**
**BOARD OF DIRECTORS OF**
**ATHENEX, INC.**

The undersigned, constituting all of the members of the Board of Directors (the "**Board**") of Athenex, Inc., a Delaware corporation (the "**Company**"), acting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware and the Company's Amended and Restated Bylaws (the "**Bylaws**"), hereby adopt the following recitals and resolutions effective as of May 12, 2023.

**WHEREAS**, the Board of Directors has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services;

**WHEREAS**, the Board of Directors has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**");

**NOW, THEREFORE, BE IT RESOLVED** that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code;

**RESOLVED**, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify, and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, which include, but is not limited to, selling all or substantially all of the Company's assets or prosecuting a chapter 11 plan, with a view to the successful prosecution of such case;

**RESOLVED FURTHER**, that the Authorized Officers, on behalf of the Company, are authorized and empowered to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**") as bankruptcy counsel  to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZJ;

**RESOLVED FURTHER**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain MERU, LLC ("**MERU**") to provide certain financial advisory and transaction advisory services to the Company, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention

1

agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of MERU;

**RESOLVED FURTHER**, that Nicholas Campbell of MERU has been appointed, effective as of April 19, 2023, to serve as Chief Restructuring Officer of the Company and its affiliates, shall be an Authorized Officer (as defined in these resolutions), and is hereby authorized to make decisions with respect to all aspects of the management and operation of each Company's business including, without limitation, organization, human resources, marketing, sales, logistics, finance, administration, oversight, of the prosecution of each Company's bankruptcy case, including, but not limited to, bankruptcy-related reporting requirements, filing of Statement of Financial Affairs, Schedule of Assets and Liabilities, a chapter 11 plan and related disclosure statement, claims management, managing outside professionals and such other aspects as he may identify, in such manner as he deems necessary or appropriate in his sole and reasonable discretion consistent with the business judgment rule, subject only to appropriate governance by the applicable Board, in accordance with each Company's certificate of incorporation, certificate of formation, bylaws, limited liability company agreement, applicable laws and applicable bankruptcy law and order of the Court;

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, on behalf of the Company, to retain the services of Epiq Corporate Restructuring, LLC ("**Epiq**") as the Company's claims, noticing, and solicitation agent and administrative advisor, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Epiq;

**RESOLVED FURTHER**, that the Authorized Officers be, and hereby are, authorized and empowered to employ any other professionals necessary, including but not limited to, investment bankers, to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable, and proper;

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

**RESOLVED FURTHER** that the Authorized Officers be, and each of them hereby are, authorized and empowered to obtain postpetition financing according to terms to be negotiated by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such postpetition financing or

2

cash collateral agreements; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

**RESOLVED FURTHER**, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and

**RESOLVED FURTHER**, that all acts previously done and performed (or caused to be done and performed) in the name and on behalf of the Company prior to the date hereof in furtherance of any of the foregoing resolutions and the actions contemplated therein be, and the same are, ratified, confirmed and approved.

DOCS_LA:348479.3 14039/001

**Fill in this information to identify the case:**

Debtor name     **Athenex, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration   **Corporate Ownership Statement, List of Equity Holders, Creditor Matrix Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 14, 2023**     X **/s/ Nicholas K. Campbell**
                       Signature of individual signing on behalf of debtor

                               **Nicholas K. Campbell**
                               Printed name

                               **Chief Restructuring Offier**
                               Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Athenex, Inc.___

