IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| ATHENEX, INC, *et al.*, [1] | Case No. 23-90295 (DRJ) |
| Debtors. | (Jointly Administered) |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| Ingenus Pharmaceuticals, LLC<br>Matthew J. Baumgartner, CFO<br>4901 Vineland Road, Suite 260<br>Orlando, FL  32811<br>T: (407) 354-5365 x102<br>C: (216) 407-4756<br>mbaumgartner@ingenus.com | Dan DeMarco<br>Hahn Loeser Parks LLP<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114<br>T: (216) 274-2432<br>F: (216) 274-2532<br>dademarco@hahnlaw.com |
| GenScript Probio USA, Inc.<br>Charlene Li, Director<br>860 Centennial Avenue<br>Piscataway, NJ  08854<br>T: (732) 885-9188 x631<br>F: (414) 581-3869<br>Charlene.Li@genscript.com | David H. Stein<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive,<br>Suite 900, Box 10<br>Woodbridge, NJ  07095<br>T: (732) 855-6126<br>F: (732) 726-6570<br>dstein@wilentz.com |
| Istituto Biochimico Italiano | Abe Hsuan |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/athenex. The location of Athenex, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 1001 Main Street, Suite 600, Buffalo, NY 14203.

| | |
|---|---|
| Giovanni Lorenzini S.p.A.<br>Nicolo Blundo<br>Via Fossignano 2, 04010 Aprilia (Latina)<br>T: +39 347 7008474<br>nblundo@ibi-lorenzini.com | Irwin & Hsuan LLP<br>45 West 54th Street<br>New York, NY 10019-5404<br>T: (212) 595-4650<br>abh@irwinhsuan.com |
| Praxgen Pharmaceuticals LLC<br>Jasmine Liu, General Manager<br>9 Deer Park Drive, Suite J10<br>Monmouth Junction, NJ 08852<br>T: (609) 606-1032<br>F: (609) 455-1509<br>Jasmine.liu@praxgen.com | (not provided) |

SIGNED on May 25, 2023.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS
515 Rusk Street, Suite 3516
Houston, Texas 77002
(713) 718-4650 - Telephone
(713) 718-4670 - Fax


By:    /s/ *Jana Smith Whitworth*
       Jana Smith Whitworth, Trial Attorney
       Texas Bar No. 00797453/Fed. ID No. 20656
       Email: Jana.Whitworth@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 25th day of May 2023.

*/s/Jana Smith Whitworth*
Jana Smith Whitworth