IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| ATHENEX, INC., et al., | Case No. 23-90295 (DRJ) |
| Debtors. [1] | (Jointly Administered) |

**NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
WHICH MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION
365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND THE
PROPOSED CURE AMOUNTS WITH RESPECT THERETO**

**PLEASE TAKE NOTICE THAT:**

1.      On May 14, 2023 (the "Petition Date"), Athenex, Inc. and its debtor-affiliates, (the "Debtors" or the "Company") each commenced a bankruptcy case in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, by filing a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.      Additionally, on May 14, 2023, the Debtors filed their *Motion for Entry of an Order Approving (a) Bid Procedures; (b) the Form and Manner of Notice; (c) the Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases; and Entry of an Order Approving (a) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (b) the Assumption and Assignment of Certain*

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/athenex. The location of Athenex, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 1001 Main Street, Suite 600, Buffalo, NY 14203.

*Contracts and Unexpired Leases* [Dkt. No. 17] (the "Bid Procedures and Sale Motion")[2] with the United States Bankruptcy Court for the Southern District of Texas.

3.      Pursuant to the Bid Procedures and Sale Motion, the Debtors sought (a) entry of an order (the "Bid Procedures Order") (i) approving the bid procedures (the "Bid Procedures"); (ii) approving the form and manner of notice of transaction (the "Transaction Notice") that sets forth the Bid Procedures and the date, time, and place for an auction, as required by the Bid Procedures; (iii) approving the form and notice of assumption (the "Assumption Notice") and, if necessary, assignment, of executory contracts and expired leases (each an "Executory Contract"); (iv) establishing procedures for determining cure amounts in connection with the assumption (and, if necessary, assignment) of Executory Contracts; and (v) granting such other relief as is fair and equitable; and, if the Debtors pursue a sale of the Assets, (b) the entry of an order (the "Sale Order"): (i) approving the sale of the Debtors' Assets free and clear; and (ii) authorizing the assumption and assignment of certain executory contracts and unexpired leases; and (iii) granting such other relief as is fair and equitable.

4.      The Court entered the Bid Procedures Order on May 22, 2023 [Dkt. No. 113].

5.      In accordance with the Objection and Cure Procedures, the Debtors are delivering this notice (the "Assumption Notice") identifying (a) those Executory Contracts, which may be assumed and assigned to the Prevailing Purchaser (the "Designated Contracts") in connection with the Sale of the Assets, and in accordance with the procedures set forth in the Bid Procedures and Sale Order; and (b) the proposed Cure Amount for each Executory Contract identified on the Assumption Notice.

---

[2]   All capitalized terms not expressly defined herein shall have the same meaning as ascribed in the Bid Procedures and Sale Motion. The Assets to be sold or otherwise transferred are any and all of the assets, rights, and properties pertaining to or used in connection with the operation of the Debtors' business, but excluding any assets of Debtor Athenex Pharma Solutions, LLC.

6.      An Executory Contract with respect to which you have been identified as a counterparty, if, any, and the corresponding proposed Cure Amount, if any, is set forth on the attached **Exhibit A**. The Debtors' records reflect that all post-petition amounts owing under your Executory Contract have been paid and will continue to be paid until the assumption and assignment or rejection of the Executory Contract, and that other than the Cure Amount, there are no other defaults under the Executory Contract.

**Objections**

7.      Any objection must (a) be in writing; (b) state with specificity the nature of such objection; (c) if concerning a Cure Amount, set forth a specific default in the Designated Contract and claim a specific monetary amount that differs from the Cure Amount (if any) specified in this Assumption Notice (with appropriate documentation in support thereof); and (d) comply with the Bankruptcy Rules. Unless otherwise provided herein, objections, if any, must be filed with the Bankruptcy Court and served so as to be received by the Objection Notice Parties listed below **June 7, 2023, at 4:00 p.m. (prevailing Central Time)** (the "Objection Deadline").

8.      Adequate assurance information for the Prevailing Purchaser, whether by virtue of making the Successful Bid at an Auction, or being selected as a Stalking Horse Bidder and making the Highest Initial Bid (the "Prevailing Purchaser Adequate Assurance Information") will be available from the Prevailing Purchaser, subject to appropriate confidentiality protections.

9.      The Debtors may amend or supplement the list of Executory Contracts attached as **Exhibit A** from time to time. In such an event, the Debtors will serve a supplemental assumption notice (the "Supplemental Assumption Notice") on counterparties to the affected Executory Contracts, and objections, if any, to the changes, additions, or deletions reflected in the Supplemental Assumption Notice must be made in writing, filed with the Court and served on the Objection Notice

3

Parties listed below seven (7) days after service of a Supplemental Assumption Notice; provided, however, that no objections may be made after the Sale Hearing.

