# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ATHENEX, INC., *et al.*, | ) Case No. 23-90295 (DRJ) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, I did cause the foregoing *Limited Objection of Eversana Life Science Services LLC to Debtors' Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898

41665589.3 06/06/2023