# EXHIBIT 3

(Summary of the Invoices)

| Posting Date | Due Date | Trans. No. | Journal Voucher | Origin | Origin No. | Ref. 1 | Ref. 2 | Ref. 3 | Offset Account | Details | Type | Amount | Balance Due (LC) | Balance Due USD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08.03.2023 | 22.04.2023 | 31483 | | IN | 232720053 | 232720053 | | 1 | 702000 | A/R Invoices - C00867 | Milestone | € 100,000.00 | $ 100,000.00 | $100,000 |
| 24.01.2023 | 10.03.2023 | 30284 | | IN | 235720018 | 235720018 | 2100262 | 1 | 702320 | A/R Invoices - C00867 | Supply | € 3,302.00 | € 3,302.00 | $ 3,530.57 |
| 29.03.2023 | 13.05.2023 | 31791 | | IN | 235720078 | 235720078 | 2100262 | 1 | 702300 | A/R Invoices - C00867 | Supply | € 37,594.98 | € 37,594.98 | $ 40,197.33 |
| 29.03.2023 | 13.05.2023 | 31792 | | IN | 235720079 | 235720079 | 2100262 | 1 | 702300 | A/R Invoices - C00867 | Supply | € 37,446.03 | € 37,446.03 | $ 40,038.07 |
| 29.03.2023 | 13.05.2023 | 31796 | | IN | 235720080 | 235720080 | 2100262 | 1 | 702300 | A/R Invoices - C00867 | Supply | € 37,936.26 | € 37,936.26 | $ 40,562.23 |
| 29.03.2023 | 13.05.2023 | 31797 | | IN | 235720081 | 235720081 | 2100262 | 1 | 702300 | A/R Invoices - C00867 | Supply | € 37,297.08 | € 37,297.08 | $ 39,878.81 |
| 31.03.2023 | 15.05.2023 | 31883 | | IN | 235720084 | 235720084 | 2100262 | 1 | 702300 | A/R Invoices - C00867 | Supply | € 44,455.40 | € 44,455.40 | $ 47,532.63 |
| | | | | | | | | | | Estimated Inventory waiting to be shipped and invoice | Supply | € 225,000.00 | € 225,000.00 | $ 240,574.64 |
| | | | | | | | | | | | Total | | | **$552,314** |

As of June 6, 2023
[1 EUR to USD - Euros to US Dollars Exchange Rate (xe.com)](#)

1.00 Euro =
1.0692206 US Dollars        1.0692206
1 USD = 0.935261 EUR

| Future | To be invoiced | Milestone 3 (upon FDA approval of the ANDA) | milestone event expected the week of June 5th, 2023 | Milestone | $ | 150,000.00 |
| Future | To be invoiced | Milestone 4 (upon Delivery of First comm prod) | milestone event expected October 2023 | Milestone | $ | 150,000.00 |

As of June 6, 2023
[1 EUR to USD - Euros to US Dollars Exchange Rate (xe.com)](#)

1.00 Euro =
1.0692206 US Dollars
1 USD = 0.935261 EUR