IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> ATHENEX, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-90295 (DRJ) <br><br> (Jointly Administered) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF MAIA PHARMACEUTICALS, INC. TO NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES WHICH MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO**

NOW COMES MAIA Pharmaceuticals, Inc. ("***MAIA***"), by and through its counsel, Orrick, Herrington & Sutcliffe, LLP, and hereby files this limited objection to the *Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cute Amounts with Respect Thereto* [ECF No. 141] (the "***Assumption Notice***").

1. On May 14, 2023 (the "***Petition Date***"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***").

2. On May 14, 2023, the Debtors filed the *Debtors' Emergency Motion for (I) Entry of an Order Approving (A) Bid Procedures; (B) the Form and Manner of Notice; (C) the*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/athenex. The location of Athenex, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 1001 Main Street, Suite 600, Buffalo, NY 14203.

4158-4290-2600

*Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases; and (II) Entry of an Order Approving (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (B) the Assumption and Assignment of Certain Contracts and Unexpired Leases* [ECF No. 17] (the "**Bid Procedures and Sale Motion**").

3. Pursuant to the Bid Procedures and Sale Motion, the Debtors sought (a) entry of an order (the "**Bid Procedures Order**") (i) approving the form and notice of assumption and, if necessary, assignment, of executory contracts and expired leases and (ii) establishing procedures for determining cure amounts in connection with the assumption and, if necessary, assignment of executory contracts, and (b) entry of an order (the "**Sale Order**") authorizing the assumption and assignment of certain executory contracts and unexpired leases.

4. On May 22, 2023, the Court entered the Bid Procedures Order [ECF No. 113], which, among other things, established procedures related to cure amounts in connection with the assumption and, if necessary, assignment of executory contracts.

5. On May 26, 2023, the Debtors filed the Assumption Notice, indicating that they intended to assume and assign the Amended and Restated Exclusive Distribution and Supply Agreement, "License Agreement" (the "**MAIA-APD License Agreement**")[2] between MAIA and Athenex Pharmaceutical Division, LLC ("**APD**") to the Prevailing Purchaser (as defined in the Bid Procedures and Sale Motion) in connection with the sale of the Debtors' assets and in accordance with the procedures set forth in the Bid Procedures Order.

---

[2] Capitalized terms used herein and otherwise not defined shall have the meaning ascribed to such term in the MAIA-APD License Agreement. MAIA believes that the Debtors have a copy of the Agreement but, if not, MAIA will furnish the Debtors with a copy upon written request.

2

4158-4290-2600

6. Before the Debtors can assume and assign the MAIA-APD License Agreement (to the extent the MAIA-APD License Agreement is subject to assumption and assignment), the Debtors must cure the entire arrearages owed to MAIA.

### Q2 Quarterly Profit Payments

7. Pursuant to Section 6.3 of the MAIA-APD License Agreement, APD agreed to pay MAIA the Adjusted Gross Profit Share of the Product(s) in the Territory during the Term as set forth in paragraphs 3 and 4 of Exhibit 1.2 thereto. Paragraph 3 of Exhibit 1.2, in turn, provides that, during the Term of the MAIA-APD License Agreement, MAIA shall be paid, on a calendar quarterly basis, (i) fifty percent (50%) of the Adjusted Gross Profits attributable to the Maia ANDA Product (levothyroxine sodium for injection) in the Territory and (ii) fifty-six percent (56%) of the Adjusted Gross Profits attributable to the Maia NDA Product (bivalirudin injection) in the Territory (together, the "*Quarterly Profit Payments*").

8. The Assumption Notice lists a cure amount of $1,291,535.00 (the "*Proposed Cure Amount*") for the MAIA-APD License Agreement. This amount only reflects the Quarterly Profit Payments due to MAIA for Q1 2023, as reflected on the invoice attached hereto as Exhibit A. The Proposed Cure Amount does not include the Quarterly Profit Payments due to MAIA for Q2 2023, which MAIA estimates to be (i) $825,000.00 for the prepetition period between April 1, 2023 and May 13, 2023, and (ii) an additional $825,000.00 for the post-petition period between May 14, 2023 and June 30, 2023. The Proposed Cure Amount should therefore be increased by $1,650,000.00 to reflect the total amount due to MAIA for Q1 and Q2 ($2,941,535.00).

