# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br>ATHENEX, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90295 (DRJ)<br><br>(Jointly Administered)<br><br>[Related to Docket No. 113] |

**NOTICE OF EXTENDED BID DEADLINE IN CONNECTION WITH ORDER APPROVING (A) BID PROCEDURES; (B) THE FORM AND MANNER OF NOTICE; (C) THE PROCEDURES FOR DETERMINING CURE AMOUNTS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (D) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. On May 14, 2023 (the "Petition Date"), Athenex, Inc. and its debtor-affiliates (the "Debtors" or the "Company") each commenced a bankruptcy case in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, by filing voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On May 14, 2023, the Debtors filed their *Motion for (I) Entry of an Order Approving (A) Bid Procedures; (B) the Form and Manner of Notice; (C) the Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases; and (II) (A) Entry of an Order Approving (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (B) the Assumption and Assignment of Certain Contracts and Unexpired Leases* [Dkt. No. 17] (the "Bid Procedures and Sale Motion").[2]

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/athenex. The location of Athenex, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 1001 Main Street, Suite 600, Buffalo, NY 14203.

[2] All capitalized terms not herein defined shall have the meanings ascribed to them in the Bid Procedures and Sale Motion. The Assets to be sold or otherwise transferred are any and all of the assets, rights, and properties

3. The Debtors are soliciting offers for the Assets, and the Court has entered the *Order Approving (a) Bid Procedures; (b) the Form and Manner of Notice; (c) the Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases; and (d) Granting Related Relief* [Dkt. No. 113] (the "Bid Procedures Order") approving auction and sale procedures (the "Bid Procedures") for the Assets.[3]

4. Pursuant to the Bid Procedures and Bid Procedures Order, and in consultation with the Consultation Parties to the extent required, the Debtors are **extending the following sale timelines only:**

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Bids Due | June 12, 2023 at 5:00 pm | June **15**, 2023 at 5:00 pm |
| Auction | June 15, 2023 at 10:00 am | June **19**, 2023 at 10:00 am |
| Notice of Winning Bids Filed | June 16, 2023 | June **20**, 2023 at 12:00 pm |
| Objection to Winning Bidder | June 19, 2023 at 12:00 pm | June **21**, 2023 at 2:00 pm |

5. The Debtors reserve the right to further extend the sale timelines pursuant to the Bid Procedures Order in consultation with the Consultation Parties.

*[Remainder of the page intentionally left blank]*

---

pertaining to or used in connection with the operation of the Debtors' business, but excluding any assets of Debtor Athenex Pharma Solutions, LLC.

[3] Copies of the Bid Procedures and Sale Motion, the Bid Procedures Order, the Bid Procedures, and the Stalking Horse Agreement, if any, may be obtained free of charge at the website dedicated to the Debtors' Chapter 11 Cases maintained by their claims and noticing agent and administrative advisor, Epiq Restructuring, LLC, located at https://dm.epiq11.com/athenex.

Dated: June 7, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael D. Warner*
Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
scho@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Michael D. Warner*
Michael D. Warner