<u>**Exhibit A**</u>

**McClean Declaration**

1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>ATHENEX, INC., et al.,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 23-90295 (DRJ)<br><br>(Jointly Administered) |

**DECLARATION OF ALEXANDER R. MCCLEAN IN SUPPORT OF
THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF HARTER
SECREST & EMERY LLP AS SPECIAL COUNSEL FOR THE DEBTORS**

I, Alexander R. McClean, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, and pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), that the following is true and correct:

1. I am a partner with the law firm of Harter Secrest & Emery LLP (the "Firm" or "HSE"), with an address of 1600 Bausch & Lomb Place, Rochester, New York 14604, and elsewhere in the State of New York. I am duly admitted to practice law in the State of New York.

2. I am authorized to submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Harter Secrest & Emery LLP as Special Counsel for the Debtors Effective as of the Petition Date* (the

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/athenex. The location of Athenex, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 1001 Main Street, Suite 600, Buffalo, NY 14203.

1

"Application").[2]  As set forth in the Application, the Firm is proposed special counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors").

3.      The Firm is experienced in the areas of mergers and acquisitions, labor, intellectual property, securities, corporate law, and corporate governance matters governance and has represented the Debtors in connection such matters.  Subject to further order of this Court, the Firm proposes to continue to render these services to the Debtors as special counsel in these chapter 11 cases.

4.      The Firm commenced rendering prepetition services to and on behalf of the Debtors on or about April 18, 2018.

5.      In connection with the Debtors' retention of professionals, the Firm received payments from the Debtors during the year prior to the Petition Date in the aggregate amount of $725,476.00 for services rendered and $17,812.33 for reimbursement of disbursements incurred in connection with the Firm's representation of the Debtors.  As of the Petition Date, the Firm has unpaid amounts to totaling approximately $202,487.12 for services rendered and $4,415.92 for disbursements incurred.  There are no arrangements between the Firm and any other entity for the sharing of compensation received or to be received in connection with the Debtors' chapter 11 cases, except insofar as such compensation may be shared among the partners, of counsel, and associates of the Firm.

6.      Subject to the approval of the Court under applicable provisions of the Bankruptcy Code, the Debtors propose to pay the Firm its customary hourly rates in effect from time to time and to reimburse the Firm for its expenses according to its customary reimbursement policies.  The

---

[2]      A capitalized term used but not defined herein shall have the meaning ascribed to it in the Application.

attorneys currently expected to be principally responsible for this matter, and their respective current hourly rates for calendar year 2023, are as follows:  (a) Alexander McClean (Partner, $500.00), (b) Philip Delmont (Partner, $565.00), (c) Amy Hemenway (Partner, $520.00), (d) Anne Downey (Partner, $400.00), (e) Nicholas Gatto (Senior Counsel, $485.00), (f) Margaret Rhoda (Senior Associate, $365.00), and (g) Matthew Eldred (Senior Associate, $345.00).  The current standard hourly rates of other Firm professionals who may assist with these chapter 11 cases from time to time are:

| PROFESSIONAL | RATE |
| --- | --- |
| Partners | $415 to $640 |
| Counsel | $310 to $570 |
| Associates | $275 to $450 |
| Paralegals | $175 to $265 |

7.      These rates are subject to generally applicable increases as put into effect from time to time by the Firm.  The Firm will provide reasonable notice to the Debtors and the U.S. Trustee of any increases of the Firm's hourly rates, as set forth in the Order approving the Application.

8.      The rates charged by the Firm are set at a level designed fairly to compensate the Firm for the work of its attorneys and paraprofessionals, to cover fixed and routine overhead expenses, and are subject to periodic adjustments necessitated by market and other conditions. Beyond the rates listed above, it is the Firm's policy to charge for all other expenses incurred in connection with the clients' cases.  These expenses include, among other things, conference call charges, mail and express mail charges, special or hand delivery charges, document retrieval charges, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, and transcription costs, as

3

well as non-ordinary overhead expenses such as secretarial and other overtime.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with those charged to other Firm clients.