United States Bankruptcy Court for the Southern District of Texas
                                                          (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. Ingenus Pharmaceuticals 4190 Millenia Blvd Orlando, FL 32839 | Samir Mehta info@ingenus.com; smehta@ingenus.com | Trade Debt | | | | $8,088,996.00 |
| 2. Chongqing Sintaho Pharmaceutical 600, Liuquing Road Maliuzui Town, Banan District Chongqing,  401319 CHINA | Amy Wu Tel. +86-23-8896 1270 info@sintaho.com | Trade Debt | | | | $6,755,948.00 |
| 3. Baylor College of Medicine One Baylor Plaza Houston, TX 77030-3411 | Michael B. Dilling Michael.Dilling@bcm.edu | Trade Debt | Disputed | | | $6,280,000.00 |
| 4. Gland Pharma Limited 6-3-865/1/2, Flat No.201 Greenland Apartments, Ameerpet Hyderaad,  500 016 INDIA | Prathyusha Pantareddy gland@glandpharma.com; Prathyusha.pantareddy@glandpharma.com | Trade Debt | | | | $5,481,429.00 |
| 5. Indena Viale Ortles 12 20139 Milano,   ITALY | Stephano Togni, Robert Sacco, Emanuele Agnese Tel. 257-4961 stefano.togni@indena.com; roberta.sacco@indena.com; emanuele.agnese@indena.com | Trade Debt | | | | $3,731,991.00 |

Debtor    Athenex, Inc.
          Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6. GenScript Probio USA Inc. 860 Centennial Ave. Piscataway, NJ 08854 | Tiancheng Zhou tiancheng.zhou@genscript.com | Trade Debt | | | | $2,718,357.00 |
| 7. EverSana Life Science Services, LLC 24740 Network Place Chicago, IL 60673-1247 | Kendra Winfield, Errick Wright, Kaye Nearwood billing@Eversana.com; kaye.nearwood@eversana.com; errick.wright@eversana.com; kendra.winfield@eversana.com | Trade Debt | | | | $1,400,000.00 |
| 8. MAIA Pharmaceuticals, Inc. 707 State Road Suite 104 Princeton, NJ 08540 | Bikram Malik Maiafinance@Maiapharma.com | Trade Debt | | | | $1,291,535.00 |
| 9. Hainan Shuangcheng Pharmaceuticals No. 16 Xingguo Road Xiuying District Haikou,  570314 CHINA | Vivian Chen Tel. 86-898-68629718 vivian.chen@hnsp.com | Trade Debt | | | | $1,182,160.00 |
| 10. IBI – Istituto Biochimico Via Fossignano, 2 04011,  Aprilia ITALY | Nicola Blundo, Eleazar Fadda Tel. +39 06 921501 info@ibi-lorenzini.com; nblundo@ibi-lorenzini.com; efadda@ibi-lorenzini.com | Trade Debt | | | | $1,012,758.00 |
| 11. Pharmascience Inc 6111 Royalmount Suite 100 Montreal Quebec,  H7p2t4 CANADA | Peter Skoutelas, Labrini Skarras, Nelly De Sousa Tel. 438-315-3434 customercarepms@pharmascience.com; NDeSousa@pharmascience.com | Trade Debt | Unliquidated | | | $1,000,000.00 |
| 12. Chongqing Taihao Pharmaceutical C-3 High Technology Zone 105 Chuangye Rd. Erlang Chongqing,  400039 CHINA | Amy Wu Tel. +86-23-6846 5115 info@polymedt.com | Trade Debt | | | | $924,506.00 |