10.     UNLESS YOU FILE AN OBJECTION EITHER (A) TO THE DEBTORS' ASSUMPTION OR ASSIGNMENT OR TO THE PROPOSED CURE AMOUNT SET FORTH ON EXHIBIT A OR ON ANY SUPPLEMENTAL ASSUMPTION NOTICE, OR (B) TO PREVAILING PURCHASER ADEQUATE ASSURANCE INFORMATION, AND SERVE SUCH OBJECTION IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN, YOU SHALL BE FOREVER BARRED FROM (A) OBJECTING TO THE DEBTORS' ASSUMPTION, ASSIGNMENT AND/OR THE CURE AMOUNT; (B) ASSERTING OR CLAIMING ANY CURE AMOUNT AGAINST THE DEBTORS, THE PREVAILING PURCHASER OR ANY OTHER ASSIGNEE OF THE RELEVANT EXECUTORY CONTRACT, AND (C) ASSERTING THAT YOU ARE NOT BEING PROVIDED WITH ADEQUATE ASSURANCE OF FUTURE PERFORMANCE WITH RESPECT TO THE PREVAILING PURCHASER OR ANY OTHER ASSIGNEE WITHIN THE MEANING OF SECTION 365 OF THE BANKRUPTCY CODE.

**Hearing Regarding Objections**

11.     If an objection is timely filed and served regarding any Executory Contracts listed on **Exhibit A**, and/or any Supplemental Assumption Notice, a hearing with respect to such objection will be held before the Honorable Judge Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk St., Courtroom 400, Houston, Texas 77002 at June 21, 2023, at 2:00 p.m. (prevailing Central Time) (including the Sale Hearing); provided, however, that if an objection relates solely to the Cure Amount, the Designated Contract may be assumed by the Debtors and assigned to the Prevailing Purchaser provided that the cure

amount the Counterparty asserts is required to be paid under Bankruptcy Code section 365(b)(1)(A) and (B) (or such lower amount as agreed to by the Counterparty) is deposited in a segregated account by the Debtors pending the Court's adjudication of the Cure Dispute or the parties' consensual resolution of the Cure Dispute.

### Sale Hearing Notice

12. The Court has scheduled a hearing on **June 21, 2023, at 2:00 p.m. (prevailing Central Time)** (the "Sale Hearing") to potentially approve the Sale of the Assets. The Sale Hearing, if any, will be held before the Honorable Judge Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk St., Courtroom 400, Houston, Texas 77002.

13. Notice of the date and time of the Sale Hearing will be separately filed and served by the Debtors. The Sale Hearing may be continued at the sole discretion of the Debtors. The Transaction Notice and any information regarding continuances or adjournments will also be available on the case website maintained by EPIQ, the Debtors' claims and noticing agent, at https://dm.epiq11.com/athenex.

### Objection Notice Parties

14. The Objection Notice Parties are as follows: (a) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, at 440 Louisiana Ave., Suite 900, Houston, Texas, 77002, Attn: Michael D. Warner (mwarner@pszjlaw.com) and at 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067, Attn: Richard M. Pachulski (rpachulski@pszjlaw.com), Debra I. Grassgreen (dgrassgreen@pszjlaw.com), and Shirley S. Cho (scho@pszjlaw.com); (ii) counsel to the Agent, Sullivan & Cromwell LLP, Attn: Ari B. Blaut (blauta@sullcrom.com), Daniel R. Loeser (loeserd@sullcrom.com), Benjamin S. Beller (bellerb@sullcrom.com), Mark E. Dendinger (mark.dendinger@bracewell.com), Jonathan Lozano (jonathan.lozano@bracewell.com); (iii) counsel

to the Prevailing Purchaser, if one has been determined; (iv) counsel to any appointed committee; (v) counsel to the Stalking Horse Bidder(s), if any; and (vi) the United States Trustee at the Office of the United States Trustee, 515 Rusk St, #3516, Houston, Texas, 77002, (Attn: Jana Smith Whitworth (Jana.Whitworth@usdoj.gov) and Ha Nguyen (Ha.Nguyen@usdoj.gov).

### Reservation of Rights

15.     The presence of an Executory Contract on **Exhibit A**, and/or any Supplemental Assumption Notice does not constitute an admission that such any listed Executory Contract is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code, or that such Executory Contract will be assumed by the Debtors and/or assigned to the Prevailing Purchaser. The Debtors reserve all of their rights to send out additional notices concerning additional or other Executory Contracts, subject to the provisions of any order by the Court.

*[Remainder of the page intentionally left blank]*

Dated: May 26, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael D. Warner*

Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
scho@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on May 26, 2023, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Michael D. Warner*