### Indemnification Obligations

9. Pursuant to Section 12.1.2 of the MAIA-APD License Agreement, APD agreed to Indemnify MAIA and its agents, directors, officers and employees, and any of their respective

3

successors and assigns (the "**MAIA Indemnitees**"), from and against any and all Liabilities resulting from Third-Party Claims against any MAIA Indemnitee arising from or occurring as a result of, *inter alia*, the Commercialization, use, marketing, distribution, offer for sale, sale, promotion, importation or other Commercialization of the Product(s) by or on behalf of APD or its Affiliates.

10. According to Gland Pharma Limited ("**Gland**"), APD owes Gland $742,140.00 on account of (i) that certain invoice M12317000460 dated January 27, 2023, attached hereto as Exhibit B and (ii) that certain invoice M12317000491 dated February 3, 2023 attached hereto as Exhibit C (together, the "**Gland Overdue Invoices**").[3] It is MAIA's understanding that the Gland Overdue Invoices relate to Commercialization of the Product.

11. Gland has informed MAIA that, to the extent APD fails to pay the Gland Overdue Invoices, Gland will hold MAIA responsible for the amounts due thereunder. Accordingly, if APD does not increase the cure amount due to Gland by $742,140.00 to account for the Gland Overdue Invoices, the Proposed Cure Amount due to MAIA should be increased by $742,140.00 pursuant to the indemnification clause in the MAIA-APD License Agreement.

## Reservation of Rights

12. MAIA is filing this limited objection in order to preserve its rights, including its right to assert that all or any portion of its claims constitute administrative expense claims or other priority claims.

---

[3] The $742,140.00 due to Gland on account of the Gland Overdue Invoices is not included in the $3,881,428.50 proposed cure amount ascribed to Gland on Exhibit A to the Assumption Notice.

13. MAIA hereby preserves the right to assert additional cures or other amounts against the Debtors, their estates or the Prevailing Purchaser (as defined in the Bid Procedures and Sale Motion), in the event of any post-petition (but pre-assumption) defaults.

WHEREFORE, MAIA respectfully requests that the Court require the amount of cure payments be increased as set forth herein, prior to the assumption and assignment of the MAIA-APD License Agreement.

Dated: June 7, 2023

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Laura Metzger*
Laura Metzger (admitted pro hac vice)
51 West 52nd Street
New York, N.Y. 10019
Telephone:  (212) 506-5000
E-mail:     lmetzger@orrick.com

***Attorneys for MAIA Pharmaceuticals, Inc.***

4158-4290-2600

**CERTIFICATION OF SERVICE**

The undersigned certifies that on **June 7, 2023,** a true and correct copy of the foregoing document was served on all parties receiving notice via the Court's CM/ECF system and the Objection Notice Parties listed as follows: (a) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 440 Louisiana Ave., Suite 900, Houston, Texas, 77002, Attn: Michael D. Warner (mwarner@pszjlaw.com) and 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067, Attn: Richard M. Pachulski (rpachulski@pszjlaw.com), Debra I. Grassgreen (dgrassgreen@pszjlaw.com), and Shirley S. Cho (scho@pszjlaw.com); (ii) counsel to the Agent, Sullivan & Cromwell LLP, Attn: Ari B. Blaut (blauta@sullcrom.com), Daniel R. Loeser (loeserd@sullcrom.com), Benjamin S. Beller (bellerb@sullcrom.com), Mark E. Dendinger (mark.dendinger@bracewell.com), Jonathan Lozano (jonathan.lozano@bracewell.com); (iii) counsel to the Prevailing Purchaser, if one has been determined;[4] (iv) proposed counsel to the Committee, (a) McKool Smith PC, 600 Travis Street, Suite 7000, Houston, TX 77002, Attn: John J. Sparacino (jsparacino@mckoolsmith.com) and S. Margie Venus (mvenus@mckoolsmith.com); and (b) Porzio, Bromberg & Newman, P.C., 100 Southgate Parkway, P.O. Box 1997, Morristown, NJ 07962-1997, Attn: Warren J. Martin, Jr. (WJMartin@pbnlaw.com), Robert M. Schechter (RMSchechter@pbnlaw.com) and Rachel A. Parisi (RAParisi@pbnlaw.com); (v) counsel to the Stalking Horse Bidder(s), if any;[5] and (vi) the United States Trustee at the Office of the United States Trustee, 515 Rusk St, #3516, Houston, Texas, 77002, (Attn: Jana Smith Whitworth (Jana.Whitworth@usdoj.gov) and Ha Nguyen (Ha.Nguyen@usdoj.gov).