9.      The Firm categorizes its billing into subject matter categories in representations of this kind.  The Firm understands that its compensation in these chapter 11 cases is subject to approval of this Court, in accordance with sections 327(e) and 330(a) of the Bankruptcy Code, Bankruptcy Rule 2016, and any further Orders of the Court as an expense of administration pursuant to sections 507(b) and 503(b) of the Bankruptcy Code.  The Firm may seek interim compensation during these chapter 11 cases as permitted by section 331 of the Bankruptcy Code or pursuant to further orders of this Court.

10.     The Firm has made the following investigation of its connections prior to submitting this Declaration.  The Firm has undertaken a full and thorough review of its computer database, which contains the names of clients and other parties in interest in particular matters. The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the Firm's database and to enter conflict information regarding new clients or new matters into that database.  Thus, a review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation.

11.     The Firm has run the following parties, among others, through its conflict system (the "Potential Parties-in-Interest"): (i) the Debtors, (ii) non-Debtor affiliates, (iii) current and former directors and officers of the Debtors, (iv) secured creditors, (v) lenders, (vi) ordinary course professionals, (vii) the Debtors' and other known parties' professionals, (viii) the Debtors' top 50 unsecured creditors , (ix) litigation parties; and (x) Judges and the United States Trustee for the

4

Southern District of Texas, Houston Division and persons employed in the office of the United States Trustee, (xi) and other parties.  The Firm's investigation has not revealed any actual or potential conflicts of interest with respect to the Firm's proposed representation of the Debtors.  A list of the Potential Parties-in-Interest is attached hereto as **Schedule 1**.

12.     Based on the Firm's ongoing conflict check as described above, on **Schedule 2** attached hereto the Firm discloses certain connections with the Potential Parties-in-Interest all of which are unrelated to these chapter 11 cases.  The Firm is presently not aware of any adverse interest or other connection with the Debtors, their creditors, the U.S. Trustee, or any party in interest herein in the matters upon which the Firm is to be retained.  Upon further and continuing review of lists of all creditors and interested parties, the Firm will make any further disclosures as may be appropriate.

13.     The Debtors intend to retain various professionals during the pendency of these chapter 11 cases, including:  (a) Pachulski Stang Ziehl & Jones LLP, (b) Cassel Salpeter & Co., (c) MERU, LLC, and (d) Epiq Corporate Restructuring.  The Firm has previously worked with, and will continue to work with, these referenced professionals, and others, on various representations, at times representing the same parties and at other times representing parties with similar interests or parties with adverse interests.

14.     The Firm and certain of its partners, of counsel, and associates may have in the past represented, and may currently represent and likely in the future will represent, creditors of the Debtors in connection with matters unrelated to the Debtors and these chapter 11 cases. Additionally, the Firm represented, represents, and in the future will likely represent, in matters wholly unrelated to these chapter 11 cases, potential parties in interest that may be interested in acquiring all or a portion of the Debtors' assets in these chapter 11 cases.  For the avoidance of

5

doubt, the Firm does not and will not represent any such parties in interest in these chapter 11 cases.

15.     Given the large number of Potential Parties in Interest in these chapter 11 cases and because the information on **Schedule 1** may change during the pendency of these chapter 11 cases, the Firm is not able conclusively to identify all relationships or potential relationships with all creditors or other parties in interest in these chapter 11 cases.  If any additional relationships are discovered, the Firm will promptly file a supplemental declaration as required by Bankruptcy Rule 2014(a).  Additionally, if any new relevant facts or relationships arise, the Firm will use reasonable efforts to identify such developments and will promptly file a supplemental declaration as required by Bankruptcy Rule 2014(a).

16.     Neither the Firm, nor any associate, of counsel, or partner of the Firm, has an interest adverse to the interest of the Debtors or their estates with respect to the matters on which the Firm is to be employed.