| Debtor | Athenex, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 Praxgen Pharmaceuticals, LLC<br>9 Deer Park Driver<br>Suite J-10<br>Monmouth Junction, NJ 08852 | Jane Li<br>jane.li@praxgen.com | Trade Debt | | | | $847,677.00 |
| 14 Maiva Pharma Private Limited<br>32, Sipcot Industrial Complex<br>Phase I<br>Hosur,  635126 INDIA | Sellaraj Pandiyan<br>info@maivapharma.com;<br>sellaraj.s@maivapharma.com | Trade Debt | | | | $755,110.00 |
| 15 Eagle Pharmaceuticals, Inc.<br>50 Tice Blvd.<br>Suite 315<br>Woodcliff Lake, NJ 07677 | Kim Zahn, Violeta Dyankova<br>Tel. 855-318-2170<br>arsupport@icsconnect.com | Trade Debt | | | | $734,134.00 |
| 16 Deloitte & Touche LLP<br>P.O. Box 844708<br>Dallas, TX 75284-4708 | Dan Whelehan<br>dwhelehan@deloitte.com | Professional Services | | | | $650,285.00 |
| 17 Brammer Bio<br>PO BOX 412576<br>Boston, MA 02241-2576 | Mariano Zuniga<br>mariano.zuniga@thermofisher.com | Trade Debt | | | | $613,692.00 |
| 18 EVER Valinject<br>Oberburgau 3<br>Unterach,  4866 AUSTRIA | Theresa Pachinger<br>office@everpharma.com;<br>theresa.pachinger@everpharma.com | Trade Debt | | | | $430,394.00 |
| 19 ACS Dobfar<br>Viale Addetta, 6<br>Tribiano, MI,  20067 ITALY | Marco Vaccari, Paolo Vigevani<br>Marco.Vaccari@acsdobfar.it;<br>paolo.vigevani@acsdobfar.it | Trade Debt | | | | $335,400.00 |
| 20 Cooley LLP<br>101 California<br>5th Floor<br>San Francisco, CA 94111-5800 | Termia White<br>Tel. 585.385.1880<br>Termia.White@cooley.com | Professional Services | | | | $261,211.00 |
| 21 Ernst & Young LLP<br>Pittsbg Ntnl Bnk- Pitt 640382<br>Pittsburgh, PA 15264-0382 | Brett Cartner<br>Tel. 716-843-5000<br>Brett.Cartner@ey.com | Professional Services | | | | $242,721.00 |

Debtor  Athenex, Inc.
_____   Case number (if known)_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 Avet Pharmaceuticals Inc. One Tower Center Blvd Suite 1700 East Brunswick, NJ 08816 | Akeisha Edwards, Juliana White Akeisha.Edwards@avetpharma.com; Juliana.White@avetpharma.com | Trade Debt | | | | $240,375.00 |
| 23 McKesson Medical Surgical P.O. Box 660266 Dallas, TX 75266-0266 | Tabitha Wozniak Tel. (585) 427-8240 MMS.Credit@McKesson.com; Tabitha.Wozniak@McKesson.com | Trade Debt | | | | $225,953.00 |
| 24 Fort Schuyler Management Corporation 257 Fuller Road Albany, NY 12203 | Patricia DeLane PDeLane@sunypoly.edu | Landlord | | | | $217,803.00 |
| 25 Vizient Supply LLC 75 Remittance Drive Suite 1420 Chicago, IL 60675-1420 | Carlos Barbosa carlos.barboza@vizientinc.com | Trade Debt | | | | $203,581.00 |
| 26 Charles River Laboratories GPO Box 27812 New York, NY 10087-7812 | James Williams Tel. 800-441-3550 James.Williams@crl.com | Trade Debt | | | | $201,224.00 |
| 27 Pace Analytical Life Sciences PO Box 684056 Chicago, IL 60695 | Nisheet Gupta. Carol Nesheim Tel. 612-607-6400 Nisheet.Gupta@pacelabs.com; carol.nesheim@pacelabs.com | Trade Debt | | | | $200,906.00 |
| 28 Arnold & Porter 6200 Savoy Drive Suite 1200 Houston, TX 77036 | Kenneth Hamilton Kenneth.Hamilton@arnoldporter.com | Professional Services | | | | $189,396.00 |
| 29 Quantum Leap Healthcare 499 Illinois Avenue Suite 200 San Francisco, CA 94158 | Valerie Chin Tel. 855-866-0505 v.chin@quantumleaphealth.org | Trade Debt | | | | $165,000.00 |
| 30 BioAgilytix Labs LLC 2300 Englert Drive Durham, NC 27713 | Isabel Malonson isabel.malonson@bioagilytix.com | Trade Debt | | | | $164,803.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| ATHENEX, INC. | Case No. 23-_____ (___) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

Name:         Perceptive Advisors LLC, et al
Address:     51 Astor Place, 10th Floor
                  New York, NY 10003

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| ATHENEX, INC. | Case No. 23-_____ (___) |
| Debtor. | |

**LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Aidan M Mccormack | 170 Sands Point Rd<br>PORT WASHINGTON NY  11050-1129 | 0.0278% |
| Amy Yah-Ping Shiao | 4115 Fennel Terrace<br>FREMONT CA  94538 | 0.0242% |
| Andrew Schoeppich | 20 Lehn Springs Dr<br>WILLIAMSVILLE NY  14221-6904 | 0.0424% |
| Annalisa Mary Jenkins | P O Box 1152<br>PRINCETON NJ  08542-1152 | 2.4688% |
| Avalon Biomedical (Management) Limited | 11-13 & 15 15/F Tower 2<br>Grand Central Plaza<br>138 Shatin Rural Committee Road<br>Shatin Nt<br>HONG KONG | 8.2148% |
| Avalon Polytom Limited | Units 11-13 & 15<br>15/F Tower 2<br>Grand Central Plaza<br>138 Shatin Rural Committee Road<br>Shatin Nt<br>HONG KONG | 1.2972% |
| Baylor College Of Medicine | Attn General Counsel<br>1 Baylor Plaza<br>Suite 106 A<br>HOUSTON TX  77030 | 5.0420% |

1

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Beni Wolman | 5 Ave 10-55 Zona 14<br>#08 01014<br>GUATEMALA | 0.0273% |
| Betty A Gallagher | 54 Nevada Oval<br>PLATTSBURGH NY  12903-3968 | 0.0666% |
| Bharat C Thakrar | 5747 N Odell Avenue<br>CHICAGO IL  60631 | 0.0002% |
| Carlos Esteban Caparros | Araujo 285<br>Buenos Aires 1408<br>ARGENTINA | 0.0958% |
| Carrie Kenner | 18 Castle Ridge Dr<br>EAST HANOVER NJ  07936-3548 | 0.0036% |
| Carter G Gantz | 3024 Carmel St<br>DALLAS TX  75204-6121 | 0.0532% |
| Charles A Grau | 53 Gathering Rd<br>Brook<br>PINE BROOK NJ  07058 | 0.1764% |
| Cheng Albert Feng | 1231 S Golden West Ave 6<br>ARCADIA CA  91007 | 0.0012% |
| Chia Yu Chang | 8f No 175 Hongshulin Rd<br>Tamsui Dist<br>New Taipei City 71 251<br>TAIWAN | 0.0061% |
| Clyde Salandra | 631 Downing Ln<br>BUFFALO NY  14221-8058 | 0.1363% |
| Crowley Family Trust | 32 Belvedere Road<br>BUFFALO NY  14220 | 0.0073% |
| Dan Higbee | 196 Argonne Dr<br>KENMORE NY  14217-2432 | 0.0024% |
| David A Bangert | 8128 Floss Ln<br>EAST AMHERST NY  14051-1977 | 0.3940% |
| David A Bangert | 8128 Floss Ln<br>EAST AMHERST NY  14051-1977 | 0.2662% |
| David A Bangert | 8128 Floss Ln<br>EAST AMHERST NY  14051-1977 | 0.1597% |
| David A Bangert | 8128 Floss Ln<br>EAST AMHERST NY  14051-1977 | 0.1401% |
| David A Bangert | 8128 Floss Ln<br>EAST AMHERST NY  14051-1977 | 0.1065% |
| David A Bangert | 8128 Floss Ln<br>EAST AMHERST NY  14051-1977 | 0.1065% |