Michael D. Warner

7

**EXHIBIT A-Cure List**

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 1. | 20 Commerce Drive Associates, LLC | | Mack Cali Realty Corp, 343 Thornall Street, Edison, NJ 08837 | Athenex, Inc. | Third Amendment to Lease | $9,339.76 |
| 2. | Almirall LLC | | 707 Eagleview Blvd, Suite 200, Exton, PA 19341 | Athenex, Inc. | License and Development Agreement effective December 11, 2017 | $0.00 |
| 3. | Almirall S.A. | | Ronda del General Mitre 151, Barcelona 08022 Spain | Athenex, Inc. | License and Development Agreement effective December 11, 2017 | $0.00 |
| 4. | Alter Pharma NV (on behalf of Generic Pharma International Limited and Milla Pharmaceuticals, Inc.) | | Marie Curie Square 50, 5th Buliding (4th Floor) 1070 Anderlecht, Belgium Attn: Managing Director | Athenex Pharmaceutical Division, LLC | License, Distribution and Supply Agreement | $0.00 |
| 5. | | | | | License, Dist. And Supply Agreement | $0.00 |
| 6. | Amphastar Pharmaceuticals, Inc. | | Amphastar Pharmaceuticals, Inc. 11570 6th Street Rancho Cucamonga, CA 91730 Attn: Genreal Counsel Attn: Sr. Vice President of Corporate Administration Center | Athenex, Inc. | Asset Purchase Agreement | $12,746.00 |
| 7. | Apple, Inc. | Apple Direct | Apple Inc., U.S. Contracts Operations, 1 Infinite Loop, M/S 318-6OPS, Cupertino, CA 95014 | Athenex, Inc. | Apple Direct Customer Agreement | $0.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 8. | Ardington Archives | | White Horse Business Park, Stanford in the Vale, Faringdon SN7 *NY | Kuur Therapeutics Inc. | Work Order | $0.00 |
| 9. | Arthur Group LLC | | No. 1918, Route 27, Edison, NJ 08817 | Athenex Pharmaceutical Division, LLC | Licensing, Supply & Distribution Agreement | $0.00 |
| 10. | | | | | Term sheet (3x) | $75,000.00 |
| 11. | | | | | | $0.00 |
| 12. | Avir Pharma Inc. | | 660 Boulevard Industriel, Blainville, QC J7C 3V4, Attn: Kaled Kadri | Athenex, Inc. | License Agreement effective July 23, 2021 | $0.00 |
| 13. | Baylor College of Medicine | | One Baylor Plaza, Cullen Building, Suite 106A, Houston, Texas 77030, Attn: Robert F. Corrigan Copy: Norton Rose Fulbright US LLP, 1301 McKinney, Suite 5100, Houston, Texas 77010-3095, Attn: William D. Davis II | Cell Medica, Inc. d/b/a Kuur Therapeutics | Second Amended and Restated Exclusive License and Option Agreement effective October 12, 2021 | $1,460,851.64 |
| 14. | Baylor College of Medicine | | Baylor College of Mediine, Attn: Matt Cabral, Office of Clinical Research, One Baylor Plaza, BCM 122, Houston, TX 77030 Copy: Baylor College of Medicine, One Baylor Plaza, BCM 505, Houston, TX 77030, Attn: Sarena Diano | Athenex, Inc. | Clinical Trial Agreement effective as of March 10, 2023 | $0.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 15. | BE Pharmaceuticals AG | | Biological E : BE Pharmaceuticals AG<br>Bundestrasse 3. 6300 Zug Switzerland<br>Attn: General Counsel | Athenex Pharmaceutical Division, LLC | Supply Agreement | $0.00 |
| 16. | Beloteca, Inc. | | Beloteca, Inc.<br>10525 Vista Sorrento Parkway, Suite 100<br>San Diego, CA 92121<br>Attn: Frederik Defesche | Athenex, Inc. | Term Sheet for a License and Supply Agreement | $0.00 |
| 17. | | | Beloteca, Inc.<br>10525 Vista Sorrento Parkway, Suite 100<br>San Diego, CA 92121<br>Attn: Frederik Defesche | Athenex Pharmaceutical Division, LLC | Master Collaboration Agreement | $13,750.89 |
| 18. | BioAgilytix Labs, LLC | | 2300 Englert Drive, Durham, NC 27713 | Athenex, Inc. | Project Proposal dated 13 September 2022 | $164,802.94 |
| 19. | Biopas | | Pharma Consulting Group, Bella Vista, Avenida Aquilino de la Guardia, Edificio PH Ocean Business Plaza, Oficina 1711, Panama, Republica de Panama | Athenex, Inc. | License Agreement effective March 9, 2022 | $0.00 |
| 20. | Boyds Consultants Ltd | | 6th Floor, South Bank House, Barrow Street, Dublin 4, Ireland | Athenex Inc. | | $6,132.50 |
| 21. | Brammer Bio, LLC | ThermoFisher, Fisher Scientific, Patheon | 13859 Progress Boulevard, Alachua, FL 32615 | Athenex, Inc. | Umbrella Development Services Agreement | $634,346.86 |