---

[4] No Prevailing Purchaser with respect to the MAIA-APD License Agreement at the time of filing.

[5] No Stalking Horse Bidder(s) with respect to the MAIA-APD License Agreement at the time of filing.

4158-4290-2600

Dated: June 7, 2023  **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Laura Metzger*
Laura Metzger (admitted pro hac vice)
51 West 52nd Street
New York, N.Y. 10019
Telephone:  (212) 506-5000
E-mail:     lmetzger@orrick.com

7

4158-4290-2600

# **EXHIBIT A**

**Q1 Quarterly Profit Payments Invoice (MAIA)**

# Profit Share Invoice

# Q1 2023

**MAIA**
707 State Road; Suite 104
Princeton, NJ 08540
**BIKRAM MALIK**
bmalik@maiapharma.com
609-436-9148

**ATHENEX**
10 N. Martingale Road; Suite 130
Schaumberg, IL 60173
**RON IMBORDINO, CPA**
rimbordino@athenex.com
847-232-4052

**PRODUCTS**
**Levothyroxine Sodium Injection**
*100mcg, 200mcg, 500mcg*
**Bivalirudin Ready-to-Use Injection**
*250mg/50mL*

**BANK INFORMATION**
Bank of America
1848 Easton Avenue; Somerset, NJ 08873
MAIA Pharmaceurticals, Inc.
A/C:  3810 3457 4661
SWIFT:  BOFAUS3N

| | |
|---|---|
| Invoice Number: | MA - US - LEV - 17 - Q1 2023 |
| Invoice Date: | April 27, 2023 |
| Due Date: | May 27, 2023 |

| Description | Amount |
|---|---|
| Adj. Base Gross Profit LEVOTHYROXINE | $1,155,387 |
| Adj. Base Gross Profit BIVALIRUDIN | $121,415 |
| Additional Gross Profit LEVOTHYROXINE | $0 |
| Additional Gross Profit BIVALIRUDIN | $0 |
| Pharmacovigilance Expenses | $14,733 |
| Other | |
| **DUE TO MAIA** | **$1,291,535** |

Payment Terms
Net 30 Days

Any "Due to MAIA" payment not received by Due Date is subject to an interest rate of 2% per month
MAIA Pharmaceuticals, Inc. is not responsible for any bank  fee associated with Wire / ACH transfers