17.     To the best of my knowledge, except as disclosed herein, no attorney at the Firm has any connection with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the U.S. Trustee's Office, or any insider of the Debtors except as described above.

18.     The Firm does not employ any person that is related to a judge of this Court or the U.S. Trustee for Region 7.

19.     To the best of my knowledge, after conducting or supervising the investigation described above, I believe that the Firm is eligible for employment by the Debtors pursuant to section 327(e) of the Bankruptcy Code.

DOCS_DE:243091.4 14039/001

20.     The Firm provides the following responses to the questions set forth in Part D of the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under United States Code by Attorneys in Larger Chapter 11 Cases (the "Revised UST Guidelines"):

| Question: | Answer: | Further explanation: |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | N/A |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | The material financial terms for the prepetition engagement remained the same as the engagement was hourly-based. The billing rates and material financial terms for the postpetition period remain the same as the prepetition period. The standard hourly rates of the Firm are subject to periodic adjustment in accordance with the Firm's practice. | None. |
| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | The Debtors and the Firm have discussed an anticipated budget for these chapter 11 cases. | None. |

7

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 8, 2023

*/s/ Alexander R. McClean*
Alexander R. McClean

8

## Schedule 1

**Potential Parties in Interest**

1

Schedule 1
Parties in Interest

## Debtors, dbas & Affiliates

Athenex API Limited
Athenex API Limited
Athenex Belgium
Athenex Biomedical International Holdings
    Limited
Athenex Cidal Argentina S.A.U.
Athenex Cidal Chile SpA
Athenex Cidal Columbia S.A.S.
Athenex Cidal Costa Rica S.A.
Athenex Cidal Ecuador ATHENEXCUA S.A.
Athenex Cidal Guatemala S.A.
ATHENEX CIDAL HOLDINGS I, S.A.
ATHENEX CIDAL HOLDINGS II, S.A.
ATHENEX CIDAL PANAMA, S.A.
Athenex Cidal Peru, S.A.C.
Athenex Euro Limited
Athenex HK Innovative Limited
Athenex Manufacturing China Limited
Athenex Pharma Solutions
Athenex Pharma Solutions, LLC
Athenex Pharmaceutical Division, LLC
Athenex Pharmaceutical Division, LLC
Athenex Pharmaceuticals (China) Limited
Athenex Pharmaceuticals (Chongqing) Limited
Athenex Pharmaceuticals (Hong Kong) Limited
Athenex Pharmaceuticals Co., Ltd.
Athenex Pharmaceuticals International Holdings
    Limited
Athenex Pharmaceuticals LLC
Athenex R&D LLC
Athenex Therapeutics Limited
Athenex Therapeutics Limited
Athenex, Inc.
Athenex, Inc.
AtheSino Holdings Limited
Atis Science and Technology Company Limited
ATNX SPV, LLC
Axis Therapeutics Limited
Bioksy Investments Ltd.
Cell Medica, Inc.
Chongqing MJ Medical Devices Co., Ltd.
Chongqing MJ Medical Sciences Co., Ltd.
Chongqing Sintaho Pharmaceutical Co., Ltd.
Chongqing Taihao Pharmaceutical Co., Ltd.
Comprehensive Drug Enterprises Limited
Excel Bloom Limited
Kinex Pharmaceuticals Inc.
Kinex Pharmaceuticals LLC
Kinex Therapeutics (HK) Limited

Kuur Therapeutics Limited
KUUR Therapeutics, Inc.
Maxinase Life Sciences Limited
Meridian East Limited
MJ Medical Gel Systems Limited
Nuwagen Limited*
Peterson Athenex Pharmaceuticals, LLC
Peterson Athenex Pharmaceuticals, LLC
Polymed Therapeutics, Inc.
Renascence Therapeutics Limited