2

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| David A Bangert | 8128 Floss Ln<br>EAST AMHERST NY  14051-1977 | 0.0532% |
| David A Bangert | 8128 Floss Ln<br>EAST AMHERST NY  14051-1977 | 0.0479% |
| David Guido | 802 Niagara Pkwy<br>NORTH TONAWANDA NY  14120-4128 | 0.0024% |
| David J Altman | 5062 Donnington Road<br>CLARENCE NY  14031 | 0.4088% |
| Deborah Lipp | 22 S Roycroft Blvd<br>CHEEKTOWAGA NY  14225-2033 | 0.0012% |
| Diane J Mcmahon | 6548 Monterey Point<br>103<br>NAPLES FL  34105 | 0.0363% |
| Douglas Cox | 6550 Colonial Drive<br>BOSTON NY  14025 | 0.0760% |
| Edryce H Cadden | 615 Crofton Ave<br>HIGHLAND PARK IL  60035-3909 | 0.0024% |
| Edward Pionke | 924 W Margate Ter 1e<br>CHICAGO IL  60640 | 0.0361% |
| Edward Plata | 56 Grand View Trail<br>ORCHARD PARK NY  14127 | 0.0409% |
| Edward T Plata | 56 Grand View Trail<br>ORCHARD PARK NY  14127 | 0.0695% |
| Elizabeth Evans | 5482 Rolling Creek Dr<br>CLARENCE NY  14031-1132 | 0.0024% |
| Fortune Tong Limited | Attn William Yuen Fai Lai<br>12/F East Town Bldg 41<br>Lockhart Road<br>Wan Chai<br>HONG KONG | 1.0648% |
| Frank H Penski | 15 Avenue De La Mer<br>Unit 2601<br>PALM COAST FL  32137 | 0.0278% |
| Garth D Gallagher | 54 Nevada Oval<br>PLATTSBURGH NY  12903-3968 | 0.0666% |
| George M Narby | 610 Prestwick Dr<br>DOTHAN AL  36305-1194 | 0.0537% |
| Gregory P Ohara | 1808 Patio Dr<br>SAN JOSE CA  95125-5649 | 0.0278% |

DOCS_SF:108814.2

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Guy Plonka | 1058 Clinton Street<br>ATTICA NY  14011 | 0.0099% |
| Harika Keerthi | 2275 E Fandango Dr<br>GILBERT AZ  85298-1124 | 0.0012% |
| Holly Jane Emerson | 16 Lakeside Drive<br>PALM COAST FL  32137 | 0.0133% |
| Horace Loh | 2405 Dianna Lane<br>St Paul<br>SAINT PAUL MN  55117 | 0.2662% |
| Hugo William Avila | 12 Calle 21-45 Zona 11<br>Apt A 01011<br>GUATEMALA | 0.0344% |
| Ildiko Bezi | 124 Macarthur Dr<br>EDISON NJ  08837-2828 | 0.0048% |
| Irene Vasquez | 2301 S Ocean Dr<br># 1902<br>HOLLYWOOD FL  33019 | 0.0549% |
| Jacobo Sabbaj & Perla Sabbaj Tr Ua 08/08/2018 Jacobo And Perla Sabbaj Living | 311 Westover Drive<br>BIRMINGHAM AL  35209 | 0.1984% |
| Jeffrey W Sacks | 45 Old Colony Road<br>Newton<br>CHESTNUT HILL MA  02467 | 0.0140% |
| Jennifer A Emberly | 112 Marinda Dr<br>FAIRFAX CA  94930 | 0.0140% |
| Jennifer G Van Haall | 1436 W Rue Paris Pl<br>INVERNESS IL  60067-1225 | 0.0121% |
| Jennifer Kurzdorfer | 39 Deer Trail<br>CHEEKTOWAGA NY  14227-1610 | 0.0012% |
| Jing Li | Haitangxiaoyue C11-16-2<br>Nanping East Road 587#<br>Nanan District<br>Chongqing<br>CHINA | 0.4356% |
| Jinn Wu | 6 Dey Farm Drive<br>PRINCETON JCT NJ  08550-2840 | 1.2713% |
| John M Vierling | 6435 Brompton Road<br>HOUSTON TX  77005 | 1.2713% |
| John P Patti Jr | 10 Meadowbrook Dr<br>ELMA NY  14059-9524 | 0.1065% |