|  | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 22. | C. S. Kimeric, Inc | CSK | One River Rock Drive, PO Box 1048, Buffalo, NY 14207 | Athenex, Inc. | Annual PM on High Purity Water System | $357.46 |
| 23. | Charles River Laboratories, Inc. | | 251 Ballardvale Street, Wilmington, MA 01887 | Athenex, Inc. | Master Services Agreement and CART Specificity Study | $187,501.76 |
| 24. | Chia Tai Tianqing Pharmaceutical Group Co., Ltd. | Chia Tai Tianqing Pharmaceutical Group, Co., Ltd (CTTQ) | Chia Tai Tianqing Pharmaceutical Group Co., Ltd. Attn: Ms. Xiang Wenjing No. 16 Jinqiao Rd. Dapu Industrial Park 222069, Lianyungang Jiangsu Provence With a copy to: wi.xiang@cttq.com gg@cctq-europe.com ghm@cttq.com | Athenex, Inc. | Exclusive Supply Agreement Term Sheet | $0.00 |
| 25. | | | | Athenex Pharmaceutical Division, LLC | Supply Agreement Term Sheet | $0.00 |
| 26. | | | | | License and Supply Agreement | $0.00 |
| 27. | Chongqing Sintaho Pharmaceutical Co., Ltd. | | 600 Liuqing Road, Maliuzui Town, Banan District, Chongqing 401319, China, Attn: Amy Wu | Athenex, Inc. | Supply Agreement effective November 16, 2022 | $0.00 |
| 28. | Chongqing Sintaho Pharmaceutical Co., Ltd. | | 600 Liuqing Road, Maliuzui Town, Banan District, Chongqing 401319, China, Attn: Amy Wu | Athenex, Inc. | Supply Agreement effective November 16, 2022 | $0.00 |
| 29. | Chongqing Taihao Pharmaceutical Co., Ltd. | | 600 Liuqing Road, Maliuzui Town, Banan District, Chongqing 401319, China, Attn: Amy Wu | Athenex, Inc. | Supply Agreement effective November 16, 2022 | $0.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 30. | Chongqing Taihao Pharmaceutical Co., Ltd. | | 600 Liuqing Road, Maliuzui Town, Banan District, Chongqing 401319, China, Attn: Amy Wu | Athenex, Inc. | Supply Agreement effective November 16, 2022 | $5,134,650.00 |
| 31. | ComDoc Inc | US Bank | 8247 Pittsburg Ave NW, North Canton, OH 44720 | Athenex, Inc. | | $543.75 |
| 32. | Cyrogene, a Cryoport Company | | 9300 Kirby Drive, Suite 200, Houston, TX 77054 | Athenex, Inc. | Master Services Agreement entered into and executed on 25 May 2022 | $0.00 |
| 33. | Dark Horse Consulting Group, Inc. | | 1255 Treat Boulevard, Suite #230, Walnut Creek, CA 94597 | Athenex, Inc. | Consulting Agreement | $32,107.50 |
| 34. | Eli Lily and Company | | Lilly Corporate Center, 893 S Delaware, Indianapolis, IN 46285, Attn: Sr VP of Clinical Development and Medical Affiars, Oncology Business Unit and copy to General Counsel | Athenex, Inc. | Clinical Trial Collaboration and Supply Agreement effective October 24, 2016 | $0.00 |
| 35. | Elsevier B.V. | Embase | Elsevier B.V. c/o Regional Sales Office, Elsevier Inc., 230 Park Avenue, Suite 800, New York, NY 10169 | Athenex Inc. | | $25,220.21 |
| 36. | ESBATech, a Novartis Company LLC | Novartis | Lichtstrasse 35, CH-4056, Basel, Switzerland | Cell Medica, Inc. d/b/a Kuur Therapeutics | License Agreement dated as of September 11, 2009 | $0.00 |
| 37. | Essjay Solutions Ltd. | | Trident Court, 1 Oakcroft Road, Chessington, Surrey KT9 1BD United Kingdom | Athenex Inc. | | $7,293.30 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 38. | Ever Valinject | | Oberburgau 3<br>4866 Unterach, Austria | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for Joint Development and Commercialization | $418,391.64 |
| 39. | | | | | | |
| 40. | EVERSANA Life Science Services, LLC (f/k/a Dohmen Life Science Services, LLC) | | Dohmen Life 5cience Services. LLC<br>190 N. Milwaukee Street<br>Milwaukee, Wl 53202<br>ATTN: General Counsel | Athenex Pharmaceutical Division, LLC | Service Agreement | $1,106,531.93 |
| 41. | Fort Schuyler Management Corporation | | 259 Fuller Road, Albany, NY 12203, Attn: Walter G Barber | Athenex, Inc. | Sublease agreement | $217,803.36 |
| 42. | FPM Communications LLC | Frances P Martino | 10 Lake Farrington Drive, North Brunswick, NJ 08902 | Athenex Inc. | | $23,175.00 |
| 43. | Fred Hutchinson Cancer Center | | Fred Hutchinson Cancer Center, Attn: Industry Clinical Contracts Office, Clinical Research Support, 1100 Fairview Ave. N., Mail Stop J3-329, Seattle, WA 98109<br>Copy: Fred Hutchinson Cancer Center, Attn: Mazyar Shadman, MD, MP, 1100 Fairview Ave. N., Mail Stop D5-390, Seattle, WA 98109 | Athenex, Inc. | Modified Accelerated Clinical Trial Agreemened made as of April 3, 2023 | $65,610.00 |
| 44. | GEM Programming Solutions | | Biohub at Alderly Park, Macclesfield, Chesire, SK10 4TG | Athenex Inc. | | $36,407.55 |
| 45. | Genscript Probio USA Inc. | | 860 Centennial Avenue, Piscataway, NJ 08904 | Athenex, Inc. | Master Services Agreement | $256,670.00 |
| 46. | Gland Pharma Limited | | Gland Pharma Ltd.<br>Sy. No. 143 to 148, 150 & 151, Near | | Binding Term Sheet for License (2x) | $3,881,428.50 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 47. | | | Gandimaisamma X Roads, D.P. Pally, Gandimaisamma-Dundigal Mandal, | Athenex Pharmaceutical Division, LLC | License, Supply, and Marketing Agreement | $1,600,000.00 |
| 48. | | | Hyderabad, Medchal-Malkajgiri District, Telangana – 500 043, India Attn: Chief Executive Officer | | Binding Term Sheet | $0.00 |