*Bikram Malik*

**BIKRAM MALIK, MAIA PHARMACEUTICALS, INC.**

## **EXHIBIT B**

**Invoice M12317000460 – January 27, 2023 (Gland)**

**COMMERCIAL INVOICE**

Page 1 of 2

| **Gland Pharma Limited** | **Invoice No & Date**: M12317000460 DT 27.01.2023 | **Pre-Carriage by :** BY ROAD |
|---|---|---|
| Sy.No.143 to 148,150&151 | **Reference** : 7000000701 DT 27.01.2023 | **Place of Receipt by Pre-carrier:** HYDERABAD-INDIA |
| Near Gandimaisamma X Road, | **Buyer Order No & Date**: 2100283 DT 16.08.2022 | **Country of Origin of Goods :** INDIA |
| Dommara Pochampally, Qutbullapur Mandal | **LC No & Date:** DT | **Country of Final Destination :** USA |
| Dundigal Post | **Performa No & Date:** | **Mode of Shipment :** AIR |
| Hyderabad, 500043 | **Payment terms:** Incoming Payment-45 Days | **Port of Loading :** Hyderabad#Air Cargo |
| Telangana,India | **Incoterms :** Ex Works | **Terms of Delivery :** EXW |
| GST Number : 36AAACG8036B1ZZ | | **Port of Discharge :** Chicago#(IL) O'Hare International Airport |
| IEC Number : 0990002110 | | **Final Destination :** USA |

| **CONSIGNEE/SHIP TO** | **BILL TO** | **Buyer/Notify (if other than consignee)** | **Total No of Shippers :** 147 |
|---|---|---|---|
| **Athenex Pharmaceutical Division** | **Athenex Pharmaceutical Division, LLC** | **Athenex Pharmaceutical Division, LLC** | **Total No of Pallets :** 04 |
| C/o Eversana Life Science Services | Conventus Building, 1001 Main St., Suite 600 | Conventus Building, 1001 Main St., Suite 600 | **Total Gross WT :** 1365.652 |
| 4580 S. Mendenhall Road, | Buffalo, 14203 | Buffalo, 14203 | **Total Net wt :** 1254.667 |
| Memphis, 38141 | New York,USA | New York,USA | **Total Wt (Pallet + Gross Wt) :** 1437.652 |
| Tennessee,USA | | | **Storage / transit Condition:** + 2 TO 8 DEGRESS |
| | | | **Origin Of Goods :** India |

| S.NO | Product Particulars | Size of Shipper | Size of Pallet | Shippers | HSN/ SAC Code | Quantity | UOM | Batch Details | Rate in USD | Basic Amount | Freight | Insurance | Other Charges | Total Amount in USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BIVALIRUDIN INJECTION 250MG/50ML (5MG/ML), 50ML VIAL<br><br>**NDC No:** 7086040351<br>**ANDA No:** 211215<br>**FDA Code:** 61 L C P -39 | 330X270X185MM | 1200X1000X1150MM | 147 | 30049099 | 8810 | EA | **Batch No**: A2310001<br>**MFG dt:** 17/12/2022<br>**EXP dt:** 16/06/2024 | 42.0000 | 370,020.00 | | | | 370,020.00 |
| **Total** | | | | | | | | | | **370,020.00** | | | | **370,020.00** |

**Remarks**
02 DATA LOGGERS PLACED

Total Invoice Value in Doc Currency : US DOLLAR THREE HUNDRED SEVENTY THOUSAND TWENTY ONLY

**COMMERCIAL INVOICE**

Page 2 of 2



| | |
|---|---|
| **Gland Pharma Limited**<br>Sy.No.143 to 148,150&151<br>Near Gandimaisamma X Road,<br>Dommara Pochampally, Qutbullapur Mandal<br>Dundigal Post<br>Hyderabad, 500043<br>Telangana,India<br>GST Number : 36AAACG8036B1ZZ<br>IEC Number : 0990002110 | **Invoice No & Date**: M12317000460 DT 27.01.2023<br>**Reference** : 7000000701 DT 27.01.2023<br>**Buyer Order No & Date**: 2100283 DT 16.08.2022<br>**LC No & Date:** DT<br>**Performa No & Date:**<br>**Payment terms:** Incoming Payment-45 Days<br>**Incoterms :** Ex Works |