## Directors & Officers (current and former)

Daniel Lang
Dr. Darrell P. Cohen
Dr. David L. Cutler
Dr. Jinn Wu
Dr. John Moore Vierling
Dr. Robert J. Spiegel
Dr. Rudolf Min-Fun Kwan
Flint Besecker
Jeff Yordon
Joe Annoni
John Romano
Johnson Y.N. Lau, MBBS, M.D., FRCP
Jordan Kanfer
Kevin S. Boyle, Sr.
Kwan Hung Tsang
Lorin Drake
Manson Fok
Michael Smolinski
Stephanie Davis
Steve Adams
Teresa Bair
Timothy Cook
William Zuo, President
Xiojing Wu

## Secured Parties:

ATNX SPV, LLC
Corporation Service Company
LCA Bank Corporation
Oaktree Capital Management, L.P.
Oaktree Fund Administration, LLC
Sagard Healthcare Partners
Sagard Healthcare Royalty Partners LP
U.S. Bank Equipment Finance

## Equity Holders

Altamont Pharmaceutical Holdings
Alyeska Group

Schedule 1
Parties in Interest

Armistice Capital
Avalon Biomedical Management, LTD
Balyasny Asset Management
BlackRock Fund Advisors
Citadel Advisors, LLC
Credit Suisse International
DWS Investment Management Americas, Inc.
Empery Asset Management, L.P.
Endurant Capital Management
Ergoteles Capital
Geode Capital Management, LLC
Goldman Sachs & Co., LLC
GSA Capital Partners, LLP
Heights Capital Management, Inc.
HighTower Advisors, LLC
Intracoastal Capital LLC
IP Group PLC
Johnson Y.N. Lau, MBBS, M.D., FRCP
Kingsbrook Partners LP
Millennium Management, LLC
Morgan Stanley & Company, LLC
National Asset Management, Inc.
Perceptive Advisors, LLC
Perceptive Life Sciences
Renaissance Technologies, LLC
RS Investments
Schonfeld Strategic Group
Shn Financial Investments
Stanford Ventures Inc.
State Street Global Advisors (SSgA)
Susquehanna Financial Group, LLLP (Broker)
The Eleven Fund
The Vanguard Group, Inc.
UBS Financial Services, Inc. (Investment
Advisor)
Vanguard Group
Walleye Capital LLC
Xantium Partners L.P.

**Licensors**
Almirall, S.A.
Aqua Pharmaceuticals LLC
Avalon Hepapoc Limited
Avalon Polyton (HK) Limited
Axis Therapeutics Limited
CANDA NK-2 LLC
Chongqing Taihao Pharmaceutical Co., Ltd.
Galactose Meter and Strip
Gland Pharma Limited
Guangzhou Xiangxue Pharmaceutical Co., Ltd.

Hanmi Pharmeceutical Ltd.
Nang-Kuang Phamaceutical Co., LTD.
Pegtomarginase
PharmaEssentia Corp.
SunGen Pharma LLC
Xiangxue Life Sciences Ltd.
Xiangxue New Drug Discovery and
        Development Company Limited
ZenRx Limited

**Joint Venture Parties**
Peterson Athenex Pharmaceuticals, LLC
Peterson Pharmaceutical

**Other Contract Parties**
20 Commerce Drive Associates, LLC
Almirall LLC
Almirall S.A.
Alter Pharma NV (on behalf of Generic Pharma
International Limited and Milla
Pharmaceuticals, Inc.)
Amphastar Pharmaceuticals, Inc.
Apple, Inc.
Ardington Archives
Arthur Group LLC
Avir Pharma Inc.
Baylor College of Medicine
BE Pharmaceuticals AG
Beloteca, Inc.
BioAgilytix Labs, LLC
Biopas
Boyds Consultants Ltd
Brammer Bio, LLC
C. S. Kimeric, Inc
Charles River Laboratories, Inc.
Chia Tai Tianqing Pharmaceutical Group Co.,
Ltd.
Chongqing Maliu Riverside Development and
        Investment Co., Ltd.,
Chongqing Sintaho Pharmaceutical Co., Ltd.
Chongqing Taihao Pharmaceutical Co., Ltd.
ComDoc Inc
Cyrogene, a Cryoport Company
Dark Horse Consulting Group, Inc.
Dohmen Life Science Services, LLC
Eli Lilly and Company
Elsevier B.V.
ESBATech, a Novartis Company LLC
Essjay Solutions Ltd.
Ever Valinject