DOCS_SF:108814.2

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Johnson Lau | 6230 Cedar Creek Drive<br>HOUSTON TX  77057 | 16.2418% |
| Jorge G Guerra & Elsa D Guerra Tr Ua 01/06/2014 Jorge And Elsa Guerra Trust | 251 Crandon Blvd<br># 736<br>KEY BISCAYNE FL  33149 | 0.0002% |
| Jose Leon Antonio Arango | 4 Ave 22-22 Zona 14<br>#012 01014<br>GUATEMALA | 0.1984% |
| Joseph Voelkl | 210 Briarhill<br>WILLIAMSVILLE NY  14221 | 0.0547% |
| Julie Ulrich | 8872 Woodside Dr<br>EDEN NY  14057-1400 | 0.0145% |
| Jung-Tzu Hus | C/O Athenex<br>Conventus Building<br>1001 Main Street Suite 600<br>BUFFALO NY  14203 | 0.0036% |
| Karen Frisella | 587 A Shoreline Rd<br>LAKE BARRINGTON IL  60010-7381 | 0.0121% |
| Karen Gatewood | 771 Wild Ginger Rd<br>SUGAR GROVE IL  60554-9280 | 0.0121% |
| Kathleen Sardina | 9354 Pinyon Court<br>CLARENCE CENTER NY  14032-9143 | 0.0242% |
| Kent Keating | 237 Main St<br>Suite 1701<br>BUFFALO NY  14203 | 0.0341% |
| Kirit C Thakrar | 1934 Sheridan Rd<br>BUFFALO GROVE IL  60089-8019 | 0.0448% |
| Kristin Tomas | 177 N Park Ave<br>BUFFALO NY  14216-2419 | 0.0121% |
| Larry Yushiao | 4115 Fennel Terrace<br>FREMONT CA  94538 | 0.0242% |
| Main Life Corporation Limited | 9/F Winning Centre<br>46-48 Wyndham Street<br>Central<br>HONG KONG | 6.5159% |
| Mandra Health Limited | Attn Ben Tang<br>10/F Fung House<br>19-20 Connaught Road<br>Central<br>HONG KONG | 3.4750% |

5

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Manson Fok | House 3<br>56 Repulse Bay Road<br>Repulse Bay<br>HONG KONG | 1.1217% |
| Mary Anne Furlani | 160 Independence Drive<br>ORCHARD PARK NY  14127 | 0.0244% |
| Michael J Endl | 2 Four Winds Way<br>SNYDER NY  14226 | 0.0661% |
| Michael Smolinski | 92 Newgate<br>AMHERST NY  14226 | 0.0121% |
| Michelle L Redman | 4125 Elma Rd<br>WILLIAMSVILLE NY  14221-7337 | 0.0048% |
| Min-Fun Rudolf Kwan | 9 Friar Tuck Circle<br>SUMMIT NJ  07901 | 7.8346% |
| Min-Fun Rudolf Kwan | 9 Friar Tuck Circle<br>Circle Summit<br>SUMMIT NJ  07901 | 0.3696% |
| Monica H Sussman | 10972 Boca Woods Ln<br>BOCA RATON FL  33428-2850 | 0.0140% |
| Monika Sokolowski | 232 Nathans Trail<br>LANCASTER NY  14086 | 0.0085% |
| Murray John Cutler | 1001 Main St Apt 600<br>BUFFALO NY  14203-1009 | 0.0012% |
| Mustafa Ladha | 1296 Noah Rd<br>NORTH BRUNSWICK NJ  08902-1319 | 0.0024% |
| Norman J Gantz | 200 Ahwahnee Rd<br>LAKE FOREST IL  60045 | 0.1597% |
| Patrick Gallagher | 750 N Tamiami Trl<br>Unit 619<br>SARASOTA FL  34236-4075 | 0.1452% |
| Perceptive Life Sciences Master Fund Ltd | C/O Perceptive Advisors Llc<br>Attn Steve Berger<br>51 Astor Place 10th Floor<br>NEW YORK NY  10003 | 32.4239% |
| Raymond Lynnworth & Rochelle Lynnworth Ten Com | 308 Clinton Avenue<br>TOMS RIVER NJ  08753 | 0.3797% |
| Richard C Stoddard | 208 Spyglass Ln<br>JUPITER FL  33477-4091 | 0.7171% |