| 49. | GlaxoSmithKline, LLC | | 1000 Winter Street, Suite 3300, Waltham, MA 02451, Attn: VP, Medical Affairs | Athenex, Inc. | Three-Party Clinical Trial Participation Agreement effective June 19, 2020 | $0.00 |
| 50. | Greater Glasgow Health Board | | Ross Nicol, Commercial Research Coordinator, Research & Development, Ward 11, Dykebar Hospital, Grahamston Road, Paisley PA2 7DE | Athenex, Inc. | | $0.00 |
| 51. | Group V Real Estate, Inc. | | 2457 Wehrle Drive, Williamsville, NY 14221 | Athenex Pharma Solutions, LLC | First Amendment to Third Addendum | $34,450.00 |
| 52. | Guangzhou Xiangxue Pharmaceutical Co., Ltd. | Xiangxue Pharma | 2 Jingfengyuan Road, Guangzhou, China, Attn: Lung Zeng | Athenex, Inc. | License Agreement effective December 12, 2019 | $0.00 |
| 53. | Hainan Shuangcheng Pharmaceuticals Inc. LTD | ShuangCheng | No. 16 Xingguo Road Xiuying District Haikou, China 570314 | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for Development and Supply | $52,360.00 |
| 54. | | | | | | $1,129,800.00 |
| 55. | Hengrui | | 7 Kunlunchan Road, Economic and Technological Development Zone Lianyungang 222047 China | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for License | $0.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 56. | Heritage Pharmaceuticals Inc. dba Avet Pharmaceuticals Inc. | | Heritage Pharmaceuticals Inc. d/b/a Avet Pharmaceuticals Inc. One Tower Center, Suite 1700 East Brunswick, New Jersey 08816 Attn: General Counsel | Athenex Pharmaceutical Division, LLC | License, Supply and Marketing Agreement | $240,375.00 |
| 57. | | | | | First Amendment to License, Supply & Marketing Agreement | |
| 58. | Hovione Limited | | Attn: Marco Gil, 40 Lake Drive, East Windsor, NJ 08520 | Athenex, Inc. | Master Services Agreement effective as of October 3, 2017 | $43,636.48 |
| 59. | Imuna Pharm for IV Solutions Products | | Jarkova 269/17 Sarisske, Michalany 08222 SK | | Licensing and Supply Agreement | $0.00 |
| 60. | Indena S.p.A | | Viale Ortles, 12, 20139 Milan, Italy | Athenex, Inc. | Research and Supply Agreement effective February 1, 2022 | $3,731,990.75 |
| 61. | Indena S.p.A. | | Viale Ortles 12, 20139 Milan, Italy | Athenex Pharmaceutical Division, LLC | Memorandum of Understanding dated December 14, 2018 | $0.00 |
| 62. | Ingenus Pharmaceuticals LLC | | Ingenus Pharmaceuticals LLC 4190 Millenia Blvd. Orlando, FL 32839 Attn: Matthew J Baumgartner | Athenex Pharmaceutical Division, LLC | Co-Marketing, Manufacture and Supply Agreement | $447,678.21 |
| 63. | | | | | Co-Marketing, Manufacture and Supply Agreement | $7,641,317.32 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 64. | | | | | Co-Marketing, Manufacture and Supply Agreement | |
| 65. | | | | | Sublicense | |
| 66. | | | | | Manufacture and Supply Agreement | |
| 67. | Ingersoll-Rand Industrial U.S., Inc. | | 800 Beaty Street, Davidson, NC 28036 | Athenex, Inc. | PackageCARE Agreement | $4,745.75 |
| 68. | Iris Global, LLC | | Iris Global 1117 S. Milwaukee, Suite 12B Libertyville, IL 60048 Attn: Maritza Moncayo | Athenex, Inc. | Master Service Agreement | $0.00 |
| 69. | Iron Mountain (Switzerland) Ltd | | Obere Ey 4, 4657, Duliken, Switzerland | Kuur Therapeutics Inc. | Storage for Kuur Therapeutics Ltd | $363.38 |
| 70. | Iron Mountain Information Management, LLC | | 1 Federal Street, Boston, MA 02110 | Athenex Pharma Solutions, LLC | Iron Mountain Customer Agreement | $0.00 |
| 71. | Istituto Biochimico Italiano Giovanni Lorenzini S.p.A. | IBI | Istituto Biochimico Italiano Giovanni Lorenzini S.p.A. Via Fossignano 2 04011 Aprilia (LT), Italy Attn: Johannes Khevenhuller , CEO Attn: Dr. Camilla Borghese, President | Athenex Pharmaceutical Division, LLC | Supply and Distribution Agreement | $1,012,757.72 |
| 72. | | | | | | |
| 73. | | | | | | |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 74. | Jiangsu Hansoh Pharmaceutical Group Co., Ltd | | Jiangsu Hansoh Pharmaceutical Group Co., Ltd No. 9, Dongjin Road, Economic & Technical Development Zone Lianyungang, Jiangsu Provence, 222069, China | Athenex Pharmaceutical Division, LLC | Exclusive License and Supply Agreement | $0.00 |
| 75. | Lorenz International LLC | | 1515 Market Street, Suite 1200, Philadelphia, PA 19102 | Athenex, Inc. | Software License and Service Agreement | $20,265.56 |
| 76. | Lorenz Archiv-Systeme GmbH | | Eschborner Landstrasse 75, 60489 Frankfurt/Main, Germany | Athenex, Inc. | Order Data Processing Agreement | |
| 77. | MAIA Pharmaceuticals, Inc. | | MAIA Pharmaceuticals, Inc. 707 State Road, Suite 104 Princeton, NJ 08540 U.S.A. Attn: Bikram Malik, Operations<br><br>With a required copy to: Orrick, Herrington & Sutcliffe LLP 51 West 52nd Street New York, NY 10019-6142 U.S.A. Attn: R. King Milling, Jr. | Athenex Pharmaceutical Division, LLC | Amended and Restated Exclusive Distribution and Supply Agreement, "License Agreement" | $1,291,535.00 |