| | | | |
|---|---|---|---|
| | | | **Pre-Carriage by :** BY ROAD<br>**Place of Receipt by Pre-carrier:** HYDERABAD-INDIA<br>**Country of Origin of Goods :** INDIA<br>**Country of Final Destination :** USA<br>**Mode of Shipment :** AIR<br>**Port of Loading :** Hyderabad#Air Cargo<br>**Terms of Delivery :** EXW<br>**Port of Discharge :** Chicago#(IL) O'Hare International Airport<br>**Final Destination :** USA |
| **CONSIGNEE/SHIP TO**<br>**Athenex Pharmaceutical Division**<br>C/o Eversana Life Science Services<br>4580 S. Mendenhall Road,<br>Memphis, 38141<br>Tennessee,USA | **BILL TO**<br>**Athenex Pharmaceutical Division, LLC**<br>Conventus Building, 1001 Main St., Suite 600<br>Buffalo, 14203<br>New York,USA | **Buyer/Notify (if other than consignee)**<br>**Athenex Pharmaceutical Division, LLC**<br>Conventus Building, 1001 Main St., Suite 600<br>Buffalo, 14203<br>New York,USA | **Total No of Shippers :** 147<br>**Total No of Pallets :** 04<br>**Total Gross WT :** 1365.652<br>**Total Net wt :** 1254.667<br>**Total Wt (Pallet + Gross Wt) :** 1437.652<br>**Storage / transit Condition:** + 2 TO 8 DEGRESS<br>**Origin Of Goods :** India |

Bank Details:
Field 56A- (Intermediary Institution): CHASUS33 ** (J P Morgan Chase Bank NA, New York)
Field 57A- (Account with Institution): CNRBINBBBFD (Canara Bank, CPC Forex, Mumbai)
Field 59- (Beneficiary/Customer Name): M/s GLAND PHARMA LIMITED
Address: Survey No. 143-148, 150 & 151, Near Gandimaisamma 'X' Roads, Hyderabad-500043
Beneficiary Account Number: 30491070000030

**Declaration**                                                                                                                 **FOR GLAND PHARMA LIMITED.**
We declare that this invoice shows the actual price of the goods
described and that all particulars are true and correct

                                                                                                                                **AUTHORISED SIGNATORY**

# EXHIBIT C

**Invoice M12317000491 – February 3, 2023 (Gland)**

**COMMERCIAL INVOICE**

Page 1 of 2

| **Gland Pharma Limited** | **Invoice No & Date**: M12317000491 DT 03.02.2023 | **Pre-Carriage by :** BY ROAD |
|---|---|---|
| Sy.No.143 to 148,150&151 | **Reference** : 7000000756 DT 03.02.2023 | **Place of Receipt by Pre-carrier:** HYDERABAD-INDIA |
| Near Gandimaisamma X Road, | **Buyer Order No & Date**: 2100302 DT 28.09.2022 | **Country of Origin of Goods :** INDIA |
| Dommara Pochampally, Qutbullapur Mandal | **LC No & Date:** DT | **Country of Final Destination :** USA |
| Dundigal Post | **Performa No & Date:** | **Mode of Shipment :** AIR |
| Hyderabad, 500043 | **Payment terms:** Incoming Payment-45 Days | **Port of Loading :** Hyderabad#Air Cargo |
| Telangana,India | **Incoterms :** Ex Works | **Terms of Delivery :** EXW |
| GST Number : 36AAACG8036B1ZZ | | **Port of Discharge:** Atlanta#(GA) - Hartsfield Atlanta International Ai |
| IEC Number : 0990002110 | | |

| **CONSIGNEE/SHIP TO** | **BILL TO** | **Buyer/Notify (if other than consignee)** | **Final Destination :** USA |
|---|---|---|---|
| Athenex Pharmaceutical Division | Athenex Pharmaceutical Division, LLC | Athenex Pharmaceutical Division, LLC | **Total No of Shippers :** 148 |
| C/o Eversana Life Science Services | Conventus Building, 1001 Main St., Suite 600 | Conventus Building, 1001 Main St., Suite 600 | **Total No of Pallets :** 04 |
| 4580 S. Mendenhall Road, | Buffalo, 14203 | Buffalo, 14203 | **Total Gross WT :** 1363.70 |
| Memphis, 38141 | New York,USA | New York,USA | **Total Net wt :** 1259.212 |
| Tennessee,USA | | | **Total Wt (Pallet + Gross Wt) :** 1435.7 |
| | | | **Storage / transit Condition:** + 2 TO 8° C |
| | | | **Origin Of Goods :** India |