2

Schedule 1
Parties in Interest

EVERSANA Life Science Services, LLC (f/k/a
Dohmen Life Science Services, LLC)
Fort Schulver Management Corporation
Fred Hutchinson Cancer Center
GEM Programming Solutions
Genscript Probio USA Inc.
Gland Pharma Limited
GlaxoSmithKline, LLC
Global Pharmatech
Global Pharmatech LLC
Global Pharmatech Private Limited
Greater Glasgow Health Board
Group V Real Estate, Inc.
Guangzhou Xiangxue Pharmaceutical Co., Ltd.
Hainan Shuangcheng Pharmaceuticals Inc. LTD
Hengrui
Heritage Pharmaceuticals Inc. dba Avet
Pharmaceuticals Inc.
Hovione Limited
ImClone LLC
Imuna Pharm for IV Solutions Products
Indena S.p.A
Indena S.p.A.
Ingenus Pharmaceuticals, LLC
Ingersoll-Rand Industrial U.S., Inc.
Iris Global, LLC
Iron Mountain (Switzerland) Ltd
Iron Mountain Information Management, LLC
Istituto Biochimico Italiano Giovanni Lorenzini
S.p.A.
Jiangsu Hansoh Pharmaceutical Group Co., Ltd
Lorenz Archiv-Systeme GmbH
Lorenz International LLC
MAIA Pharmaceuticals
MailFinance, Inc.
Maiva Pharma Private Limited
MasterControl, Inc.
MegaPharm Ltd
Modern Disposal Services
MSD International Business GmbH
MSD International GmbH
MW Encap Ltd
MW Encap Ltd. (Lonza)
Newcastle Upon Tyne Hospitals NHS
Foundation Trust
Nuwagen Limited
OncoGenerix USA, Inc.
OncoMed Specialty, LLC dba Onco360
Oregon Health & Science University
Patheon Pharmaceuticals Inc.

PharmaDirections, Inc.
Pharmaessentia Corp
Pharmascience Inc.
PM Communications LLC
Praxgen Pharmaceuticals LLC
ProductLife Limited
Professor Andrew M Wardley
Q Squared Solutions LLC
Qilu Pharmaceutical Co., LTD.
Quantum Leap Health Care Collaborative
Sciecure for Compounded Pharmaceutical
Products
SciLucent, Inc.
Sentry BioPharma Services, Inc.
Seqirus Pty Ltd
Shred-it USA LLC
SouthworkMilton Inc. d/b/a Milton CAT
Spectrum Chemicals Manufacturing Corporation
Speed Global Services
Summit Medical Writing Group, Inc. (and Mark
Sobnosky)
Telerx Marketing, Inc.
The Christie NHS Foundation Trust
The Steely Group, LLC
The U.S. Department of Health and Human
Services, as represented by National Cancer
Institute an Institute or Center of the NIH
The University of North Carolina at Chapel Hill
The University of Texas Health Science Center
at San Antonio
TympoBio Inc.
University of California, on behalf of its San
Francisco Campus
Up Pharma, S.A. de C.V.
USV Private Limited
Woodfield Preserve Property, L.L.C.
Z.A.S. Zentral Archiv Service GmbH
ZenRx Limited

**Professionals**
Cassel, Salpeter & Co.
Deloitte & Touche LLP
Epiq Corporate Restructuring
Harter Secrest & Emery LLP
MERU, LLC
Pachulski Stang Ziehl & Jones LLP

Schedule 1
Parties in Interest

**Ordinary Course Professionals**
Arnold & Porter LLP
BakerHostetler
Barclay Damon LLP
Fish IP Law LLP Schroder, Joseph &
Associates, LLP
Harris Beach PLLC
Hyman, Phelps & McNamara, P.C
Mendoza, Arias, Valle & Castillo
ParkerPoe Cooley LLP
Quarles & Brady LLP