DOCS_SF:108814.2

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Richard F Langan Jr | 114 East 84th Street<br>Apt 3b<br>NEW YORK NY  10028 | 0.0278% |
| Robert Cabana | 18 Devon Rd<br>BOONTON NJ  07005 | 0.2948% |
| Robert Jay Spiegel | 400 Elm Street<br>WESTFIELD NJ  07090 | 0.4487% |
| Rosario De Jesus Carrillo | 3a Calle 06-23 Zona 15 01015<br>GUATEMALA | 0.0547% |
| Russell Jeffrey Bodner | 9n321 Barron Rd<br>MAPLE PARK IL  60151-9406 | 0.0073% |
| Sadashiv S Shenoy | 78 Brownstone Court<br>EAST AMHERST NY  14051 | 0.1484% |
| Sameer Urgaonkar | 11908 Tivoli Park Row<br>Unit 8<br>SAN DIEGO CA  92128-4347 | 0.0061% |
| Samuel Zwierzchowski | 94 Bramhill Court<br>EAST AMHERST NY  14051-2408 | 0.0024% |
| Stephanie Davis | Korn Ferry<br>1900 Avenue Of The Stars<br>Flr 26<br>LOS ANGELES CA  90067 | 0.7105% |
| Stephen J Wallace | 45 Sutton Sq Sw<br>Unit 401<br>WASHINGTON DC  20024-3483 | 0.0278% |
| Stephen M Meltz | 2001 Tower Dr Unit 340 D<br>GLENVIEW IL  60026 | 0.0133% |
| Stephen M Meltz | 2001 Tower Dr<br>Unit 340<br>GLENVIEW IL  60026-7810 | 0.0121% |
| Stephen M Newman | 109d Palm Bay Drive<br>PALM BEACH GARDENS FL  33418 | 0.0002% |
| Steven G Kamen Tod On File Subject To Cpu Rules | 63 Vista Drive<br>SARATOGA SPGS NY  12866 | 0.0900% |
| Susan S Robfogel | 9182 Luckenbach Hill Road<br>SPRINGWATER NY  14560 | 0.0278% |
| Tamara B Owen | 23 Lakeview Ct<br>ELMA NY  14059-9288 | 0.0017% |
| Thomas C Underwood | 8697 Hartshorn Road<br>CORFU NY  14036 | 0.1331% |

7

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Thomas Hecht | Buergenstockhoehe 15ch 6403 Kuessnacht SWITZERLAND | 0.7747% |
| Thomas R Elmer Jr Tod On File Subject To Cpu Rules | 5713 E River Rd GRAND ISLAND NY  14072-1051 | 0.0682% |
| Tiffany Nolan | 1666 Florence Dr SYCAMORE IL  60178-1022 | 0.0024% |
| Timothy D Cook | 30 Clove Hitch Ln SANTA RSA BCH FL  32459 | 0.7996% |
| Tom Trometer | 23 Cary Avenue LEXINGTON MA  02421 | 0.0065% |
| Triwu Property Management Llc | Attn Michael Mazzone Manager 1322 S Wabash Ave Unit A CHICAGO IL  60605 | 0.0133% |
| Tsang Benson Kwan Hung | 1701 Block 19 Heng Fa Chuen Chaiwan HONG KONG | 1.7200% |
| Usha Ganatra | Gulab Mension Room No 1 Maharashtra Nagar Lt Rd Borivali West Mumbai Maharashtra 40092 INDIA | 0.0448% |
| Varda Ulhaq | 303 Blossom Cr DAYTON NJ  08810-2404 | 0.0024% |
| Wayne Mertz | 320 S Cayuga Rd BUFFALO NY  14221 | 0.0121% |
| Will Murray | 38 Summerfield Dr LANCASTER NY  14086-9469 | 0.0024% |
| **Totals** | | **100.00%** |

DOCS_SF:108814.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| ATHENEX, INC. | Case No. 23-_____ (___) |
| Debtor. | |

**CERTIFICATION OF CREDITOR MATRIX**

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors.  To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date.  However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed.  Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/athenex. The location of Athenex, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 1001 Main Street, Suite 600, Buffalo, NY 14203.

DOCS_SF:108814.2