| 78. | Maiva Pharma Private Limited | Maiva | No 32, SIPOT Industrial Complex, Phase I Hosur, Krishnagiri, Tamil Nadu | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for Licence | $75,000.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 79. | Maiva Pharma Private Limited | | 635126 India Attention: Dr. Bhaskar Krishna Email: bhaskarkrishna@maivapharma.com | Athenex Pharmaceutical Division, LLC | Supply Agreement | |
| 80. | Global Pharmatech Private Limited | | | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for Site Transfer | $680,110.00 |
| 81. | Global Pharmatech | | | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for Development and Supply | $0.00 |
| 82. | Global Pharmatech Private Limited | | | | | $0.00 |
| 83. | Global Pharmatech | | | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for Development and Supply | $0.00 |
| 84. | Global Pharmatech | | | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for Site Transfer | $0.00 |
| 85. | Global Pharmatech Private Limited | | | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for Site Transfer | $0.00 |
| 86. | Global Pharmatech LLC | | | | | $0.00 |
| 87. | MailFinance, Inc. | Neopost | 1335 Valwood Pkwy, Suite 111, Carrollton, TX 75006 | Athenex, Inc. | | $0.00 |
| 88. | MasterControl, Inc. | | 6330 South 3000 East, Suite 200, Salt Lake City, UT 84121 | Athenex, Inc. | End User License Agreement | $65,675.10 |
| 89. | MegaPharm Ltd | | Hapnina Street 8 (Building D), Raanana, 4321545 Israel | Athenex, Inc. | License Agreement effective March 24, 2021 | $0.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 90. | Modern Disposal Services | | 4746 Model City Rd, Model City, NY 14107 | Athenex Pharma Solutions, LLC | Service Agreement | $1,797.32 |
| 91. | MSD International Business GmbH | Merck | Tribschenstrasse 60, 6005 Luzern, Switzerland, Attn: Director | Athenex, Inc. | Clinical Trial Collaboration and Supply Agreement effective May 9, 2022 | $0.00 |
| 92. | MSD International GmbH | Merck | Tribschenstrasse 60, 6005 Luzern, Switzerland, Attn: Director Copy to: Merck Sharp & Dohme LLC, 126 East Lincoln Avenue, PO Box 2000, Rahway, NJ 07065, Attn: Office of Secretary Assistant Genearl Counsel, Corporate Transactions Copy to: Merck Sharp & Dohme LLC, 351 North Sumneytown Pike, Mallstop UG4CD-16, North Wales, PA 19454, Attn: Senior Vice President, Research Science | Athenex, Inc. | Clinical Trial Collaboration and Supply Agreement effective May 9, 2022 | $0.00 |
| 93. | MW Encap Ltd. (Lonza) | Lonza | Oakbank Park Way Units 4,5 & 6 West Lothian EH53 OTH GB | Athenex Pharmaceutical Division, LLC | Quality Agreement for Commercial and Clinical Manufacture of Product | $0.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 94. | MW Encap Ltd | Nextpharma/Encap/Lonza | Units 4,5 & 6 Oakbank Park Way Livingston, EH53 0TH United Kingdom, Attn: Site Manager Copy to: Lonza, AG, Muenchensteinerstrasse 38, CH-4002 Basel, Attn: General Counsel | Athenex, Inc. | Commercial Manufacturing Services and Supply Agreement effective August 7, 2020 | $0.00 |
| 95. | Newcastle Upon Tyne Hospitals NHS Foundation Trust | | Research Governance Manager, Newcastle Joint Research Office, Research & Development, Level 1, Regent Point, Regent Farm Road, Gosforth NE3 3HD | Athenex, Inc. | | $0.00 |
| 96. | Nuwagen Limited | | 608-613 IC Development Center, 6 Science Park West Ave, HKSP, Shatin, Attn: Raymond Yeung | Athenex, Inc. | License Agreement effective July 2, 2020 | $0.00 |
| 97. | OncoGenerix USA, Inc. | | 6046 Cornerstone CT W STE 155 San Diego, CA 92121 | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for License (x5) | $0.00 |
| 98. | OncoMed Specialty, LLC dba Onco360 | | Onco360 Oncology Pharmacy 13410 Eastpoint Centre Drive Louisville, KY 40223 Attn: Benito Fernandez VP Trade Operations & Account Management | Athenex Pharmaceutical Division, LLC | Binding Term Sheet for Joint Development and Commercialization | $0.00 |
| 99. | Oregon Health & Science University | | Oregon Health & Science University, Attn: Office of General Counsel, 3181 SW Sam Jackson Park Road, MC 1,585, Portland, OR 97239 | Athenex, Inc. | Modified Accelerated Clinical Trial Agreemened made as of May 8, 2023 | $0.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 100. | Patheon Pharmaceuticals Inc. | ThermoFisher, Fisher Scientific, Brammer Bio | 2110 East Galbraith Road, Cincinnati, OH 45237 | Athenex, Inc. | Master Manufacturing Services Agreement effective August 15, 2020 | $0.00 |
| 101. | PharmaDirections, Inc. | | 15100 Weston Parkway Suite 101 Cary, NC 27513 | Athenex, Inc. | Regulatory and Medical Writing Support | $3,250.00 |
| 102. | Pharmaessentia Corp | | 13F, No. 3 YuanQu Street, Nankang District, Taipei 115, Taiwan, Attn: Chief Executive Officer | Athenex, Inc. | License Agreement effective December 16, 2013 | $0.00 |
| 103. | Pharmaessentia Corp | | 13F, No. 3 YuanQu Street, Nankang District, Taipei 115 Taiwan, Attn: Chief Executive Officer | Athenex, Inc. | License Agreement effective December 8, 2011 | $0.00 |
| 104. | Pharmascience Inc. | | 6111 Royalmount Avenue Montreal, QC H4P 2T4 Canada | Athenex Pharmaceutical Division, LLC | Binding Proposal | $1,000,000.00 |