| S.NO | Product Particulars | Size of Shipper | Size of Pallet | Shippers | HSN/ SAC Code | Quantity | UOM | Batch Details | Rate in USD | Basic Amount | Freight | Insurance | Other Charges | Total Amount in USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BIVALIRUDIN INJECTION 250MG/50ML (5MG/ML), 50ML VIAL<br><br>**NDC No:** 7086040351<br>**ANDA No:** 211215<br>**FDA Code:** 61 L C P -39 | 330X270X185MM | 1200X1000X1150MM | 148 | 30049099 | 8860 | EA | **Batch No**: A2310002<br>**MFG dt:** 27/12/2022<br>**EXP dt:** 26/06/2024 | 42.0000 | 372,120.00 | | | | 372,120.00 |
| **Total** | | | | | | | | | | 372,120.00 | | | | 372,120.00 |

**Remarks**
02 DATA LOGGERS PLACED

Total Invoice Value in Doc Currency : US DOLLAR THREE HUNDRED SEVENTY-TWO THOUSAND ONE HUNDRED TWENTY ONLY

**COMMERCIAL INVOICE**

Page 2 of 2



| | |
|---|---|
| **Gland Pharma Limited** | |
| Sy.No.143 to 148,150&151 | |
| Near Gandimaisamma X Road, | |
| Dommara Pochampally, Qutbullapur Mandal | |
| Dundigal Post | |
| Hyderabad, 500043 | |
| Telangana,India | |
| GST Number : 36AAACG8036B1ZZ | |
| IEC Number  : 0990002110 | |

**Invoice No & Date**: M12317000491 DT 03.02.2023
**Reference** : 7000000756 DT 03.02.2023
**Buyer Order No & Date**: 2100302 DT 28.09.2022
**LC No & Date:** DT
**Performa No & Date:**
**Payment terms:** Incoming Payment-45 Days
**Incoterms :** Ex Works

**Pre-Carriage by :** BY ROAD
**Place of Receipt by Pre-carrier:** HYDERABAD-INDIA
**Country of Origin of Goods :** INDIA
**Country of Final Destination :** USA
**Mode of Shipment :** AIR
**Port of Loading :** Hyderabad#Air Cargo
**Terms of Delivery :** EXW
**Port of Discharge :** Atlanta#(GA) - Hartsfield Atlanta International Ai
**Final Destination :** USA
**Total No of Shippers :** 148
**Total No of Pallets :** 04
**Total Gross WT :** 1363.70
**Total Net wt :** 1259.212
**Total Wt (Pallet + Gross Wt) :** 1435.7
**Storage / transit Condition:** + 2 TO 8° C
**Origin Of Goods :** India

| **CONSIGNEE/SHIP TO** | **BILL TO** | **Buyer/Notify (if other than consignee)** |
|---|---|---|
| **Athenex Pharmaceutical Division** | **Athenex Pharmaceutical Division, LLC** | **Athenex Pharmaceutical Division, LLC** |
| C/o Eversana Life Science Services | Conventus Building, 1001 Main St., Suite 600 | Conventus Building, 1001 Main St., Suite 600 |
| 4580 S. Mendenhall Road, | Buffalo, 14203 | Buffalo, 14203 |
| Memphis, 38141 | New York,USA | New York,USA |
| Tennessee,USA | | |

Bank Details:
Field 56A- (Intermediary Institution): CHASUS33 ** (J P Morgan Chase Bank NA, New York)
Field 57A- (Account with Institution): CNRBINBBBFD (Canara Bank, CPC Forex, Mumbai)
Field 59- (Beneficiary/Customer Name): M/s GLAND PHARMA LIMITED
Address: Survey No. 143-148, 150 & 151, Near Gandimaisamma 'X' Roads, Hyderabad-500043
Beneficiary Account Number: 30491070000030

**Declaration**

We declare that this invoice shows the actual price of the goods described and that all particulars are true and correct

FOR GLAND PHARMA LIMITED.

AUTHORISED SIGNATORY