**Top Unsecured Creditors**
ACS Dobfar
Aronld & Porter
Avet Pharmaceuticals Inc.
Baylor College of medicine
BioAgilytix Labs LLC
Certara USA, INc.
Chongqing Sintaho/Taihao
Chongqing Taiho Pharm
Commerce & Finance Law
Cooley LLP
Deloitte & Touche LLP
Eagle Pharmaceuticals Inc.
EVERSANA Life Science Service
Fort Schulyer Management
Generic Pharma International
GenSCript Probio USA Inc.
Gland Pharma Limited
Harter Secrest & Emery LLP
ICON
Indena SPA
Ingenus Pharmaceuticals, LLC
Karmanos Cancer Center
Mayo Clinic – Rochester
McKesson Medical Surgical
Nang Kuang Pharm. Co. Ltd.
National Institutes of Health
NIH
Pace Analytical Life Sci
Praxgen Pharmaceuticals, LLC
Q2 Solutions
QAD INc.
Sullivan & Cromwell LLP
Veolia Environmental Service

**Banks**
Bank of America
Key Bank

UBS
US BANK

**Insurance Companies/Brokers**
AIG
Ascot Insurance Company
AXA XL - Professional Insurance
Berkshire Hathaway Specialty Insurance
Chubb Group of Insurance Companies
Evanston Insurance Company
Everest Indemnity Insurance Company
Great Northern Insurance Company
Federal Insurance Company
Houston Casualty Company
Markel Service, Incorporated
Newline - MCI
RSUI
Sompo International Insurance
Tokio Marine HCC - D&O Group
Travelers Casualty and Surety Company of
America
Travelers Casualty and Surety Company of
America

**Litigation Counterparties**
Exyte US Inc.

**Landlords**
Commerce Drive LLC
Fort Schuyler Management
Group V Real Estate, Inc.
University at Buffalo
Woodfield Reserve Property

**Utility Providers**
Charter Communications
ComEd
Level 3 Communications
National Fuel
National Grid
Ring Central, Inc.
Spectrum
Transwave

**Judges & the Office of the US Trustee
for the Southern District of Texas**
Chief Judge Eduardo V. Rodriguez
Judge Christopher M. Lopez
Judge David R. Jones
Judge Jeffrey P. Norman

Schedule 1
Parties in Interest

| | |
|---|---|
| Judge Marvin Isgur | Hector Duran |
| Alethea Caluza | Ivette Gerhard |
| Alicia Barcomb | Jana Whitworth |
| Brian Henault | Jayson B. Ruff |
| Christopher R. Travis | Linda Motton |
| Christy Simmons | Luci Johnson-Davis |
| Clarissa Waxton | Millie Aponte Sall |
| Glenn Otto | Samantha Chilton |
| Gwen Smith | Stephen Statham |
| Ha Nguyen | Yasmine Rivera |

DOCS_DE:243091.4 14039/001

**Schedule 2**

**Engagements with Potential Parties in Interest**

All disclosures below are for matters unrelated to the Debtors, their affiliates, or the Debtors' chapter 11 cases.  For all disclosures concerning relationships that generate revenue, such revenue is less than 1% of the annual revenue of HSE.  A "professional" relationship means one where HSE was working as a professional alongside or against the other noted professional.  A "business" relationship means one where HSE was engaged by the person or entity noted.

| Individual / Entity | Relationship to Debtors | Status | Relationship to Harter Secrest & Emery LLP |
|---|---|---|---|
| Bank of America, N.A. | Bank | Open matters unrelated to Debtors | Business |
| KeyBank National Association | Bank | Open matters unrelated to Debtors | Business |
| Modern Disposal Services, Inc. | Contract Party | Open matters unrelated to Debtors | Business |
| Sompo International | Insurance Company | Open matters unrelated to Debtors | Business |