|  | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 105. | Praxgen Pharmaceuticals LLC | Sungen/Praxgen/UBI | Praxgen Pharmaceuticals, LLC Attention: Isaac Liu, Chief Executive Officer Email: Isaac.Liu@praxgen.com  With a copy to: Praxgen Pharmaceuticals, LLC Attn: Eric Rong, President Email: eric.rong@praxgen.com  9 Deer Park drive Suite J-10 Monmouth Junction NJ-08852 | Athenex Pharmaceutical Division, LLC | Master Collaboration Agreement | $847,676.80 |
| 106. | ProductLife Limited |  | The Jeffreys Building St John's Innovation Park Cowley Road, Cambridge, CB4 0DS United Kingdom | Athenex Inc. | Master Services Agreement | $0.00 |
| 107. | Professor Andrew M Wardley |  | Ash Tree Cottage, 72 The Vilage, Thurstonland, West Yorkshire, UK HD46XX | Athenex Inc. |  | $0.00 |
| 108. | Q Squared Solutions LLC | Q2 Solutions | 2400 Ellis Road, Durham, NC 27703 | Athenex, Inc. | Master Laboratory Services Agreement | $291,380.62 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 109. | Q Squared Solutions LLC | Q2 | Q Squared Solutions LLC5827 South Miami BoulevardMorrisville, NC 27560USAAttention:  Head of LaboratoryWith a copy to:IQVIA Inc.Office of the General CounselP.O. Box 13979Research Triangle Park, North Carolina 27709-3979Attention:  General Counsel | Athenex, Inc. | General Laboratory Services Agreement | $0.00 |
| 110. | Qilu Pharmaceutical Co., LTD. | | Qilu Pharmaceutical Co., Ltd. 8888. Lvyou Road, High-tech Zone Jinan, Shandong, 250104, China Attn: Ms. Jing Zhang | Athenex Pharmaceutical Division, LLC | License, Supply, and Distribution Agreement | $0.00 |
| 111. | Quantum Leap Health Care Collaborative | | 3450 California Street, 2nd Floor, San Francisco, CA 94118 | Athenex, Inc. | Three-Party Clinical Trial Participation Agreement effective June 19, 2020 | $165,000.00 |
| 112. | Sciecure for Compounded Pharmaceutical Products | | 11 Deerpark Drive Unit 120 Monmouth Junction, NJ 08852 | Athenex, Inc. | Binding Term Sheet | $0.00 |
| 113. | SciLucent, Inc. | | Attn: Legal Counsel, 585 Grove Street, Suite 300, Herndon, Virginia 20170 | Athenex Inc. | | $19,381.25 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 114. | Sentry BioPharma Services, Inc. | | 4605 Decatur Boulevard, Indianapolis, IN 46241, Attn: Timothy Mitchell and Randy Lloyd | Athenex, Inc. | Master Service Agreement to Provide Pharmaceutical Support Services effective February 15, 2017 | $21,189.80 |
| 115. | Seqirus Pty Ltd | | 45 Poplar Road, Parkville, Victoria, Australia, 3052 | Athenex, Inc. | License Agreement effective June 28, 2021 | $0.00 |
| 116. | Shred-it USA LLC | | 440 Lawrence Bell Dr. Williamsville, NY 14221 | Athenex, Inc. | Customer Service Agreement Regular Service | $1,690.91 |
| 117. | SouthworkMilton Inc. d/b/a Milton CAT | Milton CAT | Milton Cat Service Agreements, 100 Quarry Drive, Milford, MA 01757 | Athenex Pharma Solutions, LLC | On Site Scheduled Maintenance Plan | $5,267.85 |
| 118. | Spectrum Chemicals Manufacturing Corporation | | 769 Jersey Avenue, New Brunswick, NJ 08901, Attn: Rebecca Lampert | Athenex, Inc. | Supply Agreement effective September 4, 2020 | $1,503.78 |
| 119. | Speed Global Services | | 299 Kenmore Ave., Kenmore, NY 14207 | Athenex, Inc. | Quality Agreement | $27,053.00 |
| 120. | Summit Medical Writing Group, Inc. (and Mark Sobnosky) | | 2315 Summit Drive, Hillsborough, NC 27278 | Athenex Inc. | | $19,893.75 |
| 121. | Telerx Marketing, Inc. | C3i | 2200 Renaissance Blvd., Suite 370, King of Prussa, PA 19406 | Athenex, Inc. | Master Services Agreement effective as of May 25, 2016 | $27,369.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 122. | The Christie NHS Foundation Trust | | The R&D Office, The Christie NHS Foundation Trust, Manchester Cancer Research Centre Building (MCRC), 2nd Floor, Wilmslow Road, Manchester, M20 4BX United Kingdom | Athenex. Inc. | | $0.00 |
| 123. | The Steely Group, LLC | | 1211 W. 22nd Street, Oak Brook, IL 60523 | Athenex, Inc. | Contract Staffing Services Agreement | $0.00 |
| 124. | The U.S. Department of Health and Human Services, as represented by National Cancer Institute an Institute or Center of the NIH | National Institutes of Health | License Compliance and Administration, Monitoring & Enforcement, Office of Technology Transfer, National Institutes of Health, 6011 Executive Boulevard, Suite 325, Rockville, Maryland 20852-3804 | Athenex, Inc. | Patent License Agreement - Exclusive | $1,100,000.00 |
| 125. | The University of North Carolina at Chapel Hill | | Attn: Director, The University of North Carolina at Chapel Hill, Office of Technology Commercialization, 109 Church Street, Chapel Hill, NC 27516 | Cell Medica, Inc. d/b/a Kuur Therapeutics | Option Agreement | $0.00 |
| 126. | The University of Texas Health Science Center at San Antonio | | Chris Green, CPA, Director, Office of Sponsored Programs (OSP), The University of Texas Health Science Center at San Antonio, 7703 Floyd Curl Drive, MC 7828, San Antonio, TX 78229 | Athenex Inc. | | $2,500.00 |
| 127. | TympoBio Inc. | | 3000 RDU Center Drive Ste 130, Morrisville, NC 27560 | Cell Medica, Inc. d/b/a Kuur Therapeutics | License Agreement dated as of May 1, 2018 | $0.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 128. | University of California, on behalf of its San Francisco Campus | The Regents of the University of California, on behalf of its San Francisco Campus | The Regents of the University of California, on behalf of its San Francisco Campus, UCSF Office of Sponsored Research, Industry Contracts Dvision, Box 1209, 490 Illinois Street, 5th Floor, San Francisco, CA 94143Copy: Babis Andreadis, 400 Parnassus Avenue, 450, San Francisco, CA 94117 | Athenex, Inc. | Acclerate Clinical Trial Agreement dated September 16, 2022 | $60,110.00 |
| 129. | Up Pharma, S.A. de C.V. | | Insurgentes Sur 670 Piso 6, Del Valle, Beniot Juarez, C.P. 03100, Ciudad de Mexico, Mexico, Attn: Andrea Schoetz and copy to: Selene Escobar | Athenex, Inc. | License Agreement effective March 8, 2022 | $0.00 |
| 130. | USV Private Limited | | USV Private Limited Arvind Vithal Gandhi Chowk, B.S.D.Marg, Govandi Mumbai 400088, India Facsimile - 91 22 2558 4025 | Athenex, Inc. | License and Supply Agreement | $0.00 |

| | Legal Name | aka | Legal Address | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| 131. | Woodfield Preserve Property, L.L.C. | | Landlord:<br>c/o Zeller Realty Group<br>401 North Michigan Avenue<br>Suite 1300<br>Chicago, IL 60611<br>Attn: Asset Management<br><br>With a copy to:<br>Zeller Realty Group<br>20 North Martingale Road<br>Suite 225<br>Schaumburg, IL 60173<br>Attn: General Manager | Athenex Pharmaceutical Division, LLC | Amended and Restated Lease | $0.00 |
| 132. | Z.A.S. Zentral Archiv Service GmbH | | Justus von Liebig Str. 7, 17033 Neubrandenburg | Kuur Therapeutics Inc. | Contract for the Takeover and Management of the Archive for Cell Medica GmbH | $453.66 |
| 133. | ZenRx Limited | | 156 Frederick Street, PO Box 1777, Dunedin 9054 New Zealand, Attn: Managing Director | Athenex, Inc. | License Agreement effective April 25, 2013 | $0.00 |