**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| ATHENEX, INC., et al., | Case No. 23-90295 (DRJ) |
| Debtors. [1] | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Athenex, Inc., and its debtor affiliates in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") filed on May 14, 2023, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**," and collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and collectively, the "**Statements**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**," and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Schedules and Statements have been signed by Joe Annoni, Chief Financial Officer of the Debtors. Mr. Annoni is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Annoni necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors. Mr. Annoni has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/athenex. The location of Athenex, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 1001 Main Street, Suite 600, Buffalo, NY 14203.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist.

The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy, or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and advisors are advised of the possibility of such damages. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re—categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Bankruptcy Court.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

A.    **Global Notes and Overview of Methodology**

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1.    **Description of the Chapter 11 Cases**. On May 14, 2023 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  On May 15, 2023, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 24]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

DOCS_LA:349437.7 14039/002

2.      **Basis of Presentation**. Prior to the Petition Date, in the ordinary course of business, the Debtors prepared consolidated financial statements for financial reporting purposes on a monthly basis. The Schedules and Statements are unaudited and are the result of the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. The Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**") nor are they intended to be fully reconciled with the financial statements of each Debtor.  The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

3.      **Reporting Date**. Unless otherwise noted in specific responses, the Schedules and Statements reflect the Debtors' books and records as of the close of business on May 14, 2023, or the latest available record date.

4.      **Current Values**. The assets and liabilities of each Debtor are listed on the basis of the net book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on each of the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5.      **Confidentiality**. There may be instances when personal information was not included or was redacted due to the nature of an agreement between a Debtor and a third party or concerns to protect the privacy of an individual. Pursuant to the *Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (III) Granting Related Relief* [Docket No. 68], the Debtors are authorized to redact certain personally identifiable information from their Schedules and Statements.

6.      **Consolidated Entity Accounts Payable and Disbursement Systems**. As described in the *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Granting Waiver of Section 345(b) Deposit Requirements; (IV) Authorizing Continued Performance of Intercompany Transactions and Funding; and (V) Granting Related Relief* [Docket No. 10] (the "**Cash Management Motion**"), the Debtors utilize a centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.  In the ordinary course of business, the Debtors maintained business relationships among each other, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**"). Additional information regarding the Intercompany Claims and Intercompany Transactions is described in the Cash Management Motion. Historically the Debtors have engaged in intercompany transactions with their Debtor and non-Debtor affiliates in the ordinary course and therefore, have been excluded from these filings. Material additional work is necessary to fully analyze all of the intercompany transactions. The Debtors, and each of the Debtor's non-debtor affiliated entities, each reserve all of their respective rights with respect to any intercompany accounts payable and receivable.

3

7.     **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.

8.     **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

9.     **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

10.     **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

11.     **Insiders.**  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) officers that are either (i) Section 16-related officers or (ii) select leaders with effective authority of each debtor entity; (b) directors; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers (as defined herein), or persons in control of the Debtors; and (e) debtor/non-Debtor affiliates of the foregoing.  Moreover, the Debtors do not take any position with respect to:  (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.  The listing of a party as an "insider" is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

12.     **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified

DOCS_LA:349437.7 14039/002

as "unknown" or "undetermined" or "N/A." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

13.     **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

14.     **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors have requested authority to pay certain outstanding prepetition claims pursuant to orders entered by this court after the initial hearing in these cases (collectively, the "**First Day Orders**"). The Schedules and Statements reflect the Debtors' outstanding liabilities in their amounts owed as of the Petition Date which have been adjusted where the Debtors could identify amounts that have been paid. *If liabilities on account of prepetition wages and benefits have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.*

15.     **Other Paid Claims**. If the Debtors have reached any post-petition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

16.     **Setoffs**. The Debtors routinely incurred certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including pricing discrepancies, customer programs, returns, and other disputes between the Debtors and their customers or suppliers. In the ordinary course of business, the Debtors would setoff invoices with credit memos. These routine setoffs were consistent with the ordinary course of business in the Debtors' industry. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not always independently accounted for, and may be excluded from the Schedules and Statements.

17.     **Debtors' Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these Chapter 11 Cases, including the following:

> a.   Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

> b.   Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

5

c.   The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, the executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or agreement pursuant to an amendment to a Schedule, a claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d.   In the ordinary course of their businesses, the Debtors leased equipment and other assets from certain third-party lessors for use in their daily operations. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule D or Schedule E/F. Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtors, and neither is such property or assets of third parties within the control of the Debtors except where noted. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

e.   The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

f.   The Debtors' businesses were part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g.   The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements,

including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h. The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. If such Guarantees have been identified, they are included in the relevant Schedules and Statements. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements if additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

18. **Global Notes Control**. If the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

## B.    Specific Notes for Schedules

1.    **Schedule A/B.**

a. The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflects the ending cash balance of such account as of May 12, 2023. Limited cash activity occurred over the weekend therefore this is a proxy for Petition Date amounts.

b. **A/B.**4. The values provided in Schedule A/B, item 4, reflect money market balances on May 12, 2023. Limited activity occurred over the weekend therefore this is a proxy for Petition Date amounts.

c. **A/B.7**. Deposits listed are potentially subject to offset by counterparty.

d. **A/B.8**. Prepayments of approximately $860,000 pertaining to PO#: 04107835 "Chonging – Tribanibulin" have been excluded from the schedule as this prepaid has already been utilized prepetition, although the prepayment remains on the Debtors' books as of the Petition Date

e. **A/B.11**. Accounts receivable information listed on Schedule A/B, Part 3, Question 11 represents gross receivables as of May 15, 2023. These amounts do not include any amounts that may be owed to customers in the form of chargebacks, returns or other adjustments pursuant to the Debtor's customer program policies and day-to-day operating policies.  In addition, amounts listed as potentially uncollectible include invoices that have been past due for greater than 120 days past their original due date.   Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records.

    f.   **A/B.19-26**. Inventory pricing for the APS business is listed at standard cost. Inventory pricing for the APD business is listed at transfer price.

    g.   **A/B.70–77**. Despite exercising commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules.

    2.    **Schedule D**.  Certain of the claims listed on Schedule D, as well as the Guarantees of those claims listed on Schedule H, arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these dates are included for each such claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred before the Petition Date. The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Term Loan Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 8] (the "**Cash Collateral Motion**"), which are subject to investigation and challenge by the Official Committee of Unsecured Creditors or other parties in interest.

    Except as otherwise agreed to or stated pursuant to a stipulation or order entered by the Bankruptcy Court that is or becomes final, including any final order approving the Cash Collateral Motion, the Debtors and their estates, subject to the foregoing limitations, note as follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the descriptions provided on Schedule D only are intended to be a summary; and (c) the Debtors have not included on Schedule D claims that were secured by property for which the collateral was not in the Debtors' possession as of the Petition Date.

    Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

    In addition to funded debt obligations, the Debtors have also listed on Schedule D potential claims relating to leased equipment still in the Debtors' possession on the Petition Date. These claims are listed as 'undetermined' amounts, and are contingent and unliquidated, noting their potential security interest relates to their interest in the leased equipment.

    Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties that may hold security deposits or other security interests have not been listed on Schedule D.

    The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

3.      **Schedule E/F**

a.   **Part 1**.

Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on multiple dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these multiple dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Given that estimates for 2022 tax liabilities have not yet been completed, dollar amounts have been listed as "Unknown." Certain claims, may also be subject to ongoing audits further creating difficulties in determining with certainty the amount of the remaining claims. Therefore, the Debtors have listed all such claims as contingent, unliquidated, and disputed, pending final resolution of ongoing audits or other outstanding issues.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Bankruptcy Court granted the Debtor authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee benefits including accrued PTO up to predefined amounts. Unsecured claims related to accrued PTO exceeding the limit set forth in the Wage and Benefits Order (defined below) have been listed on Schedule E with amounts "Undetermined." *See Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Incentive Payments, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (Iv) Have Applicable Banks And Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* [Docket No. 9] (the "**Wage and Benefits Order**").

b.   **Part 2**.

The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff or recoupment rights that may be asserted against the

Debtors by a creditor. Additionally, certain creditors may assert mechanics, materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have included trade creditors and other government bodies on Schedule E/F, some of whose claims may have been satisfied, in whole or in part, pursuant to the First Day Orders. Notwithstanding the foregoing, the Debtors have reflected the prepetition liabilities of such trade creditors and other government bodies as of the Petition Date. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. In certain instances these amounts may have been listed and classified as "Unknown" balances. The accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated, or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Specific dollar amounts pertaining to Medicaid payments have also been listed as "Unknown" in Schedule E/F. A full list of potential parties that may be owed Medicaid-related payments are included on the Debtors' schedule E/F

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date. Despite the Debtors' reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to orders of the Bankruptcy Court, and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim. Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

Schedule E/F is based on current invoices received from the company. Additional invoices pertaining to Pre-Petition liabilities may be received Post-Petition and may not have been included in this document.

4. **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), review is ongoing and inadvertent errors, omissions, or overinclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G. In addition, as described herein, certain nondisclosure agreements or other confidential information has been omitted, as well as certain short-term purchase and sales orders given their large number and transitory nature. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments, and agreements that may not be listed on Schedule G. Executory agreements that are oral in nature have not been included in Schedule G.

Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors.

5.       **Schedule H**. The Debtors are party to certain prepetition secured credit agreements that were executed by multiple Debtors. The obligations of guarantors under the prepetition secured credit agreements are noted on Schedule H for each individual Debtor.  Furthermore, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

## C.       Specific Notes for Statements

1.       **Statement 3**. The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from February 13, 2023, through May 14, 2023. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

2.       **Statement 4**. Respective schedules include Section 16-related officers and select leaders with effective authority of each Debtor entity. Each Section 16 insider was assigned to the legal entity for which they are most heavily involved in the day–to day decision making.

3.       **Statement 6**. The Debtors maintained certain customer programs, including return and refund programs pursuant to which customers may receive credits. In the ordinary course of business, the Debtors accrued certain payables to customers in the form of rebates and other incentives.  These have not been listed on Statement 6. The items listed in Statement 6 are instances where the Debtors specifically allowed and agreed to an offset of the Debtor's accounts payable against the Debtor's accounts receivable.

4.       **Statement 7**. The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date. The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

5.       **Statement 10**. Amounts listed herein were for events that were reported or tracked for insurance purposes. *De minimis* losses are not separately tracked by the Debtors and were not included on Statement 10.

6.       **Statement 11**. The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in the Debtors' response to Statement 11. Additional information regarding the Debtors' retention of professional service

firms is and will be more fully described in the individual retention applications for those firms and any related orders.

7.      **Statement 26(d)**. Over the past two years, the Debtors have provided their financial statements via physical and electronic mail to various parties in the ordinary course of business, including current or potential secured lenders, government entities, shareholders, customers, and other interested parties. Recipients of financial information generally received consolidated accounts for the Debtors. The Debtors routinely provide financial information to current and potential banks, customers, suppliers, advisors, governmental authorities, landlords, investors, and other financial institutions in the ordinary course of business. In addition, consolidated statements have been publicly available since Athenex became publicly traded in 2017.

8.      **Statement 28**. The Debtors believe Statement 28 is also covered by Statement 4.

9.      **Statement 30**. The Debtors believe Statement 30 is also covered by Statement 4.

DOCS_LA:349437.7 14039/002

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Athenex, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 23-90295 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNDETERMINED |
|---|

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $529,003,776.66 |
|---|

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $529,003,776.66 |
|---|

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $130,496,538.68 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

| **+** | $4,682,316.20 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $135,178,854.87 |
|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Athenex, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 23-90295 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **CASH AND CASH EQUIVALENTS**

1.   **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.   **CASH ON HAND**

   **NONE**

3.   **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   KEY BANK | CHECKING | KB-3714 | $4,385.11 |
| 3.2.   KEY BANK | CHECKING | KB-4217 | $4,606,250.00 |
| 3.3.   KEY BANK | CHECKING | KB-7256 | $313,424.16 |

4.   **OTHER CASH EQUIVALENTS**

| | | |
|---|---|---|
| 4.1.   MONEY MARKET MUTUAL FUNDS | | $3,184,638.64 |

5   **Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

| $8,108,697.91 |
|---|

**Part 2:**   **DEPOSITS AND PREPAYMENTS**

6.   **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.   **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

| | | Current value of debtor's interest |
|---|---|---|

**7.** **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | 2017 FSA - PREPAYMENT REQUIRED BY PROFLEX/MASTERCARD FOR ISSUANCE OF DEBIT CARDS - HIGHMARK | $1,920.60 |
| 7.2. | REPRESENTATION & WARRANTIES - WILLIS TOWER WATSON | $461,776.50 |

**8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | PREPAID EMP. BENEFITS: ARTHUR J GALLAGHER (WORKERS COMP) | $11,692.67 |
| 8.2. | PREPAID EMP. BENEFITS: GUARDIAN | $4,570.96 |
| 8.3. | PREPAID INSURANCE: 6/13/22 - 6/13/23 EXCESS D&O | $153,547.50 |
| 8.4. | PREPAID INSURANCE: WILLIS TOWER WATSON - EMPLOYMENT PRACTICES | $7,995.63 |
| 8.5. | PREPAID INSURANCE: WILLIS TOWER WATSON - REPRESENTATION & WARRANTIES | $153,925.50 |
| 8.6. | PREPAID INSURANCE: WILLIS TOWERS WATSON - AUTO | $4,248.00 |
| 8.7. | PREPAID INSURANCE: WILLIS TOWERS WATSON - POLLUTION LIABILITY | $37,931.56 |
| 8.8. | PREPAID INSURANCE: WILLIS TOWERS WATSON - PRIMARY PRODUCTS LIABILITY | $194,853.08 |
| 8.9. | PREPAID INSURANCE: WILLIS TOWERS WATSON - PROPERTY  & GENERAL LIABILITY | $155,900.67 |
| 8.10. | PREPAID INSURANCE: WILLIS TOWERS WATSON - UMBRELLA | $18,262.67 |
| 8.11. | PREPAID INSURANCE: WILLIS TOWERS WATSON -1ST EXCESS PRODUCTS LIABILITY | $83,534.85 |
| 8.12. | PREPAID INSURANCE: WILLIS TOWERS WATSON -2ND EXCESS PRODUCTS LIABILITY | $32,490.39 |
| 8.13. | PREPAID INSURANCE: WILLIS TOWERS WATSON -OCEAN MARINE CARGO | $123,977.33 |
| 8.14. | PREPAID SUBCRIPTION AND WARRANTY: ALPHASENSE | $5,709.38 |
| 8.15. | PREPAID SUBCRIPTION AND WARRANTY: CDW | $24,482.11 |
| 8.16. | PREPAID SUBCRIPTION AND WARRANTY: CDW | $3,547.43 |
| 8.17. | PREPAID SUBCRIPTION AND WARRANTY: CDW | $741.47 |
| 8.18. | PREPAID SUBCRIPTION AND WARRANTY: DARKTRACE | $22,255.33 |
| 8.19. | PREPAID SUBCRIPTION AND WARRANTY: DEFINITIVE HEALTHCARE | $72,581.25 |
| 8.20. | PREPAID SUBCRIPTION AND WARRANTY: INTRADO | $11,254.64 |
| 8.21. | PREPAID SUBCRIPTION AND WARRANTY: ISS GROUP | $1,082.08 |
| 8.22. | PREPAID SUBCRIPTION AND WARRANTY: KANDJI | $5,250.00 |
| 8.23. | PREPAID SUBCRIPTION AND WARRANTY: LEXISNEXIS | $1,399.70 |
| 8.24. | PREPAID SUBCRIPTION AND WARRANTY: MASTERCONTROL | $41,666.96 |
| 8.25. | PREPAID SUBCRIPTION AND WARRANTY: QAD | $36,391.64 |
| 8.26. | PREPAID SUBCRIPTION AND WARRANTY: VELOCITYEHS CANADA, INC | $2,812.50 |
| 8.27. | PUBLIC COMPANY FEE: NASDAQ | $115,666.67 |

| 9 | **Total of Part 2.**<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $1,791,469.05 |
|---|---|---|

**Part 3:**   **ACCOUNTS RECEIVABLE**

**10.**  **DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

| Debtor | Athenex, Inc. | Case number (if known) | 23-90295 |
|---|---|---|---|
| | (Name) | | |

|  |  |  |  |  |  | **Current value of debtor's interest** |
|---|---|---|---|---|---|---|
| 11. | **ACCOUNTS RECEIVABLE** | | | | | |
|  | FACE AMOUNT - OVER 90 DAYS | $518,624,217.35<br>face amount | - | $0.00<br>doubtful or uncollectable accounts | = ➡ | $518,624,217.35 |

| 12 | **Total of Part 3.**<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $518,624,217.35 |
|---|---|---|

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

|  |  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
|  | NAME OF FUND OR STOCK: | | |
| 15. | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
|  | Name of entity                              % of ownership | | |
|  | 15.1.    NUWAGEN                          10% | | UNDETERMINED |
| 16. | **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
|  | DESCRIBE: | | |

| 17 | **Total of Part 4.**<br>ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | UNDETERMINED |
|---|---|---|

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

|  | **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 19. | **RAW MATERIALS** | | | | |
| 20. | **WORK IN PROGRESS** | | | | |
| 21. | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 22. | **OTHER INVENTORY OR SUPPLIES** | | | | |

| 23 | **Total of Part 5.**<br>ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | NOT APPLICABLE |
|---|---|---|

**24.  Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

Debtor   Athenex, Inc.
(Name)                                           Case number (if known)   23-90295

---

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes   Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** NONE | | | |
| **40. OFFICE FIXTURES** NONE | | | |

---

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    COMPUTER EQUIPMENT | $267,675.29 | BOOK VALUE | $267,675.29 |
| 41.2.    COMPUTER EQUIPMENT (COPIERS - ROU ASSET) | $162,094.90 | BOOK VALUE | $162,094.90 |
| **42.** **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

| | | | |
|---|---|---|---|
| **43**   **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $429,770.19 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.** **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| NONE | | | |
| **48.** **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49.** **AIRCRAFT AND ACCESSORIES** | | | |
| NONE | | | |
| **50.** **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.    AIR COMPRESSOR | $31,310.68 | BOOK VALUE | $31,310.68 |

| | | | |
|---|---|---|---|
| **51**   **Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $31,310.68 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   ATHENEX INC. CONVENTUS (ROU ASSET) - CONVENTUS BUILDING, 1001 MAIN STREET | | $1,915,073.44 | N/A | UNDETERMINED |
| 55.2.   LEASEHOLD IMPROVEMENTS - CONVENTUS BUILDING, 1001 MAIN STREET | | $57,374.55 | N/A | UNDETERMINED |

| 56 | Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |
|---|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.   ABANDONED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - CO AP NO. NC2016/0002611 | UNDETERMINED | N/A | UNDETERMINED |
| 60.2.   ABANDONED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - DO AP NO. P2016-0262 | UNDETERMINED | N/A | UNDETERMINED |
| 60.3.   ABANDONED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - UY AP NO. 36055 | UNDETERMINED | N/A | UNDETERMINED |
| 60.4.   ABANDONED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - AU(DIV) AP NO. 2021204259 | UNDETERMINED | N/A | UNDETERMINED |
| 60.5.   ABANDONED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - BD AP NO. 152/2016 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.                                    Case number (if known) 23-90295

(Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.6. | ABANDONED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - BO AP NO. SP 00132-2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.7. | ABANDONED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - DO AP NO. P2017-0307 | UNDETERMINED | N/A | UNDETERMINED |
| 60.8. | ABANDONED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - JP(DIV) AP NO. 2021-016485 | UNDETERMINED | N/A | UNDETERMINED |
| 60.9. | ABANDONED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - MX(DIV) AP NO. MX/A/2021/004439 | UNDETERMINED | N/A | UNDETERMINED |
| 60.10. | ABANDONED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - SG AP NO. 11201709378Y | UNDETERMINED | N/A | UNDETERMINED |
| 60.11. | ABANDONED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - TW(DIV) AP NO. 110123753 | UNDETERMINED | N/A | UNDETERMINED |
| 60.12. | ABANDONED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - US(DIV) AP NO. 17/370,709 | UNDETERMINED | N/A | UNDETERMINED |
| 60.13. | ABANDONED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - VN AP NO. 1-2018-00009 | UNDETERMINED | N/A | UNDETERMINED |
| 60.14. | ALLOWED - ACETAMIDO-PHENYLTETRAZOLE DERIVATIVES AND METHODS OF USING THE SAME - UNITED STATES OF AMERICA AP NO. 17/495,935 | UNDETERMINED | N/A | UNDETERMINED |
| 60.15. | ALLOWED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - GULF CO-OPERATION COUNCIL AP NO. 33822 | UNDETERMINED | N/A | UNDETERMINED |
| 60.16. | ALLOWED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - GULF CO-OPERATION COUNCIL AP NO. 39075 | UNDETERMINED | N/A | UNDETERMINED |
| 60.17. | ALLOWED - ORAL TAXANE COMPOSITIONS AND METHODS - JAPAN AP NO. 2021-191523 | UNDETERMINED | N/A | UNDETERMINED |
| 60.18. | ALLOWED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - AUSTRALIA AP NO. 2018330163 | UNDETERMINED | N/A | UNDETERMINED |
| 60.19. | ALLOWED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED IRINOTECAN AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - UNITED STATES OF AMERICA AP NO. 16/715,753 | UNDETERMINED | N/A | UNDETERMINED |
| 60.20. | ALLOWED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - EUROPEAN PATENT OFFICE AP NO. 16827318.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.21. | ALLOWED (NOT GRANTED YET) - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - BR AP NO. 11 2016 025528 7 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | Athenex, Inc | Case Number (if known) | 23-90295 |

(Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.22. | ALLOWED (NOT GRANTED YET) - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - CR AP NO. 2016-0438 | UNDETERMINED | N/A | UNDETERMINED |
| 60.23. | AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) -  AP NO. | UNDETERMINED | N/A | UNDETERMINED |
| 60.24. | APPLICATION - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - IR AP NO. 139550140003007000 | UNDETERMINED | N/A | UNDETERMINED |
| 60.25. | APPLICATION - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - LY AP NO. 5193/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.26. | APPLICATION - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - PA AP NO. 91367-01 | UNDETERMINED | N/A | UNDETERMINED |
| 60.27. | APPLICATION - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - TN AP NO. TN2016/0384 | UNDETERMINED | N/A | UNDETERMINED |
| 60.28. | APPLICATION - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - ID(DIV) AP NO. P00 2021 05656 | UNDETERMINED | N/A | UNDETERMINED |
| 60.29. | APPLICATION FILED - CONVENTION FILING - TAIWAN AP NO. 109121744 | UNDETERMINED | N/A | UNDETERMINED |
| 60.30. | APPLICATION FILED - CONVENTION FILING - TAIWAN AP NO. 110105193 | UNDETERMINED | N/A | UNDETERMINED |
| 60.31. | APPLICATION FILED - CONVENTION FILING - TAIWAN AP NO. 110132552 | UNDETERMINED | N/A | UNDETERMINED |
| 60.32. | APPLICATION FILED - CONVENTION FILING - TAIWAN AP NO. 110136658 | UNDETERMINED | N/A | UNDETERMINED |
| 60.33. | APPLICATION FILED - DIVISIONAL - BRAZIL AP NO. BR122021018454-2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.34. | APPLICATION FILED - PCT NATIONAL PHASE - AUSTRALIA AP NO. 2018342245 | UNDETERMINED | N/A | UNDETERMINED |
| 60.35. | APPLICATION FILED - PCT NATIONAL PHASE - AUSTRALIA AP NO. 2018342246 | UNDETERMINED | N/A | UNDETERMINED |
| 60.36. | APPLICATION FILED - PCT NATIONAL PHASE - AUSTRALIA AP NO. 2019263233 | UNDETERMINED | N/A | UNDETERMINED |
| 60.37. | APPLICATION FILED - PCT NATIONAL PHASE - AUSTRALIA AP NO. 2020308004 | UNDETERMINED | N/A | UNDETERMINED |
| 60.38. | APPLICATION FILED - PCT NATIONAL PHASE - AUSTRALIA AP NO. 2021220957 | UNDETERMINED | N/A | UNDETERMINED |
| 60.39. | APPLICATION FILED - PCT NATIONAL PHASE - AUSTRALIA AP NO. 2021309958 | UNDETERMINED | N/A | UNDETERMINED |
| 60.40. | APPLICATION FILED - PCT NATIONAL PHASE - AUSTRALIA AP NO. 2021310213 | UNDETERMINED | N/A | UNDETERMINED |
| 60.41. | APPLICATION FILED - PCT NATIONAL PHASE - AUSTRALIA AP NO. 2021336399 | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.42. | APPLICATION FILED - PCT NATIONAL PHASE - AUSTRALIA AP NO. TBD | UNDETERMINED | N/A | UNDETERMINED |
| 60.43. | APPLICATION FILED - PCT NATIONAL PHASE - BRAZIL AP NO. 112021026408-6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.44. | APPLICATION FILED - PCT NATIONAL PHASE - BRAZIL AP NO. 112022015897-1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.45. | APPLICATION FILED - PCT NATIONAL PHASE - BRAZIL AP NO. BR112020006012-7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.46. | APPLICATION FILED - PCT NATIONAL PHASE - CANADA AP NO. 3077024 | UNDETERMINED | N/A | UNDETERMINED |
| 60.47. | APPLICATION FILED - PCT NATIONAL PHASE - CANADA AP NO. 3080274 | UNDETERMINED | N/A | UNDETERMINED |
| 60.48. | APPLICATION FILED - PCT NATIONAL PHASE - CANADA AP NO. 3099106 | UNDETERMINED | N/A | UNDETERMINED |
| 60.49. | APPLICATION FILED - PCT NATIONAL PHASE - CANADA AP NO. 3144070 | UNDETERMINED | N/A | UNDETERMINED |
| 60.50. | APPLICATION FILED - PCT NATIONAL PHASE - CANADA AP NO. 3167382 | UNDETERMINED | N/A | UNDETERMINED |
| 60.51. | APPLICATION FILED - PCT NATIONAL PHASE - CANADA AP NO. 3185241 | UNDETERMINED | N/A | UNDETERMINED |
| 60.52. | APPLICATION FILED - PCT NATIONAL PHASE - CANADA AP NO. 3185483 | UNDETERMINED | N/A | UNDETERMINED |
| 60.53. | APPLICATION FILED - PCT NATIONAL PHASE - CANADA AP NO. 3191186 | UNDETERMINED | N/A | UNDETERMINED |
| 60.54. | APPLICATION FILED - PCT NATIONAL PHASE - CANADA AP NO. 3194229 | UNDETERMINED | N/A | UNDETERMINED |
| 60.55. | APPLICATION FILED - PCT NATIONAL PHASE - CHINA AP NO. 201880063656.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.56. | APPLICATION FILED - PCT NATIONAL PHASE - CHINA AP NO. 2018800745398 | UNDETERMINED | N/A | UNDETERMINED |
| 60.57. | APPLICATION FILED - PCT NATIONAL PHASE - CHINA AP NO. 202080047882.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.58. | APPLICATION FILED - PCT NATIONAL PHASE - CHINA AP NO. 202180014281.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.59. | APPLICATION FILED - PCT NATIONAL PHASE - CHINA AP NO. TBD | UNDETERMINED | N/A | UNDETERMINED |
| 60.60. | APPLICATION FILED - PCT NATIONAL PHASE - CHINA AP NO. TBD | UNDETERMINED | N/A | UNDETERMINED |
| 60.61. | APPLICATION FILED - PCT NATIONAL PHASE - CHINA AP NO. TBD | UNDETERMINED | N/A | UNDETERMINED |
| 60.62. | APPLICATION FILED - PCT NATIONAL PHASE - CHINA AP NO. TBD | UNDETERMINED | N/A | UNDETERMINED |
| 60.63. | APPLICATION FILED - PCT NATIONAL PHASE - COSTA RICA AP NO. 2020-0000170 | UNDETERMINED | N/A | UNDETERMINED |
| 60.64. | APPLICATION FILED - PCT NATIONAL PHASE - INDIA AP NO. 202047013911 | UNDETERMINED | N/A | UNDETERMINED |
| 60.65. | APPLICATION FILED - PCT NATIONAL PHASE - INDIA AP NO. 202247003029 | UNDETERMINED | N/A | UNDETERMINED |
| 60.66. | APPLICATION FILED - PCT NATIONAL PHASE - INDIA AP NO. 202247050807 | UNDETERMINED | N/A | UNDETERMINED |
| 60.67. | APPLICATION FILED - PCT NATIONAL PHASE - INDIA AP NO. 202347022460 | UNDETERMINED | N/A | UNDETERMINED |

Debtor  Athenex, Inc.
(Name)

Case number (if known) 23-90295

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.68. | APPLICATION FILED - PCT NATIONAL PHASE - ISRAEL AP NO. 273515 | UNDETERMINED | N/A | UNDETERMINED |
| 60.69. | APPLICATION FILED - PCT NATIONAL PHASE - ISRAEL AP NO. 273516 | UNDETERMINED | N/A | UNDETERMINED |
| 60.70. | APPLICATION FILED - PCT NATIONAL PHASE - JAPAN AP NO. 502572/2023 | UNDETERMINED | N/A | UNDETERMINED |
| 60.71. | APPLICATION FILED - PCT NATIONAL PHASE - JAPAN AP NO. 503124/2023 | UNDETERMINED | N/A | UNDETERMINED |
| 60.72. | APPLICATION FILED - PCT NATIONAL PHASE - JAPAN AP NO. 515071/2023 | UNDETERMINED | N/A | UNDETERMINED |
| 60.73. | APPLICATION FILED - PCT NATIONAL PHASE - JAPAN AP NO. 517553/2020 | UNDETERMINED | N/A | UNDETERMINED |
| 60.74. | APPLICATION FILED - PCT NATIONAL PHASE - JAPAN AP NO. 517556/2020 | UNDETERMINED | N/A | UNDETERMINED |
| 60.75. | APPLICATION FILED - PCT NATIONAL PHASE - JAPAN AP NO. 520143/2023 | UNDETERMINED | N/A | UNDETERMINED |
| 60.76. | APPLICATION FILED - PCT NATIONAL PHASE - JAPAN AP NO. 549088/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.77. | APPLICATION FILED - PCT NATIONAL PHASE - JAPAN AP NO. 576970/2021 | UNDETERMINED | N/A | UNDETERMINED |
| 60.78. | APPLICATION FILED - PCT NATIONAL PHASE - MEXICO AP NO. MX/A/2020/003504 | UNDETERMINED | N/A | UNDETERMINED |
| 60.79. | APPLICATION FILED - PCT NATIONAL PHASE - MEXICO AP NO. MX/A/2021/015877 | UNDETERMINED | N/A | UNDETERMINED |
| 60.80. | APPLICATION FILED - PCT NATIONAL PHASE - MEXICO AP NO. MX/A/2022/009825 | UNDETERMINED | N/A | UNDETERMINED |
| 60.81. | APPLICATION FILED - PCT NATIONAL PHASE - NEW ZEALAND AP NO. 763023 | UNDETERMINED | N/A | UNDETERMINED |
| 60.82. | APPLICATION FILED - PCT NATIONAL PHASE - NEW ZEALAND AP NO. 791024 | UNDETERMINED | N/A | UNDETERMINED |
| 60.83. | APPLICATION FILED - PCT NATIONAL PHASE - REPUBLIC OF KOREA AP NO. 2020-7012343 | UNDETERMINED | N/A | UNDETERMINED |
| 60.84. | APPLICATION FILED - PCT NATIONAL PHASE - REPUBLIC OF KOREA AP NO. 2020-7012344 | UNDETERMINED | N/A | UNDETERMINED |
| 60.85. | APPLICATION FILED - PCT NATIONAL PHASE - REPUBLIC OF KOREA AP NO. 2022-7002872 | UNDETERMINED | N/A | UNDETERMINED |
| 60.86. | APPLICATION FILED - PCT NATIONAL PHASE - REPUBLIC OF KOREA AP NO. 2022-7031589 | UNDETERMINED | N/A | UNDETERMINED |
| 60.87. | APPLICATION FILED - PCT NATIONAL PHASE - REPUBLIC OF KOREA AP NO. 2023-7004523 | UNDETERMINED | N/A | UNDETERMINED |
| 60.88. | APPLICATION FILED - PCT NATIONAL PHASE - REPUBLIC OF KOREA AP NO. 2023-7005176 | UNDETERMINED | N/A | UNDETERMINED |
| 60.89. | APPLICATION FILED - PCT NATIONAL PHASE - REPUBLIC OF KOREA AP NO. 2023-701380 | UNDETERMINED | N/A | UNDETERMINED |
| 60.90. | APPLICATION FILED - PCT NATIONAL PHASE - REPUBLIC OF KOREA AP NO. 2023-7014854 | UNDETERMINED | N/A | UNDETERMINED |
| 60.91. | APPLICATION FILED - PCT NATIONAL PHASE - RUSSIAN FEDERATION AP NO. 2022101295 | UNDETERMINED | N/A | UNDETERMINED |
| 60.92. | APPLICATION FILED - PCT NATIONAL PHASE - SINGAPORE AP NO. 11202002635R | UNDETERMINED | N/A | UNDETERMINED |
| 60.93. | APPLICATION FILED - PCT NATIONAL PHASE - SINGAPORE AP NO. 11202002636P | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.94.   APPLICATION FILED - PCT NATIONAL PHASE - SINGAPORE AP NO. 1120213949V | UNDETERMINED | N/A | UNDETERMINED |
| 60.95.   APPLICATION FILED - PCT NATIONAL PHASE - SINGAPORE AP NO. 11202251947C | UNDETERMINED | N/A | UNDETERMINED |
| 60.96.   APPLICATION FILED - PCT NATIONAL PHASE - SINGAPORE AP NO. 11202300139Y | UNDETERMINED | N/A | UNDETERMINED |
| 60.97.   APPLICATION FILED - PCT NATIONAL PHASE - SINGAPORE AP NO. 11202300142Y | UNDETERMINED | N/A | UNDETERMINED |
| 60.98.   APPLICATION FILED - PCT NATIONAL PHASE - SINGAPORE AP NO. 11202301360P | UNDETERMINED | N/A | UNDETERMINED |
| 60.99.   APPLICATION FILED - PCT NATIONAL PHASE - SOUTH AFRICA AP NO. 2022/00598 | UNDETERMINED | N/A | UNDETERMINED |
| 60.100.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED KINGDOM AP NO. 2211757.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.101.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED KINGDOM AP NO. 2304187.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.102.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED KINGDOM AP NO. 2305617.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.103.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED STATES OF AMERICA AP NO. 16/650696 | UNDETERMINED | N/A | UNDETERMINED |
| 60.104.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED STATES OF AMERICA AP NO. 16/651242 | UNDETERMINED | N/A | UNDETERMINED |
| 60.105.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED STATES OF AMERICA AP NO. 17/051860 | UNDETERMINED | N/A | UNDETERMINED |
| 60.106.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED STATES OF AMERICA AP NO. 17/620942 | UNDETERMINED | N/A | UNDETERMINED |
| 60.107.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED STATES OF AMERICA AP NO. 17/799193 | UNDETERMINED | N/A | UNDETERMINED |
| 60.108.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED STATES OF AMERICA AP NO. 18/015776 | UNDETERMINED | N/A | UNDETERMINED |
| 60.109.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED STATES OF AMERICA AP NO. 18/015781 | UNDETERMINED | N/A | UNDETERMINED |
| 60.110.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED STATES OF AMERICA AP NO. 18/024557 | UNDETERMINED | N/A | UNDETERMINED |
| 60.111.  APPLICATION FILED - PCT NATIONAL PHASE - UNITED STATES OF AMERICA AP NO. 18/027981 | UNDETERMINED | N/A | UNDETERMINED |
| 60.112.  APPLICATION FILED - PCT REGIONAL PHASE - EURASIAN PATENT ORGANIZATION AP NO. 202090757 | UNDETERMINED | N/A | UNDETERMINED |
| 60.113.  APPLICATION FILED - PCT REGIONAL PHASE - EUROPEAN PATENT OFFICE AP NO. 18780006.5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.114.  APPLICATION FILED - PCT REGIONAL PHASE - EUROPEAN PATENT OFFICE AP NO. 18782605.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.115.  APPLICATION FILED - PCT REGIONAL PHASE - EUROPEAN PATENT OFFICE AP NO. 19723615.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.116.  APPLICATION FILED - PCT REGIONAL PHASE - EUROPEAN PATENT OFFICE AP NO. 20742583.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.117.  APPLICATION FILED - PCT REGIONAL PHASE - EUROPEAN PATENT OFFICE AP NO. 21710740.8 | UNDETERMINED | N/A | UNDETERMINED |
| 60.118.  APPLICATION FILED - PCT REGIONAL PHASE - EUROPEAN PATENT OFFICE AP NO. 21751702.8 | UNDETERMINED | N/A | UNDETERMINED |
| 60.119.  APPLICATION FILED - PCT REGIONAL PHASE - EUROPEAN PATENT OFFICE AP NO. 21752355.4 | UNDETERMINED | N/A | UNDETERMINED |

Debtor   Athenex, Inc.
         (Name)

Case number (if known) 23-90295

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.120. | APPLICATION FILED - PCT REGIONAL PHASE - EUROPEAN PATENT OFFICE AP NO. 21778318.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.121. | APPLICATION FILED - PCT REGIONAL PHASE - EUROPEAN PATENT OFFICE AP NO. 21810460.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.122. | APPLICATION FILED - RE-REGISTRATION OF EP - HONG KONG AP NO. 62020021272.3. | UNDETERMINED | N/A | UNDETERMINED |
| 60.123. | APPLICATION FILED - RE-REGISTRATION OF EP - HONG KONG AP NO. 62020021274.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.124. | APPLICATION FILED - RE-REGISTRATION OF EP - HONG KONG AP NO. 62021037536.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.125. | APPLICATION FILED - RE-REGISTRATION OF EP - HONG KONG AP NO. 62022062662.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.126. | EP GRANTED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - EUROPEAN PATENT OFFICE AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.127. | EP GRANTED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - EUROPEAN PATENT OFFICE AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.128. | EP GRANTED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - EUROPEAN PATENT OFFICE AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.129. | EP GRANTED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - EUROPEAN PATENT OFFICE AP NO. 11769246.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.130. | EP GRANTED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - EUROPEAN PATENT OFFICE AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.131. | EP GRANTED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - EUROPEAN PATENT OFFICE AP NO. 08839636.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.132. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - AT AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.133. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - AU AP NO. 2015242738 | UNDETERMINED | N/A | UNDETERMINED |
| 60.134. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - BE AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.135. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - BO AP NO. SP-00054-2015 | UNDETERMINED | N/A | UNDETERMINED |
| 60.136. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - BS AP NO. 2686 | UNDETERMINED | N/A | UNDETERMINED |
| 60.137. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - CA AP NO. 2944438 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.138. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - CH AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.139. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - CL AP NO. 02441-2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.140. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - CN AP NO. 201580016355.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.141. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - CU AP NO. 2016-0144 | UNDETERMINED | N/A | UNDETERMINED |
| 60.142. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - CZ AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.143. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - DE AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.144. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - DK AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.145. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - DZ AP NO. 160488 | UNDETERMINED | N/A | UNDETERMINED |
| 60.146. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - EP AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.147. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - ES AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.148. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - FR AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.149. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - GB AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.150. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - GR AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.151. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - HK AP NO. 17100586.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.152. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - HN AP NO. 1868/2016 | UNDETERMINED | N/A | UNDETERMINED |

Debtor  Athenex, Inc.

(Name)

Case number (if known) 23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.153. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - HU AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.154. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - ID AP NO. P00 2016 06475 | UNDETERMINED | N/A | UNDETERMINED |
| 60.155. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - IE AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.156. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - IL AP NO. 247977 | UNDETERMINED | N/A | UNDETERMINED |
| 60.157. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - IS AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.158. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - IT AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.159. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - JP AP NO. 2016-559161 | UNDETERMINED | N/A | UNDETERMINED |
| 60.160. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - KR AP NO. 2016-7027373 | UNDETERMINED | N/A | UNDETERMINED |
| 60.161. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - KZ AP NO. 2016/0826.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.162. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - LT AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.163. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - MA AP NO. PV//39361 | UNDETERMINED | N/A | UNDETERMINED |
| 60.164. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - MN AP NO. 5888 | UNDETERMINED | N/A | UNDETERMINED |
| 60.165. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - MX AP NO. MX/A/2016/012596 | UNDETERMINED | N/A | UNDETERMINED |
| 60.166. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - MY AP NO. PI 2016001721 | UNDETERMINED | N/A | UNDETERMINED |
| 60.167. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - NG AP NO. F/P/2016/339 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.
(Name)

Case Number (if known)    23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.168. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - NL AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.169. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - NO AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.170. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - NZ AP NO. 723991 | UNDETERMINED | N/A | UNDETERMINED |
| 60.171. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - PE AP NO. 001849-2016/DIN | UNDETERMINED | N/A | UNDETERMINED |
| 60.172. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - PH AP NO. 1-2016-501825 | UNDETERMINED | N/A | UNDETERMINED |
| 60.173. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - PK AP NO. 178/2015 | UNDETERMINED | N/A | UNDETERMINED |
| 60.174. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - PL AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.175. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - PT AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.176. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - RU AP NO. 2016136636 | UNDETERMINED | N/A | UNDETERMINED |
| 60.177. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - SA AP NO. 516371952 | UNDETERMINED | N/A | UNDETERMINED |
| 60.178. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - SE AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.179. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - SG AP NO. 11201607456R | UNDETERMINED | N/A | UNDETERMINED |
| 60.180. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - SI AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.181. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - TR AP NO. 15773354.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.182. GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - TW AP NO. 104110283 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.
          (Name)

          Case Number (if known) 23-90295

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.183. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - UA AP NO. A 2016-09267 | UNDETERMINED | N/A | UNDETERMINED |
| 60.184. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - US AP NO. 15/300,515 | UNDETERMINED | N/A | UNDETERMINED |
| 60.185. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - UZ AP NO. IAP 2016 0402 | UNDETERMINED | N/A | UNDETERMINED |
| 60.186. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - VN AP NO. 1-2016-03533 | UNDETERMINED | N/A | UNDETERMINED |
| 60.187. | GRANTED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - ZA AP NO. 2016/07467 | UNDETERMINED | N/A | UNDETERMINED |
| 60.188. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - AU AP NO. 2016286804 | UNDETERMINED | N/A | UNDETERMINED |
| 60.189. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - CL AP NO. 03437-2017 | UNDETERMINED | N/A | UNDETERMINED |
| 60.190. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - CO AP NO. NC2017/0013317 | UNDETERMINED | N/A | UNDETERMINED |
| 60.191. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - IL AP NO. 256278 | UNDETERMINED | N/A | UNDETERMINED |
| 60.192. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - IN AP NO. 201717041628 | UNDETERMINED | N/A | UNDETERMINED |
| 60.193. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - IQ AP NO. 291/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.194. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - JO AP NO. 133/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.195. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - JP AP NO. 2017-564664 | UNDETERMINED | N/A | UNDETERMINED |
| 60.196. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - KR AP NO. 2015-0093413 | UNDETERMINED | N/A | UNDETERMINED |
| 60.197. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - LB AP NO. 10949 | UNDETERMINED | N/A | UNDETERMINED |
| 60.198. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - MX AP NO. MX/A/2017/014994 | UNDETERMINED | N/A | UNDETERMINED |
| 60.199. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - NI AP NO. 2017-000168 | UNDETERMINED | N/A | UNDETERMINED |
| 60.200. | GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - PH AP NO. 1-2017-502376 | UNDETERMINED | N/A | UNDETERMINED |

Debtor   Athenex, Inc.
         (Name)

Case number (if known)   23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.201.   GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - RU AP NO. 2017143849 | UNDETERMINED | N/A | UNDETERMINED |
| 60.202.   GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - SA AP NO. 517390602 | UNDETERMINED | N/A | UNDETERMINED |
| 60.203.   GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - TW AP NO. 105120541 | UNDETERMINED | N/A | UNDETERMINED |
| 60.204.   GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - US AP NO. 15/735313 | UNDETERMINED | N/A | UNDETERMINED |
| 60.205.   GRANTED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - ZA AP NO. 2017/08429 | UNDETERMINED | N/A | UNDETERMINED |
| 60.206.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - AT PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.207.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - AU PUBLICATION NO. 2004277475 | UNDETERMINED | N/A | UNDETERMINED |
| 60.208.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - BE PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.209.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - BR PUBLICATION NO. PI04150538 | UNDETERMINED | N/A | UNDETERMINED |
| 60.210.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - CA PUBLICATION NO. 2541301 | UNDETERMINED | N/A | UNDETERMINED |
| 60.211.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - CH PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.212.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - CN PUBLICATION NO. 200480029356 | UNDETERMINED | N/A | UNDETERMINED |
| 60.213.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - CZ PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.214.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - DE PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.215.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - DK PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.216.   GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - EP PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.
          (Name)

Case Number (if known)   23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.217.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - ES PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.218.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - FI PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.219.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - FR PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.220.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - GB PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.221.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - GR PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.222.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - HK PUBLICATION NO. 7103870 | UNDETERMINED | N/A | UNDETERMINED |
| 60.223.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - HU PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.224.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - ID PUBLICATION NO. WO0200600961 | UNDETERMINED | N/A | UNDETERMINED |
| 60.225.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - IE PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.226.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - IL PUBLICATION NO. 174665 | UNDETERMINED | N/A | UNDETERMINED |
| 60.227.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - IN PUBLICATION NO. 2327/DELNP/2006 | UNDETERMINED | N/A | UNDETERMINED |
| 60.228.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - IT PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.229.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - JP PUBLICATION NO. 2006-532094 | UNDETERMINED | N/A | UNDETERMINED |
| 60.230.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - KR PUBLICATION NO. 2003-0069582 | UNDETERMINED | N/A | UNDETERMINED |
| 60.231.  GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - LI PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.232. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - LU PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.233. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - MX PUBLICATION NO. PA/A/2006/003803 | UNDETERMINED | N/A | UNDETERMINED |
| 60.234. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - NL PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.235. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - NO PUBLICATION NO. 20062019 | UNDETERMINED | N/A | UNDETERMINED |
| 60.236. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - NZ PUBLICATION NO. 546257 | UNDETERMINED | N/A | UNDETERMINED |
| 60.237. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - PH PUBLICATION NO. 1-2006-500648 | UNDETERMINED | N/A | UNDETERMINED |
| 60.238. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - PL PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.239. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - PT PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.240. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - RO PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.241. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - RU PUBLICATION NO. 2006114427 | UNDETERMINED | N/A | UNDETERMINED |
| 60.242. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - SE PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.243. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - SG PUBLICATION NO. 200602141-4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.244. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - SI PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.245. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - SK PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.246. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - TR PUBLICATION NO. EP04774778.7 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.247. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - US PUBLICATION NO. 10/574098 | UNDETERMINED | N/A | UNDETERMINED |
| 60.248. GRANTED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND) - ZA PUBLICATION NO. 2006/3538 | UNDETERMINED | N/A | UNDETERMINED |
| 60.249. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - AUSTRALIA AP NO. 2016333292 | UNDETERMINED | N/A | UNDETERMINED |
| 60.250. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - CHINA AP NO. 2016800635168 | UNDETERMINED | N/A | UNDETERMINED |
| 60.251. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - CHINA AP NO. 2021110094772 | UNDETERMINED | N/A | UNDETERMINED |
| 60.252. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - EUROPEAN PATENT OFFICE AP NO. 16850378.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.253. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - HONG KONG AP NO. 181158400 | UNDETERMINED | N/A | UNDETERMINED |
| 60.254. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - INDIA AP NO. 201817010669 | UNDETERMINED | N/A | UNDETERMINED |
| 60.255. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - JAPAN AP NO. 2018-536325 | UNDETERMINED | N/A | UNDETERMINED |
| 60.256. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - MEXICO AP NO. MX/A/2018/003452 | UNDETERMINED | N/A | UNDETERMINED |
| 60.257. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - TAIWAN AP NO. 105131091 | UNDETERMINED | N/A | UNDETERMINED |
| 60.258. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - TAIWAN AP NO. 109143285 | UNDETERMINED | N/A | UNDETERMINED |
| 60.259. ISSUED - ORAL TAXANE COMPOSITIONS AND METHODS - UNITED STATES OF AMERICA AP NO. 15/277890 | UNDETERMINED | N/A | UNDETERMINED |
| 60.260. PENDING - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - TAIWAN AP NO. 112113551 | UNDETERMINED | N/A | UNDETERMINED |
| 60.261. PENDING - A COMPOSITION COMPRISING KX2-391 MESYLATE SALT - INDIA AP NO. 201638002910 | UNDETERMINED | N/A | UNDETERMINED |
| 60.262. PENDING - ACETAMIDO-PHENYLBENZAMIDE DERIVATIVES AND METHODS OF USING THE SAME - AUSTRALIA AP NO. AU2021358977 | UNDETERMINED | N/A | UNDETERMINED |
| 60.263. PENDING - ACETAMIDO-PHENYLBENZAMIDE DERIVATIVES AND METHODS OF USING THE SAME - CANADA AP NO. 3194690 | UNDETERMINED | N/A | UNDETERMINED |
| 60.264. PENDING - ACETAMIDO-PHENYLBENZAMIDE DERIVATIVES AND METHODS OF USING THE SAME - ISRAEL AP NO. 301600 | UNDETERMINED | N/A | UNDETERMINED |
| 60.265. PENDING - ACETAMIDO-PHENYLBENZAMIDE DERIVATIVES AND METHODS OF USING THE SAME - JAPAN AP NO. 2023-521297 | UNDETERMINED | N/A | UNDETERMINED |
| 60.266. PENDING - ACETAMIDO-PHENYLBENZAMIDE DERIVATIVES AND METHODS OF USING THE SAME - MEXICO AP NO. MX/A/2023/003927 | UNDETERMINED | N/A | UNDETERMINED |
| 60.267. PENDING - ACETAMIDO-PHENYLBENZAMIDE DERIVATIVES AND METHODS OF USING THE SAME - SINGAPORE AP NO. 11202301984T | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.268. | PENDING - ACETAMIDO-PHENYLTETRAZOLE DERIVATIVES AND METHODS OF USING THE SAME - AUSTRALIA AP NO. 2021358074 | UNDETERMINED | N/A | UNDETERMINED |
| 60.269. | PENDING - ACETAMIDO-PHENYLTETRAZOLE DERIVATIVES AND METHODS OF USING THE SAME - CANADA AP NO. 3194694 | UNDETERMINED | N/A | UNDETERMINED |
| 60.270. | PENDING - ACETAMIDO-PHENYLTETRAZOLE DERIVATIVES AND METHODS OF USING THE SAME - ISRAEL AP NO. 301516 | UNDETERMINED | N/A | UNDETERMINED |
| 60.271. | PENDING - ACETAMIDO-PHENYLTETRAZOLE DERIVATIVES AND METHODS OF USING THE SAME - JAPAN AP NO. 2023-521299 | UNDETERMINED | N/A | UNDETERMINED |
| 60.272. | PENDING - ACETAMIDO-PHENYLTETRAZOLE DERIVATIVES AND METHODS OF USING THE SAME - MEXICO AP NO. MX/A/2023/003933 | UNDETERMINED | N/A | UNDETERMINED |
| 60.273. | PENDING - ACETAMIDO-PHENYLTETRAZOLE DERIVATIVES AND METHODS OF USING THE SAME - SINGAPORE AP NO. 11202302006X | UNDETERMINED | N/A | UNDETERMINED |
| 60.274. | PENDING - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - CANADA AP NO. 3032586 | UNDETERMINED | N/A | UNDETERMINED |
| 60.275. | PENDING - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - HONG KONG AP NO. 42023070524.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.276. | PENDING - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 18/110,416 | UNDETERMINED | N/A | UNDETERMINED |
| 60.277. | PENDING - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 17/955,712 | UNDETERMINED | N/A | UNDETERMINED |
| 60.278. | PENDING - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - BELGIUM AP NO. 2021C/001 | UNDETERMINED | N/A | UNDETERMINED |
| 60.279. | PENDING - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - CYPRUS AP NO. SPCCY2022001 | UNDETERMINED | N/A | UNDETERMINED |
| 60.280. | PENDING - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - DENMARK AP NO. 202100042 | UNDETERMINED | N/A | UNDETERMINED |
| 60.281. | PENDING - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - GERMANY AP NO. 122021000066.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.282. | PENDING - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - IRELAND AP NO. 2021/049 | UNDETERMINED | N/A | UNDETERMINED |
| 60.283. | PENDING - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - LUXEMBOURG AP NO. LUC00235 | UNDETERMINED | N/A | UNDETERMINED |
| 60.284. | PENDING - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - POLAND AP NO. DPO.0723 | UNDETERMINED | N/A | UNDETERMINED |
| 60.285. | PENDING - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - UNITED KINGDOM AP NO. SPC/GB22/002 | UNDETERMINED | N/A | UNDETERMINED |
| 60.286. | PENDING - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - AUSTRALIA AP NO. 2018231144 | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.287. | PENDING - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - CANADA AP NO. 3055938 | UNDETERMINED | N/A | UNDETERMINED |
| 60.288. | PENDING - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - ISRAEL AP NO. 269182 | UNDETERMINED | N/A | UNDETERMINED |
| 60.289. | PENDING - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - NEW ZEALAND AP NO. 757105 | UNDETERMINED | N/A | UNDETERMINED |
| 60.290. | PENDING - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - NEW ZEALAND AP NO. 797375 | UNDETERMINED | N/A | UNDETERMINED |
| 60.291. | PENDING - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - REPUBLIC OF KOREA AP NO. 10-2019-7029678 | UNDETERMINED | N/A | UNDETERMINED |
| 60.292. | PENDING - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - SOUTH AFRICA AP NO. 2019/05965 | UNDETERMINED | N/A | UNDETERMINED |
| 60.293. | PENDING - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - UNITED STATES OF AMERICA AP NO. 17/963,502 | UNDETERMINED | N/A | UNDETERMINED |
| 60.294. | PENDING - METHODS OF TREATING AND/OR PREVENTING PSORIASIS - AUSTRALIA AP NO. 2020288640 | UNDETERMINED | N/A | UNDETERMINED |
| 60.295. | PENDING - METHODS OF TREATING AND/OR PREVENTING PSORIASIS - CANADA AP NO. 3142477 | UNDETERMINED | N/A | UNDETERMINED |
| 60.296. | PENDING - METHODS OF TREATING AND/OR PREVENTING PSORIASIS - ISRAEL AP NO. 288524 | UNDETERMINED | N/A | UNDETERMINED |
| 60.297. | PENDING - METHODS OF TREATING AND/OR PREVENTING PSORIASIS - RUSSIAN FEDERATION AP NO. 2021139886 | UNDETERMINED | N/A | UNDETERMINED |
| 60.298. | PENDING - ORAL TAXANE COMPOSITIONS AND METHODS - AUSTRALIA AP NO. 2022200919 | UNDETERMINED | N/A | UNDETERMINED |
| 60.299. | PENDING - ORAL TAXANE COMPOSITIONS AND METHODS - BRAZIL AP NO. 11 2018 006510-2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.300. | PENDING - ORAL TAXANE COMPOSITIONS AND METHODS - CANADA AP NO. 2999201 | UNDETERMINED | N/A | UNDETERMINED |
| 60.301. | PENDING - ORAL TAXANE COMPOSITIONS AND METHODS - INDIA AP NO. 202318017576 | UNDETERMINED | N/A | UNDETERMINED |
| 60.302. | PENDING - ORAL TAXANE COMPOSITIONS AND METHODS - KOREA AP NO. 10-2018-7011838 | UNDETERMINED | N/A | UNDETERMINED |
| 60.303. | PENDING - ORAL TAXANE COMPOSITIONS AND METHODS - NEW ZEALAND AP NO. 740759 | UNDETERMINED | N/A | UNDETERMINED |
| 60.304. | PENDING - ORAL TAXANE COMPOSITIONS AND METHODS - SINGAPORE AP NO. 11201802123T | UNDETERMINED | N/A | UNDETERMINED |
| 60.305. | PENDING - ORAL TAXANE COMPOSITIONS AND METHODS - TAIWAN AP NO. 111106208 | UNDETERMINED | N/A | UNDETERMINED |
| 60.306. | PENDING - ORAL TAXANE COMPOSITIONS AND METHODS - UNITED STATES OF AMERICA AP NO. 17/069557 | UNDETERMINED | N/A | UNDETERMINED |
| 60.307. | PENDING - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - AUSTRALIA AP NO. 2023201010 | UNDETERMINED | N/A | UNDETERMINED |
| 60.308. | PENDING - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - CANADA AP NO. 3074831 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.                                              Case number (if known)  23-90295

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.309. PENDING - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - ISRAEL AP NO. 272992 | UNDETERMINED | N/A | UNDETERMINED |
| 60.310. PENDING - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - MEXICO AP NO. MX/A/2023/001805 | UNDETERMINED | N/A | UNDETERMINED |
| 60.311. PENDING - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - NEW ZEALAND AP NO. 762438 | UNDETERMINED | N/A | UNDETERMINED |
| 60.312. PENDING - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - REPUBLIC OF KOREA AP NO. 10-2020-7010105 | UNDETERMINED | N/A | UNDETERMINED |
| 60.313. PENDING - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - SINGAPORE AP NO. 11202001868R | UNDETERMINED | N/A | UNDETERMINED |
| 60.314. PENDING - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - SOUTH AFRICA AP NO. 2020/01659 | UNDETERMINED | N/A | UNDETERMINED |
| 60.315. PENDING - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - SOUTH AFRICA AP NO. 2021/06139 | UNDETERMINED | N/A | UNDETERMINED |
| 60.316. PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED DOCETAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - AUSTRALIA AP NO. 2019397560 | UNDETERMINED | N/A | UNDETERMINED |
| 60.317. PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED DOCETAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - CANADA AP NO. 3122766 | UNDETERMINED | N/A | UNDETERMINED |
| 60.318. PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED IRINOTECAN AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - AUSTRALIA AP NO. 2019395284 | UNDETERMINED | N/A | UNDETERMINED |
| 60.319. PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED IRINOTECAN AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - CANADA AP NO. 3122699 | UNDETERMINED | N/A | UNDETERMINED |
| 60.320. PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF ANGIOSARCOMA - UNITED STATES OF AMERICA AP NO. 17/963,504 | UNDETERMINED | N/A | UNDETERMINED |
| 60.321. PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - AUSTRALIA AP NO. 2021209160 | UNDETERMINED | N/A | UNDETERMINED |
| 60.322. PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - CANADA AP NO. 2993127 | UNDETERMINED | N/A | UNDETERMINED |
| 60.323. PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - NEW ZEALAND AP NO. 739270 | UNDETERMINED | N/A | UNDETERMINED |
| 60.324. PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - NEW ZEALAND AP NO. 778241 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.325.   PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - UNITED STATES OF AMERICA AP NO. 17/959,470 | UNDETERMINED | N/A | UNDETERMINED |
| 60.326.   PENDING - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL, A P-GP INHIBITOR, AND A CHECKPOINT INHIBITOR FOR THE TREATMENT OF SOLID TUMORS - TAIWAN AP NO. 111134378 | UNDETERMINED | N/A | UNDETERMINED |
| 60.327.   PRIORITY - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - PCT AP NO. PCT/KR2014/002734 | UNDETERMINED | N/A | UNDETERMINED |
| 60.328.   PUBLISHED - ACETAMIDO-PHENYLBENZAMIDE DERIVATIVES AND METHODS OF USING THE SAME - PATENT COOPERATION TREATY AP NO. PCT/US2021/053936 | UNDETERMINED | N/A | UNDETERMINED |
| 60.329.   PUBLISHED - ACETAMIDO-PHENYLBENZAMIDE DERIVATIVES AND METHODS OF USING THE SAME - UNITED STATES OF AMERICA AP NO. 17/495,933 | UNDETERMINED | N/A | UNDETERMINED |
| 60.330.   PUBLISHED - ACETAMIDO-PHENYLTETRAZOLE DERIVATIVES AND METHODS OF USING THE SAME - PATENT COOPERATION TREATY AP NO. PCT/US2021/053937 | UNDETERMINED | N/A | UNDETERMINED |
| 60.331.   PUBLISHED - ACETAMIDO-PHENYLTETRAZOLE DERIVATIVES AND METHODS OF USING THE SAME - TAIWAN AP NO. 110137339 | UNDETERMINED | N/A | UNDETERMINED |
| 60.332.   PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - AE AP NO. P6000211/16 | UNDETERMINED | N/A | UNDETERMINED |
| 60.333.   PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - AR AP NO. 150100942 | UNDETERMINED | N/A | UNDETERMINED |
| 60.334.   PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - EC AP NO. IEPI-2016-78275 | UNDETERMINED | N/A | UNDETERMINED |
| 60.335.   PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - EG AP NO. 1539/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.336.   PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - GT AP NO. A-2016-00208 | UNDETERMINED | N/A | UNDETERMINED |
| 60.337.   PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - IN AP NO. 201617031307 | UNDETERMINED | N/A | UNDETERMINED |
| 60.338.   PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - MO AP NO. 1/1377 | UNDETERMINED | N/A | UNDETERMINED |
| 60.339.   PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - PCT AP NO. PCT/KR2015/002756 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.340. PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - PY AP NO. 13631/2015 | UNDETERMINED | N/A | UNDETERMINED |
| 60.341. PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - TH AP NO. 1601005794 | UNDETERMINED | N/A | UNDETERMINED |
| 60.342. PUBLISHED - AMORPHOUS SOLID DISPERSION COMPRISING PACLITAXEL, TABLET COMPRISING THE SAME, AND METHOD FOR PREPARING THE SAME (FORMULATION 2) - VE AP NO. 2015-000281 | UNDETERMINED | N/A | UNDETERMINED |
| 60.343. PUBLISHED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - CHINA AP NO. 201780062998.X | UNDETERMINED | N/A | UNDETERMINED |
| 60.344. PUBLISHED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - EUROPEAN PATENT OFFICE AP NO. 22159506.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.345. PUBLISHED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 17/187,980 | UNDETERMINED | N/A | UNDETERMINED |
| 60.346. PUBLISHED - BIARYL COMPOSITIONS IN COMBINATION WITH TAMOXIFEN AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 17/462,155 | UNDETERMINED | N/A | UNDETERMINED |
| 60.347. PUBLISHED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - THAILAND AP NO. 1101003216 | UNDETERMINED | N/A | UNDETERMINED |
| 60.348. PUBLISHED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 17/203,867 | UNDETERMINED | N/A | UNDETERMINED |
| 60.349. PUBLISHED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - BRAZIL AP NO. 112019018687-5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.350. PUBLISHED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - CHINA AP NO. 201880029861.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.351. PUBLISHED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - EUROPEAN PATENT OFFICE AP NO. 18764980.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.352. PUBLISHED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - HONG KONG AP NO. 62020010195.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.353. PUBLISHED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - JAPAN AP NO. 2019-549396 | UNDETERMINED | N/A | UNDETERMINED |
| 60.354. PUBLISHED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - JAPAN AP NO. 2022-180723 | UNDETERMINED | N/A | UNDETERMINED |
| 60.355. PUBLISHED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - MEXICO AP NO. MX/A/2021/013354 | UNDETERMINED | N/A | UNDETERMINED |
| 60.356. PUBLISHED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - RUSSIAN FEDERATION AP NO. 2019131757 | UNDETERMINED | N/A | UNDETERMINED |
| 60.357. PUBLISHED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - TAIWAN AP NO. 107108242 | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.358. | PUBLISHED - METHODS OF TREATING AND/OR PREVENTING PSORIASIS - EUROPEAN PATENT OFFICE AP NO. 20819597.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.359. | PUBLISHED - METHODS OF TREATING AND/OR PREVENTING PSORIASIS - JAPAN AP NO. 2021-571835 | UNDETERMINED | N/A | UNDETERMINED |
| 60.360. | PUBLISHED - METHODS OF TREATING AND/OR PREVENTING PSORIASIS - TAIWAN AP NO. 109118991 | UNDETERMINED | N/A | UNDETERMINED |
| 60.361. | PUBLISHED - METHODS OF TREATING AND/OR PREVENTING PSORIASIS - UNITED STATES OF AMERICA AP NO. 17/616,238 | UNDETERMINED | N/A | UNDETERMINED |
| 60.362. | PUBLISHED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - CHINA AP NO. 201811229699.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.363. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - AR AP NO. P16 01 01985 | UNDETERMINED | N/A | UNDETERMINED |
| 60.364. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - BR AP NO. BR 11 2017 028468 5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.365. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - CA AP NO. 2988079 | UNDETERMINED | N/A | UNDETERMINED |
| 60.366. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - CN AP NO. 201680036424 | UNDETERMINED | N/A | UNDETERMINED |
| 60.367. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - CR AP NO. 2017-0604 | UNDETERMINED | N/A | UNDETERMINED |
| 60.368. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - EC AP NO. IEPI-2017-85443 | UNDETERMINED | N/A | UNDETERMINED |
| 60.369. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - EG AP NO. 2109/2017 | UNDETERMINED | N/A | UNDETERMINED |
| 60.370. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - EP (DE, GB, FR, IT, ES) AP NO. 16818153.5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.371. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - GT AP NO. A-2017-00280 | UNDETERMINED | N/A | UNDETERMINED |
| 60.372. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - HK AP NO. 18106185.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.373. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - HN AP NO. 3007/2017 | UNDETERMINED | N/A | UNDETERMINED |
| 60.374. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - ID AP NO. PID 2017 08497 | UNDETERMINED | N/A | UNDETERMINED |
| 60.375. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - KR(DIV) AP NO. 2021-0109641 | UNDETERMINED | N/A | UNDETERMINED |
| 60.376. | PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - MO AP NO. I/001447 | UNDETERMINED | N/A | UNDETERMINED |

Debtor   Athenex, Inc.
          (Name)

Case Number (if known) 23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.377. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - MY AP NO. PI 2017001682 | UNDETERMINED | N/A | UNDETERMINED |
| 60.378. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - NZ AP NO. 737238 | UNDETERMINED | N/A | UNDETERMINED |
| 60.379. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - PCT AP NO. PCT/KR2016/006513 | UNDETERMINED | N/A | UNDETERMINED |
| 60.380. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - PE AP NO. 002882-2017/DIN | UNDETERMINED | N/A | UNDETERMINED |
| 60.381. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - PK AP NO. 393/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.382. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - PY AP NO. 41029-2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.383. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - SG AP NO. 10201913274V | UNDETERMINED | N/A | UNDETERMINED |
| 60.384. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - SV AP NO. 2017-005603 | UNDETERMINED | N/A | UNDETERMINED |
| 60.385. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - TH AP NO. 1701007831 | UNDETERMINED | N/A | UNDETERMINED |
| 60.386. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - UY AP NO. 36761 | UNDETERMINED | N/A | UNDETERMINED |
| 60.387. PUBLISHED - ORAL SOLID FORMULATION CONTAINING IRINOTECAN AND METHOD OF PREPARING THE SAME (FORMULATION 3) - VE AP NO. 316-16 | UNDETERMINED | N/A | UNDETERMINED |
| 60.388. PUBLISHED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - EG PUBLICATION NO. 340/06 | UNDETERMINED | N/A | UNDETERMINED |
| 60.389. PUBLISHED - P-GLYCOPROTEIN INHIBITOR, METHOD FOR PREPARING THE SAME AND PHARMACEUTICAL COMPOSITION COMPRISING THE SAME (COMPOUND)  - PCT PUBLICATION NO. PCT/KR2004/002550 | UNDETERMINED | N/A | UNDETERMINED |
| 60.390. PUBLISHED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - EUROPEAN PATENT OFFICE AP NO. 20196756.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.391. PUBLISHED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - HONG KONG AP NO. 42021036757.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.392. PUBLISHED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 17/488,433 | UNDETERMINED | N/A | UNDETERMINED |
| 60.393. PUBLISHED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - BRAZIL AP NO. BR112020004419-9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.394. PUBLISHED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BEN ZYLACETAMIDE - CHINA AP NO. 201880069894.6 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.
          (Name)

Case number (if known)    23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.395. PUBLISHED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - EUROPEAN PATENT OFFICE AP NO. 18854688.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.396. PUBLISHED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - HONG KONG AP NO. 62020015378.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.397. PUBLISHED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - INDIA AP NO. 202017011089 | UNDETERMINED | N/A | UNDETERMINED |
| 60.398. PUBLISHED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - JAPAN AP NO. 2020-536496 | UNDETERMINED | N/A | UNDETERMINED |
| 60.399. PUBLISHED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - RUSSIAN FEDERATION AP NO. 2020112539 | UNDETERMINED | N/A | UNDETERMINED |
| 60.400. PUBLISHED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - TAIWAN AP NO. 107131540 | UNDETERMINED | N/A | UNDETERMINED |
| 60.401. PUBLISHED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - UNITED STATES OF AMERICA AP NO. 17/546,133 | UNDETERMINED | N/A | UNDETERMINED |
| 60.402. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED DOCETAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - CHINA AP NO. 201980091687.5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.403. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED DOCETAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - EUROPEAN PATENT OFFICE AP NO. 19836420.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.404. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED DOCETAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - TAIWAN AP NO. 108146058 | UNDETERMINED | N/A | UNDETERMINED |
| 60.405. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED DOCETAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - UNITED STATES OF AMERICA AP NO. 17/838,430 | UNDETERMINED | N/A | UNDETERMINED |
| 60.406. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED IRINOTECAN AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - CHINA AP NO. 201980091622.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.407. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED IRINOTECAN AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - EUROPEAN PATENT OFFICE AP NO. 19836886.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.408. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED IRINOTECAN AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - TAIWAN AP NO. 108146059 | UNDETERMINED | N/A | UNDETERMINED |
| 60.409. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF ANGIOSARCOMA - CHINA AP NO. 201980039460.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.410. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF ANGIOSARCOMA - EUROPEAN PATENT OFFICE AP NO. 19786248.5 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.411. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF ANGIOSARCOMA - HONG KONG AP NO. 62021035597.5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.412. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF ANGIOSARCOMA - TAIWAN AP NO. 108113027 | UNDETERMINED | N/A | UNDETERMINED |
| 60.413. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - CHINA AP NO. 202211612201.8 | UNDETERMINED | N/A | UNDETERMINED |
| 60.414. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - HONG KONG AP NO. 18115067.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.415. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - MEXICO AP NO. MX/A/2022/000394 | UNDETERMINED | N/A | UNDETERMINED |
| 60.416. PUBLISHED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL, A P-GP INHIBITOR, AND A CHECKPOINT INHIBITOR FOR THE TREATMENT OF SOLID TUMORS - PATENT COOPERATION TREATY AP NO. PCT/US2022/076269 | UNDETERMINED | N/A | UNDETERMINED |
| 60.417. REGISTERED - A PROCESS FOR PREPARING 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - INDIA AP NO. 4007/KOLNP/2009 | UNDETERMINED | N/A | UNDETERMINED |
| 60.418. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - AUSTRALIA AP NO. 2007265373 | UNDETERMINED | N/A | UNDETERMINED |
| 60.419. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - AUSTRIA AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.420. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - AUSTRIA AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.421. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - BELGIUM AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.422. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - BELGIUM AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.423. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - BULGARIA AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.424. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - CANADA AP NO. 2656564 | UNDETERMINED | N/A | UNDETERMINED |
| 60.425. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - CHINA AP NO. 200780031980.X | UNDETERMINED | N/A | UNDETERMINED |
| 60.426. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - CYPRUS AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.427. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - CYPRUS AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | Athenex, Inc. | | Case Number (if known) | 23-90295 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.428. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - CZECH REPUBLIC AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.429. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - DENMARK AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.430. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - DENMARK AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.431. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - ESTONIA AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.432. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - FINLAND AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.433. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - FINLAND AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.434. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - FRANCE AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.435. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - FRANCE AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.436. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - GERMANY AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.437. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - GERMANY AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.438. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - GREECE AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.439. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - HONG KONG AP NO. 19133625.4 | UNDETERMINED | N/A | UNDETERMINED |
| 60.440. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - HUNGARY AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.441. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - ICELAND AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.442. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - ICELAND AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.443. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - IRELAND AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.444. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - IRELAND AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.445. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - ITALY AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.446. | REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - ITALY AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.

(Name)

Case Number (if known)   23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.447. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - JAPAN AP NO. 2009-518322 | UNDETERMINED | N/A | UNDETERMINED |
| 60.448. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - LATVIA AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.449. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - LITHUANIA AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.450. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - LUXEMBOURG AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.451. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - LUXEMBOURG AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.452. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - MALTA AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.453. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - MONACO AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.454. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - NETHERLANDS AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.455. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - NETHERLANDS AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.456. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - PORTUGAL AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.457. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - ROMANIA AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.458. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - SLOVAKIA AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.459. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - SLOVENIA AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.460. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - SPAIN AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.461. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - SPAIN AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.462. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - SWEDEN AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.463. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - SWEDEN AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.464. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - SWITZERLAND AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.465. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - SWITZERLAND AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.466. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - TAIWAN AP NO. 095141909 | UNDETERMINED | N/A | UNDETERMINED |
| 60.467. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - TAIWAN AP NO. 106127492 | UNDETERMINED | N/A | UNDETERMINED |
| 60.468. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - TURKEY AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.469. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED KINGDOM AP NO. 07810102.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.470. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED KINGDOM AP NO. 17840402.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.471. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 11/480,174 | UNDETERMINED | N/A | UNDETERMINED |
| 60.472. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 12/595,357 | UNDETERMINED | N/A | UNDETERMINED |
| 60.473. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 13/152,949 | UNDETERMINED | N/A | UNDETERMINED |
| 60.474. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 13/540,940 | UNDETERMINED | N/A | UNDETERMINED |
| 60.475. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 14/094,027 | UNDETERMINED | N/A | UNDETERMINED |
| 60.476. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 15/676,203 | UNDETERMINED | N/A | UNDETERMINED |
| 60.477. REGISTERED - BIARYL COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 16/232,229 | UNDETERMINED | N/A | UNDETERMINED |
| 60.478. REGISTERED - BIARYL COMPOUNDS AND PHARMACEUTICAL COMPOSITIONS CONTAINING THE SAME - ISRAEL AP NO. 196168 | UNDETERMINED | N/A | UNDETERMINED |
| 60.479. REGISTERED - BIARYL COMPOUNDS AND PHARMACEUTICAL COMPOSITIONS CONTAINING THE SAME - ISRAEL AP NO. 242374 | UNDETERMINED | N/A | UNDETERMINED |
| 60.480. REGISTERED - BIARYL COMPOUNDS FOR MODULATING A COMPONENT OF KINASE SIGNALLING CASCASE - INDIA AP NO. 416/KOLNP/2009 | UNDETERMINED | N/A | UNDETERMINED |
| 60.481. REGISTERED - BIARYL PIPERIDINE AMIDE COMPOUNDS AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 15/921,890 | UNDETERMINED | N/A | UNDETERMINED |
| 60.482. REGISTERED - BIARYL PIPERIDINE AMIDE COMPOUNDS AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 16/567,300 | UNDETERMINED | N/A | UNDETERMINED |
| 60.483. REGISTERED - BICYCLIC COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 11/480,163 | UNDETERMINED | N/A | UNDETERMINED |
| 60.484. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - AUSTRALIA AP NO. 2007340350 | UNDETERMINED | N/A | UNDETERMINED |

Debtor  Athenex, Inc.
(Name)

Case number (if known) 23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.485. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - AUSTRALIA AP NO. 2014200559 | UNDETERMINED | N/A | UNDETERMINED |
| 60.486. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - BELGIUM AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.487. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - CANADA AP NO. 2673974 | UNDETERMINED | N/A | UNDETERMINED |
| 60.488. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - CHINA AP NO. 200780051766.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.489. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - DENMARK AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.490. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - FRANCE AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.491. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - GERMANY AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.492. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - HONG KONG AP NO. 10103982.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.493. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - IRELAND AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.494. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - ITALY AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.495. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - JAPAN AP NO. 2015-189232 | UNDETERMINED | N/A | UNDETERMINED |
| 60.496. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - NETHERLANDS AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.497. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - SPAIN AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.498. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - SWEDEN AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.499. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - SWITZERLAND AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.500. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - TAIWAN AP NO. 095149416 | UNDETERMINED | N/A | UNDETERMINED |
| 60.501. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - TAIWAN AP NO. 102131239 | UNDETERMINED | N/A | UNDETERMINED |
| 60.502. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - UNITED KINGDOM AP NO. 07863295.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.503. REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 12/005,792 | UNDETERMINED | N/A | UNDETERMINED |

Debtor   Athenex, Inc.
(Name)

Case number (if known)   23-90295

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.504. | REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 14/015,030 | UNDETERMINED | N/A | UNDETERMINED |
| 60.505. | REGISTERED - COMPOSITION AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 15/895,244 | UNDETERMINED | N/A | UNDETERMINED |
| 60.506. | REGISTERED - COMPOSITIONS AND METHODS FOR MODULATING A KINASE CASCADE - UNITED STATES OF AMERICA AP NO. 12/217,721 | UNDETERMINED | N/A | UNDETERMINED |
| 60.507. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - CANADA AP NO. 2796419 | UNDETERMINED | N/A | UNDETERMINED |
| 60.508. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - FRANCE AP NO. 11769246.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.509. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - GERMANY AP NO. 11769246.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.510. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - HONG KONG AP NO. 13108666.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.511. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - ITALY AP NO. 11769246.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.512. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - NETHERLANDS AP NO. 11769246.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.513. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - SPAIN AP NO. 11769246.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.514. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - SWEDEN AP NO. 11769246.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.515. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - SWITZERLAND AP NO. 11769246.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.516. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - UNITED KINGDOM AP NO. 11769246.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.517. | REGISTERED - COMPOSITIONS AND METHODS FOR THE PREVENTION AND TREATMENT OF CANCER - UNITED STATES OF AMERICA AP NO. 13/046,533 | UNDETERMINED | N/A | UNDETERMINED |
| 60.518. | REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - AUSTRALIA AP NO. 2005321966 | UNDETERMINED | N/A | UNDETERMINED |
| 60.519. | REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - CANADA AP NO. 2594345 | UNDETERMINED | N/A | UNDETERMINED |
| 60.520. | REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - CHINA AP NO. 201310139459.5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.521. | REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - HONG KONG AP NO. 08102720.5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.522. | REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - HONG KONG AP NO. 14102102.5 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | Athenex, Inc. | | Case number (if known) | 23-90295 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.523. REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - MACAU AP NO. J/000989 | UNDETERMINED | N/A | UNDETERMINED |
| 60.524. REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - MACAU AP NO. J/002269 | UNDETERMINED | N/A | UNDETERMINED |
| 60.525. REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - MEXICO AP NO. MX/A/2009/010096 | UNDETERMINED | N/A | UNDETERMINED |
| 60.526. REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - REPUBLIC OF KOREA AP NO. 10-2013-7015670 | UNDETERMINED | N/A | UNDETERMINED |
| 60.527. REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - UNITED STATES OF AMERICA AP NO. 11/796,200 | UNDETERMINED | N/A | UNDETERMINED |
| 60.528. REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - UNITED STATES OF AMERICA AP NO. 12/950,764 | UNDETERMINED | N/A | UNDETERMINED |
| 60.529. REGISTERED - COMPOSITIONS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - UNITED STATES OF AMERICA AP NO. 14/658,736 | UNDETERMINED | N/A | UNDETERMINED |
| 60.530. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND A PROCESS FOR PREPARING THEREOF - VIETNAM AP NO. 1-2011-03520 | UNDETERMINED | N/A | UNDETERMINED |
| 60.531. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - INDONESIA AP NO. W00201104597 | UNDETERMINED | N/A | UNDETERMINED |
| 60.532. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - MALAYSIA AP NO. PI 2011005540 | UNDETERMINED | N/A | UNDETERMINED |
| 60.533. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - PHILIPPINES AP NO. 1-2011-502415 | UNDETERMINED | N/A | UNDETERMINED |
| 60.534. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - RUSSIAN FEDERATION AP NO. 2011151611 | UNDETERMINED | N/A | UNDETERMINED |
| 60.535. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - SINGAPORE AP NO. 201108533-9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.536. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 12/468,694 | UNDETERMINED | N/A | UNDETERMINED |
| 60.537. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 13/094,679 | UNDETERMINED | N/A | UNDETERMINED |
| 60.538. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 13/614,063 | UNDETERMINED | N/A | UNDETERMINED |
| 60.539. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 14/554,495 | UNDETERMINED | N/A | UNDETERMINED |
| 60.540. REGISTERED - COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 15/387,322 | UNDETERMINED | N/A | UNDETERMINED |
| 60.541. REGISTERED - COMPOSITIONS FOR TREATING CELL ROLIFERATION DISORDERS - UNITED STATES OF AMERICA AP NO. 11/321,419 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.
_____
(Name)

Case number (if known) 23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.542.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - AUSTRIA AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.543.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - AUSTRIA AP NO. SZ49/2021 | UNDETERMINED | N/A | UNDETERMINED |
| 60.544.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - BELGIUM AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.545.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - BRAZIL AP NO. PI0519424-5 | UNDETERMINED | N/A | UNDETERMINED |
| 60.546.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - CHINA AP NO. 200580048796.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.547.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - CYPRUS AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.548.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - DENMARK AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.549.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - FRANCE AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.550.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - FRANCE AP NO. 21C1064 | UNDETERMINED | N/A | UNDETERMINED |
| 60.551.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - GERMANY AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.552.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - GREECE AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.553.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - GREECE AP NO. 20210800045 | UNDETERMINED | N/A | UNDETERMINED |
| 60.554.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - HUNGARY AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.555.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - HUNGARY AP NO. S2100051 | UNDETERMINED | N/A | UNDETERMINED |
| 60.556.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - INDIA AP NO. 2504/KOLNP/2007 | UNDETERMINED | N/A | UNDETERMINED |
| 60.557.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - IRELAND AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.558.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - ITALY AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.559.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - ITALY AP NO. 132022000000002 | UNDETERMINED | N/A | UNDETERMINED |
| 60.560.  REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - JAPAN AP NO. 2007-549605 | UNDETERMINED | N/A | UNDETERMINED |

Debtor   Athenex, Inc.
         (Name)

Case Number (if known)   23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.561. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - LUXEMBOURG AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.562. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - MACAU AP NO. J/001142 | UNDETERMINED | N/A | UNDETERMINED |
| 60.563. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - MEXICO AP NO. MX/A/2007/007910 | UNDETERMINED | N/A | UNDETERMINED |
| 60.564. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - NETHERLANDS AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.565. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - NETHERLANDS AP NO. 301145 | UNDETERMINED | N/A | UNDETERMINED |
| 60.566. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - POLAND AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.567. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - REPUBLIC OF KOREA AP NO. 10-2007-7017102 | UNDETERMINED | N/A | UNDETERMINED |
| 60.568. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - SINGAPORE AP NO. 200704828-3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.569. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - SPAIN AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.570. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - SPAIN AP NO. C202130061 | UNDETERMINED | N/A | UNDETERMINED |
| 60.571. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - SWEDEN AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.572. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - SWEDEN AP NO. 2190503-9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.573. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - SWITZERLAND AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.574. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - SWITZERLAND AP NO. C01836169/01 | UNDETERMINED | N/A | UNDETERMINED |
| 60.575. REGISTERED - COMPOUNDS AND METHODS OF TREATING CELL PROLIFERATION DISORDERS - UNITED KINGDOM AP NO. 05855828.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.576. REGISTERED - COMPOUNDS FOR TREATING CELL PROLIFERATION DISORDERS - INDIA AP NO. 549/KOLNP/2014 | UNDETERMINED | N/A | UNDETERMINED |
| 60.577. REGISTERED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - MEXICO AP NO. MX/A/2019/010707 | UNDETERMINED | N/A | UNDETERMINED |
| 60.578. REGISTERED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - SOUTH AFRICA AP NO. 2021/00106 | UNDETERMINED | N/A | UNDETERMINED |
| 60.579. REGISTERED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - UNITED STATES OF AMERICA AP NO. 15/918,100 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.
            (Name)

Case number (if known)  23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.580. REGISTERED - METHODS OF TREATING AND/OR PREVENTING ACTINIC KERATOSIS - UNITED STATES OF AMERICA AP NO. 16/804,092 | UNDETERMINED | N/A | UNDETERMINED |
| 60.581. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - BELGIUM AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.582. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - CANADA AP NO. 2883144 | UNDETERMINED | N/A | UNDETERMINED |
| 60.583. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - CHINA AP NO. 201380056173.9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.584. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - EUROPEAN PATENT OFFICE AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.585. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - FRANCE AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.586. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - GERMANY AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.587. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - HONG KONG AP NO. 16100079.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.588. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - HONG KONG AP NO. 16103558.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.589. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - HUNGARY AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.590. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - ICELAND AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.591. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - IRELAND AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.592. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - ITALY AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.593. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - JAPAN AP NO. 2015-530099 | UNDETERMINED | N/A | UNDETERMINED |
| 60.594. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - LATVIA AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.                    Case 23-90295    Document 307    Filed in TXSB on 06/19/23    Page 52 of 114
                                                            Case number (if known) 23-90295
        (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.595. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - LIECHTENSTEIN AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.596. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - LITHUANIA AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.597. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - LUXEMBOURG AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.598. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - MACAU AP NO. J/003598 | UNDETERMINED | N/A | UNDETERMINED |
| 60.599. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - MACEDONIA (F.Y.R.O.M) AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.600. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - MALTA AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.601. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - MONACO AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.602. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - NETHERLANDS AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.603. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - REPUBLIC OF KOREA AP NO. 10-2015-7008132 | UNDETERMINED | N/A | UNDETERMINED |
| 60.604. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - SLOVENIA AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.605. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - SPAIN AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.606. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - SWEDEN AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.607. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - SWITZERLAND AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.608. REGISTERED - N-(3-FLUOROBENZYL)-2-(5-(4-MORPHOLINOPHENYL)PYRIDIN-2-YL) ACETAMIDE AS PROTEIN\|TYROSINE KINASE MODULATORS - UNITED KINGDOM AP NO. 13760222.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.609. REGISTERED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - AUSTRALIA AP NO. 2008314569 | UNDETERMINED | N/A | UNDETERMINED |

Debtor   Athenex, Inc.
(Name)

Case number (if known)   23-90295

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.610. | REGISTERED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - CANADA AP NO. 2703615 | UNDETERMINED | N/A | UNDETERMINED |
| 60.611. | REGISTERED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - FRANCE AP NO. 08839636.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.612. | REGISTERED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - GERMANY AP NO. 08839636.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.613. | REGISTERED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - HONG KONG AP NO. 11101556.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.614. | REGISTERED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - ITALY AP NO. 08839636.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.615. | REGISTERED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - JAPAN AP NO. 2010-529985 | UNDETERMINED | N/A | UNDETERMINED |
| 60.616. | REGISTERED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - SPAIN AP NO. 08839636.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.617. | REGISTERED - PHARMACEUTICAL COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED KINGDOM AP NO. 08839636.1 | UNDETERMINED | N/A | UNDETERMINED |
| 60.618. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - AUSTRALIA AP NO. 2008254500 | UNDETERMINED | N/A | UNDETERMINED |
| 60.619. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - AUSTRALIA AP NO. 2014202221 | UNDETERMINED | N/A | UNDETERMINED |
| 60.620. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - BELGIUM AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.621. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - CANADA AP NO. 2686267 | UNDETERMINED | N/A | UNDETERMINED |
| 60.622. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - CHINA AP NO. 200880024401.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.623. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - DENMARK AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.624. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - EUROPEAN PATENT OFFICE AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.625. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - FRANCE AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.
          (Name)                                                                    Case Number (if known)    23-90295

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.626. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - GERMANY AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.627. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - HONG KONG AP NO. 10108049.2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.628. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - IRELAND AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.629. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - ITALY AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.630. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - JAPAN AP NO. 2010-508457 | UNDETERMINED | N/A | UNDETERMINED |
| 60.631. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - JAPAN AP NO. 2014-206119 | UNDETERMINED | N/A | UNDETERMINED |
| 60.632. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - NETHERLANDS AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.633. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - SPAIN AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.634. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - SWEDEN AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.635. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - SWITZERLAND AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.636. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED KINGDOM AP NO. 08754559.6 | UNDETERMINED | N/A | UNDETERMINED |
| 60.637. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 12/154,056 | UNDETERMINED | N/A | UNDETERMINED |
| 60.638. | REGISTERED - PROCESS FOR THE PREPARATION OF COMPOSITIONS FOR MODULATING A KINASE CASCADE AND METHODS OF USE THEREOF - UNITED STATES OF AMERICA AP NO. 13/094,667 | UNDETERMINED | N/A | UNDETERMINED |
| 60.639. | REGISTERED - PROTEIN KINASE AND PHOSPHATASE INHIBITORS - UNITED STATES OF AMERICA AP NO. 12/854,094 | UNDETERMINED | N/A | UNDETERMINED |
| 60.640. | REGISTERED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - MEXICO AP NO. MX/A/2020/002622 | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.641. | REGISTERED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - UNITED STATES OF AMERICA AP NO. 16/124,281 | UNDETERMINED | N/A | UNDETERMINED |
| 60.642. | REGISTERED - SOLID FORMS OF 2-(5-(4-(2-MORPHOLINOETHOXY)PHENYL)PYRIDIN-2-YL)-N-BENZYLACETAMIDE - UNITED STATES OF AMERICA AP NO. 16/858,854 | UNDETERMINED | N/A | UNDETERMINED |
| 60.643. | REGISTERED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED DOCETAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - UNITED STATES OF AMERICA AP NO. 16/715,735 | UNDETERMINED | N/A | UNDETERMINED |
| 60.644. | REGISTERED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED DOCETAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - UNITED STATES OF AMERICA AP NO. 17/083,543 | UNDETERMINED | N/A | UNDETERMINED |
| 60.645. | REGISTERED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - AUSTRALIA AP NO. 2016295357 | UNDETERMINED | N/A | UNDETERMINED |
| 60.646. | REGISTERED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - MEXICO AP NO. MX/A/2018/000872 | UNDETERMINED | N/A | UNDETERMINED |
| 60.647. | REGISTERED - THERAPEUTIC COMBINATIONS OF ORALLY ADMINISTERED PACLITAXEL AND A P-GP INHIBITOR FOR THE TREATMENT OF CANCER - TAIWAN AP NO. 105123085 | UNDETERMINED | N/A | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. | ATHEGEN.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.2. | ATHEGEN.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.3. | ATHENASCI.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.4. | ATHENASCI.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.5. | ATHENASCI.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.6. | ATHENEX.CO.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.7. | ATHENEX.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.8. | ATHENEX.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.9. | ATHENEX.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.10. | ATHENEX.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.11. | ATHENEXAPI.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.12. | ATHENEXAPI.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.13. | ATHENEXAPI.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.14. | ATHENEXCHINA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.15. | ATHENEXONC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.16. | ATHENEXONCOLOGY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.17. | ATHENEXPHARMA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.18. | ATHENEXPHARMA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.19. | ATHENEXPHARMA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.20. | ATHENEXPHARMA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.21. | ATHENEXPHARMASOLUTIONS.COM | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| 61.22.  ATHENEXPHARMASOLUTIONS.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.23.  ATHENEXPHARMASOLUTIONS.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.24.  ATHENEXPHARMASOLUTIONS.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.25.  ATHENEXSOLUTIONS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.26.  ATHENEXSOLUTIONS.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.27.  ATHENEXSOLUTIONS.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.28.  ATHENEXSOLUTIONS.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.29.  ATHENEXTEST.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.30.  ATRUMVIA.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.31.  ATRUMVIA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.32.  ATRUMVIA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.33.  ATRUMVIA.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.34.  ATRUMVIA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.35.  ATRUMVIA.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.36.  ATRUMVIA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.37.  ATRUMVIA.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.38.  ATRUMVIA.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.39.  AVADIGM.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.40.  AVADIGM.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.41.  AVADIGM.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.42.  AVATHERA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.43.  AVATHERA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.44.  AVATHERA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.45.  BEXAQUIDAR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.46.  BEXAQUIDAR.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.47.  BEXAQUIDAR.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.48.  BEXAQUIDAR.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.49.  CEQZUVA.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.50.  CEQZUVA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.51.  CEQZUVA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.52.  CEQZUVA.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.53.  CEQZUVA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.54.  CEQZUVA.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.55.  CEQZUVA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.56.  CEQZUVA.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.57.  CEQZUVA.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.58.  CHEMOLUTION.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.59.  CHEMOLUTIONHCP.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.60.  CHEMOLUTIONHCP.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.61.  CHEMOLUTIONHCP.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.62.  CHEMOLUTIONHCP.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.63.  CHEMONEUROPATHY.COM | UNDETERMINED | N/A | UNDETERMINED |

Debtor   Athenex, Inc.
(Name)

Case Number (if known) 23-90295

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.64. | CHEMONEUROPATHY.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.65. | CHEMONEUROPATHY.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.66. | CHEMONEUROPATHY.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.67. | CIDAL.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.68. | ENCEQUIDAR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.69. | ENCEQUIDAR.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.70. | ENCEQUIDAR.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.71. | ENCEQUIDAR.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.72. | ENORQUIDAR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.73. | ENORQUIDAR.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.74. | ENORQUIDAR.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.75. | ENORQUIDAR.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.76. | ERIBULINORA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.77. | ERIBULINORA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.78. | ERIBULINORA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.79. | ERIBULINORA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.80. | FACINGBCTOGETHER.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.81. | FACINGBCTOGETHER.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.82. | FACINGBCTOGETHER.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.83. | FACINGBCTOGETHER.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.84. | FACINGMBCTOGETHER.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.85. | FACINGMBCTOGETHER.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.86. | FACINGMBCTOGETHER.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.87. | FACINGMBCTOGETHER.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.88. | FULVESTRANTDIRECT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.89. | FULVESTRANTDIRECT.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.90. | FULVESTRANTDIRECT.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.91. | IVORAQUIDAR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.92. | IVORAQUIDAR.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.93. | IVORAQUIDAR.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.94. | IVORAQUIDAR.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.95. | KANXIQ.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.96. | KANXIQ.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.97. | KANXIQ.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.98. | KANXIQ.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.99. | KANXIQ.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.100. | KANXIQ.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.101. | KANXIQ.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.102. | KANXIQ.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.103. | KANXIQ.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.104. | KINEXPHARMA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.105. | KINEXSUPPORTIVE.COM | UNDETERMINED | N/A | UNDETERMINED |

Debtor   Athenex, Inc.
(Name)

Case number (if known)   23-90295

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.106. | KOHEZUN.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.107. | KOHEZUN.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.108. | KOHEZUN.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.109. | KOHEZUN.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.110. | KOHEZUN.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.111. | KOHEZUN.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.112. | KOHEZUN.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.113. | KOHEZUN.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.114. | KOHEZUN.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.115. | KONGRUVIA.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.116. | KONGRUVIA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.117. | KONGRUVIA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.118. | KONGRUVIA.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.119. | KONGRUVIA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.120. | KONGRUVIA.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.121. | KONGRUVIA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.122. | KONGRUVIA.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.123. | KONGRUVIA.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.124. | KUURTHERAPEUTICS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.125. | KUURTX.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.126. | LYVEMPO.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.127. | LYVEMPO.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.128. | LYVEMPO.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.129. | LYVEMPO.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.130. | LYVEMPO.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.131. | LYVEMPO.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.132. | LYVEMPO.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.133. | LYVEMPO.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.134. | LYVEMPO.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.135. | MAXINASE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.136. | MAXINASE.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.137. | MAXINASE.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.138. | MAXINASE.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.139. | MBCEXPRESSIONS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.140. | MYBEAUTIFULCOLORS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.141. | MYPAQLIA.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.142. | MYPAQLIA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.143. | MYPAQLIA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.144. | MYPAQLIA.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.145. | MYPAQLIA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.146. | MYPAQLIA.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.147. | MYPAQLIA.ORG | UNDETERMINED | N/A | UNDETERMINED |

Debtor   Athenex, Inc.
_____
(Name)

Case Number (if known) 23-90295

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.148. | MYPAQLIA.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.149. | MYPAQLIA.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.150. | NEXPACTYL.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.151. | NEXPACTYL.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.152. | NEXPACTYL.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.153. | NEXPACTYL.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.154. | NEXPACTYL.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.155. | NEXPACTYL.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.156. | NEXPACTYL.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.157. | NEXPACTYL.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.158. | NEXPACTYL.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.159. | NYPHARMA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.160. | NYPHARMA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.161. | NYPHARMA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.162. | NYPHARMA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.163. | ONDAQUIDAR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.164. | ONDAQUIDAR.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.165. | ONDAQUIDAR.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.166. | ONDAQUIDAR.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.167. | ONPAXLIA.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.168. | ONPAXLIA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.169. | ONPAXLIA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.170. | ONPAXLIA.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.171. | ONPAXLIA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.172. | ONPAXLIA.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.173. | ONPAXLIA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.174. | ONPAXLIA.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.175. | ONPAXLIA.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.176. | ORALDOCETAXEL.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.177. | ORALDOCETAXEL.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.178. | ORALDOCETAXEL.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.179. | ORALDOCETAXEL.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.180. | ORALERIBULIN.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.181. | ORALERIBULIN.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.182. | ORALERIBULIN.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.183. | ORALERIBULIN.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.184. | ORALIRINOTECAN.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.185. | ORALIRINOTECAN.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.186. | ORALIRINOTECAN.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.187. | ORALIRINOTECAN.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.188. | ORALPACLITAXEL.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.189. | ORALTOPOTECAN.COM | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.
(Name)

Case number (if known) 23-90295

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.190. | ORALTOPOTECAN.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.191. | ORALTOPOTECAN.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.192. | ORALTOPOTECAN.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.193. | ORASCOVERY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.194. | ORATECAN.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.195. | ORATECAN.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.196. | ORATECAN.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.197. | ORATECAN.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.198. | ORATOPO.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.199. | ORATOPO.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.200. | ORATOPO.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.201. | ORATOPO.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.202. | ORPAQTA.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.203. | ORPAQTA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.204. | ORPAQTA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.205. | ORPAQTA.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.206. | ORPAQTA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.207. | ORPAQTA.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.208. | ORPAQTA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.209. | ORPAQTA.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.210. | ORPAQTA.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.211. | ORSEQVIA.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.212. | ORSEQVIA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.213. | ORSEQVIA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.214. | ORSEQVIA.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.215. | ORSEQVIA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.216. | ORSEQVIA.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.217. | ORSEQVIA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.218. | ORSEQVIA.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.219. | ORSEQVIA.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.220. | PACSYMIZE.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.221. | PACSYMIZE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.222. | PACSYMIZE.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.223. | PACSYMIZE.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.224. | PACSYMIZE.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.225. | PACSYMIZE.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.226. | PACSYMIZE.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.227. | PACSYMIZE.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.228. | PACSYMIZE.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.229. | PAKQUIS.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.230. | PAKQUIS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.231. | PAKQUIS.INFO | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Athenex, Inc.
(Name)

Case number (if known)    23-90295

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| 61.232.  PAKQUIS.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.233.  PAKQUIS.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.234.  PAKQUIS.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.235.  PAKQUIS.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.236.  PAKQUIS.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.237.  PAKQUIS.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.238.  PAXORLEA.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.239.  PAXORLEA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.240.  PAXORLEA.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.241.  PAXORLEA.KR | UNDETERMINED | N/A | UNDETERMINED |
| 61.242.  PAXORLEA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.243.  PAXORLEA.NL | UNDETERMINED | N/A | UNDETERMINED |
| 61.244.  PAXORLEA.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.245.  PAXORLEA.UK | UNDETERMINED | N/A | UNDETERMINED |
| 61.246.  PAXORLEA.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.247.  PAXORLEACARECONNECT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.248.  PAXORLEACOPAY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.249.  PAXORLEAHCP.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.250.  PAXORLEAHCP.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.251.  PAXORLEAHCP.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.252.  PAXORLEAHCP.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.253.  PAXORLEAPATIENT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.254.  PAXORLEAPATIENT.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.255.  PAXORLEAPATIENT.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.256.  PAXORLEAPATIENT.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.257.  POLYMEDT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.258.  POLYMEDT.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.259.  QDPHARMA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.260.  QUADPHARMALLC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.261.  SELOQUIDAR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.262.  SELOQUIDAR.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.263.  SELOQUIDAR.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.264.  SELOQUIDAR.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.265.  TIRBANIBULIN.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.266.  TIRBANIBULIN.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.267.  TIRBANIBULIN.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.268.  TIRBANIBULIN.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.269.  TRANSPKPD.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.270.  WYNVIAN.CN | UNDETERMINED | N/A | UNDETERMINED |
| 61.271.  WYNVIAN.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.272.  WYNVIAN.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.273.  WYNVIAN.KR | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| | 61.274.  WYNVIAN.NET | UNDETERMINED | N/A | UNDETERMINED |
| | 61.275.  WYNVIAN.NL | UNDETERMINED | N/A | UNDETERMINED |
| | 61.276.  WYNVIAN.ORG | UNDETERMINED | N/A | UNDETERMINED |
| | 61.277.  WYNVIAN.UK | UNDETERMINED | N/A | UNDETERMINED |
| | 61.278.  WYNVIAN.US | UNDETERMINED | N/A | UNDETERMINED |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.** | **GOODWILL** | | | |

| 66 | Total of Part 10. ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |
|---|---|---|---|---|

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

| **Part 11:** | **ALL OTHER ASSETS** |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71.** | **NOTES RECEIVABLE** | |
| | DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| | **NONE** | |
| **72.** | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| | 72.1.  CA TAX AND COVID TESTING REFUND   Tax year  2021 | $278.39 |
| | 72.2.  NYS REFUND   Tax year  2021 | $14,054.09 |
| | 72.3.  TX REFUND   Tax year  2021 | $3,979.00 |
| **73.** | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| | **NONE** | |
| **74.** | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| | **NONE** | |

Debtor   Athenex, Inc.                                                Case number (if known)   23-90295
        (Name)

| | Current value of debtor's interest |
|---|---|
| **75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**<br><br>**NONE** | |
| **76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**<br><br>**NONE** | |
| **77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP<br><br>**NONE** | |
| **78** **Total of Part 11.**<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $18,311.48 |

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $8,108,697.91 | |
| **81.** Deposits and prepayments. *Copy line 9, Part 2.* | $1,791,469.05 | |
| **82.** Accounts receivable. *Copy line 12, Part 3.* | $518,624,217.35 | |
| **83.** Investments. *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.** Inventory. *Copy line 23, Part 5.* | | |
| **85.** Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| **86.** Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $429,770.19 | |
| **87.** Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $31,310.68 | |
| **88.** Real property. *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | UNDETERMINED |
| **89.** Intangibles and intellectual property. *Copy line 66, Part 10.* | UNDETERMINED | |
| **90.** All other assets. *Copy line 78, Part 11.* | ✛  $18,311.48 | |
| **91.** **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $529,003,776.66 | ✛ 91b.   UNDETERMINED |
| **92.** **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $529,003,776.66 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Athenex, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 23-90295 |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **1.  Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>ATNX SPV, LLC<br><br>**Creditor's mailing address**<br>1001 MAIN STREET<br>SUITE 600<br>BUFFALO, NY  14203<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL OF SELLER'S RIGHT, TITLE AND INTEREST IN, TO THE PURCHASED PRODUCT ASSETS<br><br>**Describe the lien**<br>ASSET PURCHASE AND CONTRIBUTION AGREEMENT DATED 06.21.22<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | UNKNOWN | UNKNOWN |
| 2.2 | **Creditor's name**<br>LCA BANK CORPORATION<br><br>**Creditor's mailing address**<br>1441 W. UTE BLVD, SUITE 250<br>PARK CITY, UT  84098<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CLEANING EQUIPMENT AS IDENTIFIED IN THE EQUIPMENT FINANCE AND SECURITY AGREEMENT #150022-001<br><br>**Describe the lien**<br>UCC-1 FILING DATED 08.28.20<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | UNKNOWN | UNKNOWN |

| Debtor | Athenex, Inc. | | Case number (if known) | 23-90295 |
|--------|---------------|--|------------------------|----------|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|-------------|---------------------|

| | | Column A | Column B |
|--|--|----------|----------|
| | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

| 2.3 | **Creditor's name**<br>OAKTREE FUND ADMINISTRATION, LLC<br><br>**Creditor's mailing address**<br>1301 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>NEW YORK, NY  10019<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    1. OAKTREE FUND ADMINISTRATION, LLC<br>    2.    SAGARD HEALTHCARE ROYALTY PARTNERS, LP | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS OF THE DEBTOR<br><br>**Describe the lien**<br>SENIOR SECURED TERM LOAN FACILITY.<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41,875,000.00 | UNKNOWN |
| 2.4 | **Creditor's name**<br>SAGARD HEALTHCARE ROYALTY PARTNERS, LP<br><br>**Creditor's mailing address**<br>PO BOX 309<br>UGLAND HOUSE<br>GRAND CAYMAN<br>CAYMAN ISLANDS<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    1.    SAGARD HEALTHCARE ROYALTY PARTNERS, LP<br>    2.    OAKTREE FUND ADMINISTRATION, LLC | **Describe debtor's property that is subject to a lien**<br>ALL OF SELLER'S RIGHT, TITLE AND INTEREST IN, TO THE REVERTING PRODUCT ASSETS<br><br>**Describe the lien**<br>ASSET PURCHASE AND CONTRIBUTION AGREEMENT DATED 06.21.22<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $88,621,538.68 | UNKNOWN |

| Debtor | Athenex, Inc. | Case number _(if known)_ 23-90295 |
|---|---|---|
| | (Name) | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | _Do not deduct the value of collateral._ | |

| 2.5 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | U.S. BANK EQUIPMENT FINANCE, | VARIOUS ITEMS OF EQUIPMENT FINANCED BY US BANK EQUIPMENT FINANCE. | | |
| | **Creditor's mailing address** | | | |
| | A DIVISION OF U.S. BANK N.A 1310 MADRID STREET MARSHALL, MN  56258 | **Describe the lien** UCC-1 FILING DATED 08.05.19 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | **Date or dates debt was incurred** | ☒ No ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| | **Do multiple creditors have an interest in the same property?** | ☒ No ☐ Yes | | |
| | ☒ No ☐ Yes | **As of the petition filing date, the claim is:** _Check all that apply._ ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $130,496,538.68 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| BRACEWELL LLP JONATHAN LOZANO, ESQ. 111 CONGRESS AVE SUITE 2300 AUSTIN, TX  78701-4061 | Line 2.3 | |
| BRACEWELL LLP MARK DENDINGER, ESQ. 185 ASYLUM ST, CITY PLACE I, 34TH FL HARTFORD, CT  06103 | Line 2.3 | |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO ERIC BLYTHEER ONE FINANCIAL CENTER BOSTON, MA  02111 | Line 2.4 | |
| SAGARD HEALTHCARE ROYALTY PA LP 161 BAY STREET, SUITE 500 TORONTO  M5J 2S1 CANADA | Line 2.3 | |
| SULLIVAN & CROMWELL ARI B. BLAUT, PARTNER 125 BROAD STREET NEW YORK, NY  10004-2498 | Line 2.3 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Athenex, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-90295</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

**2.**    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ALABAMA DEPT OF REVENUE<br>50 N RIPLEY ST<br>MONTGOMERY, AL  36130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>ALASKA DEPT OF REVENUE<br>550 W 7TH AVE<br>STE 500<br>ANCHORAGE, AK  99501-3555<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>AR. DEPT OF FINANCE AND<br>ADMINISTRATION<br>OFFICE OF STATE REVENUE ADMIN.<br>1509 W 7TH ST<br>LITTLE ROCK, AR  72201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor    Athenex, Inc.                                          Case number (if known)  23-90295
         (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | Total claim | Priority amount |
|--|--|-|-------------|-----------------|

**2.4** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

ARIZONA DEPT OF REVENUE
1600 W. MONROE
PHOENIX, AZ  85007-2650

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.5** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CALIFORNIA BOARD OF EQUALIZATION
CALIFORNIA DEPT OF TAX
AND FEE ADMINISTRATION
450 N ST
SACRAMENTO, CA  95814

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.6** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CITY OF BUFFALO
TAX DEPARTMENT
5 NIAGARA SQUARE
ROOM 101
BUFFALO, NY  14202

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.7** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CLARENCE TOWN ASSESSOR
1 TOWN PLACE
CLARENCE, NY  14031

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.8** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

COLORADO DEPT OF REVENUE (UPS, FED EX)
1881 PIERCE ST, ENTRANCE B
LAKEWOOD, CO  80214

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Athenex, Inc. | | Case number (if known) | 23-90295 |
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.9 | **Priority creditor's name and mailing address**<br><br>CONNECTICUT DEPT OF REVENUE SERVICES<br>450 COLUMBUS BLVD., STE 1<br>HARTFORD, CT 06103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.10 | **Priority creditor's name and mailing address**<br><br>CRANFORD TAX COLLECTOR<br>8 SPRINGFIELD AVENUE<br>CRANFORD, NJ 07016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.11 | **Priority creditor's name and mailing address**<br><br>DELAWARE DIVISION OF REVENUE<br>540 S DUPONT HWY<br>DOVER, DE 19901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.12 | **Priority creditor's name and mailing address**<br><br>DISTRICT OF COLUMBIA<br>1101 4TH STREET, SW<br>STE 270<br>WASHINGTON, DC 20024<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.13 | **Priority creditor's name and mailing address**<br><br>FLORIDA DEPT OF REVENUE<br>5050 W TENNESSEE ST<br>TALLAHASSEE, FL 32399-0100<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Athenex, Inc | Case number (if known) | 23-90295 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.14 | **Priority creditor's name and mailing address**<br><br>GEORGIA DEPT OF REVENUE<br>1800 CENTURY CENTER BLVD., N.E.<br>STE 12000<br>ATLANTA, GA  30345-3205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.15 | **Priority creditor's name and mailing address**<br><br>HARRIS COUNTY TAX ASSESSOR<br>1001 PRESTON STREET<br>HOUSTON, TX  77002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.16 | **Priority creditor's name and mailing address**<br><br>HAWAII DEPT OF TAXATION<br>PO BOX 259<br>HONOLULU, HI  96809-0259<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.17 | **Priority creditor's name and mailing address**<br><br>IDAHO STATE TAX COMMISSION<br>11321 W CHINDEN BLVD<br>BOISE, ID  83714-1021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.18 | **Priority creditor's name and mailing address**<br><br>ILLINOIS DEPT OF REVENUE<br>555 W MONROE, STE 1100<br>CHICAGO, IL  60661<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor  Athenex, Inc.                                                Case number (if known) 23-90295
        (Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.19**  **Priority creditor's name and mailing address**

INDIANA DEPT OF REVENUE
100 N SENATE IGCN
RM N105
INDIANAPOLIS, IN  46204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.20**  **Priority creditor's name and mailing address**

IOWA DEPT OF REVENUE
1305 E WALNUT ST, 4TH FL
DES MOINES, IA  50319

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.21**  **Priority creditor's name and mailing address**

KANSAS DEPT OF REVENUE
120 SE 10TH AVE
TOPEKA, KS  66612-1588

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.22**  **Priority creditor's name and mailing address**

KENTUCKY DEPT OF REVENUE
501 HIGH ST, STATION 38
FRANKFORT, KY  40601-2103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.23**  **Priority creditor's name and mailing address**

LOUISIANA DEPT OF REVENUE
617 N THIRD ST
BATON ROUGE, LA  70802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

Debtor    Athenex, Inc.                                    Case number (if known)    23-90295
         (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| 2.24 | **Priority creditor's name and mailing address**<br><br>MAINE REVENUE SERVICES<br>51 COMMERCE DRIVE<br>AUGUSTA, ME  04330<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.25 | **Priority creditor's name and mailing address**<br><br>MARYLAND OFFICE OF THE COMPTROLLER<br>REVENUE ADMINISTRATION CENTER<br>TAXPAYER SERVICES DIVISION<br>110 CARROL ST<br>ANNAPOLIS, MD  21411-0001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.26 | **Priority creditor's name and mailing address**<br><br>MASSACHUSETTS DEPT OF REVENUE<br>DIVISION OF LOCAL SERVICES<br>100 CAMBRIDGE ST, 6TH FL<br>BOSTON, MA  02114-9569<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.27 | **Priority creditor's name and mailing address**<br><br>MATTHEI, JOHN<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ACCRUED PTO<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.28 | **Priority creditor's name and mailing address**<br><br>MICHIGAN DEPT OF TREASURY<br>MICHIGAN DEPARTMENT OF TREASURY<br>LANSING, MI  48922<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor    Athenex, Inc.                                    Case number (if known)    23-90295
          (Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.29** Priority creditor's name and mailing address

MINNESOTA DEPT OF REVENUE
600 N ROBERT ST. N
SAINT PAUL, MN  55101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.30** Priority creditor's name and mailing address

MISSISSIPPI STATE TAX COMMISSION
500 CLINTON CTR DR
CLINTON, MS  39056

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.31** Priority creditor's name and mailing address

MISSOURI DEPT OF REVENUE
301 W HIGH ST, RM 102
JEFFERSON CITY, MO  65101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.32** Priority creditor's name and mailing address

MONTANA DEPT OF REVENUE
PO BOX 5805
HELENA, MT  59604-5805

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.33** Priority creditor's name and mailing address

N.D. OFFICE OF STATE TAX COMMISSIONER
600 E BLVD AVE
DEPT 127
BISMARCK, ND  58505-0599

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Debtor | Athenex, Inc | | Case number (if known) | 23-90295 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.34 | **Priority creditor's name and mailing address**<br><br>NEBRASKA DEPT OF REVENUE<br>301 CENTENNIAL MALL S<br>LINCOLN, NE  68508<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.35 | **Priority creditor's name and mailing address**<br><br>NEVADA DEPT OF TAXATION<br>1550 COLLEGE PKWY<br>STE 115<br>CARSON CITY, NV  89706<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.36 | **Priority creditor's name and mailing address**<br><br>NEW HAMPSHIRE DEPT OF REVENUE ADMIN<br>109 PLEASANT ST<br>CONCORD, NH  03301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.37 | **Priority creditor's name and mailing address**<br><br>NEW JERSEY DEPT OF THE TREASURY<br>DIVISION OF ADMINISTRATION<br>PO BOX 211<br>TRENTON, NJ  08625-0211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.38 | **Priority creditor's name and mailing address**<br><br>NEW MEXICO TAXATION AND REVENUE<br>1200 S ST FRANCIS DRIVE<br>SANTA FE, NM  87504-0630<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor   Athenex, Inc.                                    Case number (if known)   23-90295

    (Name)

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.39 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |

**Priority creditor's name and mailing address**

NEW YORK DEPT. OF FINANCE
CORRESPONDENCE UNIT
ONE CENTRE ST, 22ND FL
NEW YORK, NY  10007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

2.40

**Priority creditor's name and mailing address**

NORTH CAROLINA DEPT OF REVENUE
501 N WILMINGTON ST
RALEIGH, NC  27604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

2.41

**Priority creditor's name and mailing address**

OHIO DEPT OF TAXATION
4485 NORTHLAND RIDGE BLVD
COLUMBUS, OH  43229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

2.42

**Priority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION
300 N BROADWAY AVE
OKLAHOMA CITY, OK  73102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

2.43

**Priority creditor's name and mailing address**

OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM, OR  97301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

Debtor  Athenex, Inc.                                    Case number (if known)  23-90295
        (Name)

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.44 | **Priority creditor's name and mailing address**<br><br>PENNSYLVANIA DEPT OF STATE<br>401 N ST<br>HARRISBURG, PA  17120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.45 | **Priority creditor's name and mailing address**<br><br>RHODE ISLAND DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI  02908-5800<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.46 | **Priority creditor's name and mailing address**<br><br>SOUTH CAROLINA DEPT OF REVENUE<br>300A OUTLET POINTE BOULEVARD<br>COLUMBIA, SC  29210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.47 | **Priority creditor's name and mailing address**<br><br>SOUTH DAKOTA DEPT OF REVENUE<br>445 E CAPITOL AVE<br>PIERRE, SD  57501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.48 | **Priority creditor's name and mailing address**<br><br>TENNESSEE DEPT OF REVENUE<br>500 DEADERICK ST<br>NASHVILLE, TN  37242<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor    Athenex, Inc.
          (Name)

Case number (if known)   23-90295

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.49** | **Priority creditor's name and mailing address**
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B JOHNSON STATE OFFICE BLDG
111 E 17TH ST
AUSTIN, TX 78774

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.50** | **Priority creditor's name and mailing address**
UTAH STATE TAX COMMISSION (FEDEX, UPS)
210 N 1950 W
SALT LAKE CITY, UT 84116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.51** | **Priority creditor's name and mailing address**
VERMONT DEPT OF TAXES
133 STATE ST
MONTPELIER, VT 05602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.52** | **Priority creditor's name and mailing address**
VILLAGE OF SCHAUMBURG
101 SCHAUMBURG COURT
SCHAUMBURG, IL 60193-1878

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.53** | **Priority creditor's name and mailing address**
VIRGINIA DEPT OF TAXATION
1957 WESTMORELAND STREET
RICHMOND, VA 23230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Athenex, Inc. | Case number (if known) | 23-90295 |
|--------|---------------|------------------------|----------|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.54** **Priority creditor's name and mailing address**

WASHINGTON STATE DEPT OF REVENUE
EXECUTIVE OFFICE
PO BOX 47450
OLYMPIA, WA  98504-7450

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.55** **Priority creditor's name and mailing address**

WEST VIRGINIA STATE TAX DEPT
1001 LEE ST EAST
CHARLESTON, WV  25301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.56** **Priority creditor's name and mailing address**

WISCONSIN DEPT OF REVENUE
2135 RIMROCK RD
MADISON, WI  53713

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.57** **Priority creditor's name and mailing address**

WYOMING DEPT OF REVENUE
122 WEST 25TH ST, STE E301
HERSCHLER BUILDING EAST
CHEYENNE, WY  82002-0110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☒ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor   Athenex, Inc.

Case number (if known)   23-90295

(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

BAKER & HOSTETLER LLP
P.O. BOX 70189
CLEVELAND, OH  44190-0189

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,868.00

---

**3.2** **Nonpriority creditor's name and mailing address**

BARCLAY DAMON LLP
P.O. BOX 1265
ALBANY, NY  12201-1265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,546.68

---

**3.3** **Nonpriority creditor's name and mailing address**

BASIC
PO BOX 88297
MILWAUKEE, WI  53288-8297

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$560.00

---

**3.4** **Nonpriority creditor's name and mailing address**

BUFFALO NIAGARA PARTNER
257 WEST GENESEE STREET, SUITE 600
BUFFALO, NY  14202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.5** **Nonpriority creditor's name and mailing address**

BUFFALO SECURITY & FIRE CO.
PO BOX 823
BUFFALO, NY  14207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$713.06

---

Debtor    Athenex, Inc.
          (Name)

Case number (if known)   23-90295

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.6** **Nonpriority creditor's name and mailing address**

C.A. LESCHAK CONSULTING
PO BOX 46281
PLYMOUTH, MN  55446

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,500.00

---

**3.7** **Nonpriority creditor's name and mailing address**

CDW
PO BOX 75723
CHICAGO, IL  60675-5723

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,228.47

---

**3.8** **Nonpriority creditor's name and mailing address**

CDW DIRECT
PO BOX 75723
CHICAGO, IL  60675-5723

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,077.24

---

**3.9** **Nonpriority creditor's name and mailing address**

CERIDIAN HCM
PO BOX 772830
CHICAGO, IL  60677-2830

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,300.00

---

**3.10** **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS
PO BOX 223085
PITTSBURGH, PA  15251-2085

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.75

---

Debtor   Athenex, Inc.
(Name)

Case number (if known)   23-90295

| | |
|---|---|
| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,685.63
Check all that apply.

CLIFTONLARSONALLEN LLP
PO BOX 775967
CHICAGO, IL  60677-5967

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $191,229.79
Check all that apply.

COMDOC, INC.
PO BOX 936697
ATLANTA, GA  31193-6697

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
COPIER LEASE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59,107.50
Check all that apply.

COMMERCE & FINANCE LAW
 6F NCI TOWER
A12 JIANGOUMENWI AVENUE
BEIJING  100022
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,296.12
Check all that apply.

COMPUTERSHARE, INC.
DEPT CH 19228
PALATINE, IL  60055-9228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,412.32
Check all that apply.

CONVENTUS PARKING, LLC
C/O ALLPRO PARKING, LLC
465 WASHINGTON STREET
BUFFALO, NY  14203-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Athenex, Inc.
          (Name)

Case number (if known) 23-90295

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.16** | **Nonpriority creditor's name and mailing address**

COOLEY, LLP
101 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA  94111-5800

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,886.05

---

**3.17** | **Nonpriority creditor's name and mailing address**

COPIER FAX BUSINESS TECHNOLO
465 ELLICOTT STREET
BUFFALO, NY  14203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.66

---

**3.18** | **Nonpriority creditor's name and mailing address**

COWEN & COMPANY, LLC
C/O GABRIEL D. PETCU
599 LEXINGTON AVENUE, 20TH FLOOR
NEW YORK, NY  10022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.19** | **Nonpriority creditor's name and mailing address**

CRICKLER VENDING INC.
900 JEFFERSON ROAD
BUILDING 5
ROCHESTER, NY  14623

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,850.34

---

**3.20** | **Nonpriority creditor's name and mailing address**

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL  60197-4349

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$535.23

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.21**   **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL SER
INC.
PO BOX 41602
PHILADELPHIA, PA  19101-1602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,454.25

---

**3.22**   **Nonpriority creditor's name and mailing address**

DELOITTE & TOUCHE LLP
P.O. BOX 844708
DALLAS, TX  75284-4708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$650,285.28

---

**3.23**   **Nonpriority creditor's name and mailing address**

DIGITAL MEDIA INNOVATIONS
11808 MIRACLE HILLS DRIVE
OMAHA, NE  68154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,761.27

---

**3.24**   **Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL, LLC
P.O. BOX 842282
BOSTON, MA  02284-2282

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,026.37

---

**3.25**   **Nonpriority creditor's name and mailing address**

DONOHOE ADVISORY ASSOCIATES
9801 WASHINGTONIAN BLVD
SUITE 340
GAITHERSBURG, MD  20878

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,950.00

| Debtor | Athenex, Inc. | Case number (if known) | 23-90295 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.26** **Nonpriority creditor's name and mailing address**

DUN & BRADSTREET
PO BOX 931197
ATLANTA, GA  31193-1197

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,289.93

---

**3.27** **Nonpriority creditor's name and mailing address**

ERGOS TECHNOLOGY PARTNERS, I
DEPT 2100
PO BOX 122100
DALLAS, TX  75312-2100

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,173.12

---

**3.28** **Nonpriority creditor's name and mailing address**

ERNST & YOUNG LLP
PITTSBG NTNL BNK- PITT 640382
PITTSBURGH, PA  15264-0382

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$242,721.09

---

**3.29** **Nonpriority creditor's name and mailing address**

EXYTE U.S., INC.
201 FULLER ROAD
SUITE 401
ALBANY, NY  12203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.30** **Nonpriority creditor's name and mailing address**

FED EX
PO BOX 371461
PITTSBURGH, PA  15250-7461

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$382.65

| **Part 2:** | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br><br>FORT SCHUYLER MANAGEMENT<br>257 FULLER ROAD<br>ALBANY, NY 12203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT LEASE LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,505,462.19 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br><br>FORT SCHUYLER MANAGEMENT<br>257 FULLER ROAD<br>ALBANY, NY 12203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $127,364.50 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br><br>GALLAGHER BENEFIT SERV<br>PO BOX 95148<br>CHICAGO, IL 60694-5148<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,909.39 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br><br>H.C. WAINWRIGHT & CO.<br>430 PARK AVENUE<br>NEW YORK, NY 10022<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.35 | **Nonpriority creditor's name and mailing address**<br><br>HANMI<br>14, WIRYESEONG-DAERO, SONGPA-GU<br>14, WIRYESEONG-DAERO, SONGPA-GU<br>SEOUL 138-724<br>SOUTH KOREA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ACCRUED ROYALTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Athenex, Inc. | Case number (if known) | 23-90295 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.36 | **Nonpriority creditor's name and mailing address**<br><br>HARRIS BEACH PLLC<br>726 EXCHANGE STREET<br>SUITE 1000<br>BUFFALO, NY 14210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88.74 |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br><br>HARTER SECREST & EMERY LLP<br>1600 BAUSCH & LOMB PLACE<br>SUITE 1000<br>ROCHESTER, NY 14604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $112,447.94 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br><br>HYMAN, PHELPS & MCNAMARA<br>700 THIRTEENTH STREET N.W.<br>SUITE 1200<br>WASHINGTON, DC 20005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,112.50 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br><br>IMAGINE STAFFING<br>892 MAIN STREET<br>BUFFALO, NY 14202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,848.00 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br><br>JOHN MCKENZIE<br>C/O SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>DEBORAH CLARK-WEINTRAUB AND JEFFREY P.<br>JACOBSON<br>THE HELMSLEY BUILDING, 230 PARK AVENUE, 17TH<br>FLOOR<br>NEW YORK, NY 10169<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Athenex, Inc. | Case number (if known) | 23-90295 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.41** **Nonpriority creditor's name and mailing address**

KANDJI, INC
501 WEST BROADWAY
SUITE 550
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.42** **Nonpriority creditor's name and mailing address**

LEVEL 3 COMMUNICATIONS
PO BOX 910182
DENVER, CO  80291-0182

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$970.79

---

**3.43** **Nonpriority creditor's name and mailing address**

LIFESCI ADVISORS, LLC
250 WEST 55TH STREET
SUITE 16B
NEW YORK, NY  10019

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$92,128.62

---

**3.44** **Nonpriority creditor's name and mailing address**

MASTERCONTROL
6350 SOUTH 3000 EAST
SALT LAKE CITY, UT  84121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,174.66

---

**3.45** **Nonpriority creditor's name and mailing address**

METRODATA SERVICES, INC.
403 MAIN STREET
SUITE 624
BUFFALO, NY  14203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.99

| Debtor | Athenex, Inc | | Case number (if known) | 23-90295 |
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.46**

**Nonpriority creditor's name and mailing address**

NATIONAL FUEL
PO BOX 371835
PITTSBURGH, PA  15250-7835

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,560.00

---

**3.47**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTES OF HEALTH
9000 ROCKVILLE PIKE
BUILDING 21, ROOM B1B55
BETHESDA, MD  20892

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCRUED ROYALTY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.48**

**Nonpriority creditor's name and mailing address**

PHILLIPS LYTLE LLP
ONE CANALSIDE
125 MAIN STREET
BUFFALO, NY  14203-2887

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,341.68

---

**3.49**

**Nonpriority creditor's name and mailing address**

PURE GREEN CLEANING SYSTEMS
465 MAIN STREET, B10
BUFFALO, NY  14203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,466.32

---

**3.50**

**Nonpriority creditor's name and mailing address**

QAD INC
15979 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,278.33

| Debtor | Athenex, Inc. | Case number *(if known)* | 23-90295 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $316.25

QUADIENT FINANCE USA, INC.
PO BOX 6813
CAROL STREAM, IL  60197-6813

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,583.78

RING CENTRAL, INC.
20 DAVIS DRIVE
BELMONT, CA  94002

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,499.54

ROBERT HALF INTERNATIONAL IN
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $833.33

SAFETYSKILLS, LLC
519 NW 23RD STREET
SUITE 200
OKLAHOMA CITY, OK  73103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $131,122.63

SAGARD HEALTHCARE ROYALTY PA
LP
161 BAY STREET, SUITE 5000
TORONTO, ON  M5J 2S1
CANADA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Athenex, Inc. | Case number (if known) | 23-90295 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.56** | **Nonpriority creditor's name and mailing address**

SCHRODER, JOSEPH
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$970.26

---

**3.57** | **Nonpriority creditor's name and mailing address**

SHRED-IT USA
23166 NETWORK PLACE
CHICAGO, IL  60673-1252

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,015.16

---

**3.58** | **Nonpriority creditor's name and mailing address**

STAPLES BUSINESS ADVANTAGE
PO BOX 105638
ATLANTA, GA  30348-5638

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$474.63

---

**3.59** | **Nonpriority creditor's name and mailing address**

SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NY  10004-2498

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,973.45

---

**3.60** | **Nonpriority creditor's name and mailing address**

TIMOTHY J. WONNELL
C/O BIELLI & KLAUDER, LLC
RYAN M. ERNST
1204 N. KING STREET
WILMINGTON, DE  19801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

Debtor    Athenex, Inc.
          (Name)

Case number (if known)   23-90295

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---:|

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,319.50

TRIONFO SOLUTIONS, LLC
ACCOUNTING DEPARTMENT (METLIFE)
333 W. PIERCE RD
ITASCA, IL  60143

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52,541.36

U.S. BANK EQUIPMENT FINANCE
P.O. BOX 790448
ST. LOUIS, MO  63179-0448

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,294.53

UBS FINANCIAL SERVICES INC
UBS WORKPLACE WEALTH SERVICES OPER
ATTN TONYA JACKS
NASHVILLE, TN  37238

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,031.00

VALUATION RESEARCH CORP
P.O. BOX 809061
CHICAGO, IL  60680-9061

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,377.86

VERTIV CORPORATION
1050 DEARBORN DRIVE
COLUMBUS, OH  43085

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Athenex, Inc. | Case number (if known) | 23-90295 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

3.66 **Nonpriority creditor's name and mailing address**

W.B. MASON CO., INC.
PO BOX 981101
BOSTON, MA  02298-1101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$221.47

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | EXYTE U.S., INC.<br>C/O PECKAR & ABRAMSON, P.C.<br>BRUCE D. MELLER, ESQ. & PETER E. MORAN, ESQ.<br>1325 AVENUE OF THE AMERICAS, 10TH FLOOR<br>NEW YORK, NY  10019 | Line 3.29 | |
| 4.2 | JOHN MCKENZIE<br>C/O LABATON SUCHAROW LLP<br>CORBAN S. RHODES & DAVID J. SCWARTZ<br>140 BROADWAY<br>NEW YORK, NY  10005 | Line 3.40 | |
| 4.3 | TIMOTHY J. WONNELL<br>C/O GAINEY MCKENNA & EGLESTON<br>GREGORY M. EGLESTON & THOMAS J. MCKENNA<br>501 FIFTH AVENUE, 19TH FLOOR<br>NEW YORK, NY  10017 | Line 3.60 | |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | **UNDETERMINED** |
| 5b. | Total claims from Part 2 | 5b. + | $4,682,316.20 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $4,682,316.20 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>Athenex, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-90295</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO LEASE, AUGUST 19, 2021 | 20 COMMERCE DRIVE ASSOCIATES, LLC<br>MACK CALI REALTY CORP, 343 THORNALL STREET<br>EDISON, NJ  08837 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT EXHIBIT A | ACCESS BIO LC<br>ATTN PRESIDENT<br>595 SALEM CHURCH RD, STE 201<br>BOYCE, VA  22620 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING SERVICES AGREEMENT | ADVANCED CELL & GENE THERAPY LLC<br>105 HIGHGROVE DR<br>CHAPEL HILL, NC  27516 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AND DEVELOPMENT AGREEMENT EFFECTIVE DECEMBER 11, 2017 | ALMIRALL LLC<br>707 EAGLEVIEW BLVD, SUITE 200<br>EXTON, PA  19341 |

Debtor  Athenex, Inc.

(Name)

Case number (if known) 23-90295

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AND DEVELOPMENT AGREEMENT EFFECTIVE DECEMBER 11, 2017 | ALMIRALL S.A.<br>RONDA DEL GENERAL MITRE 151<br>BARCELONA  08022<br>SPAIN |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #4 TO THE CONSULTING AGREEMENT | AMKRAUT, HAROLD<br>ADDRESS ON FILE |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSET PURCHASE AGREEMENT, FEBRUARY 1, 2017 | AMPHASTAR PHARMACEUTICALS, INC.<br>ATTN: GC, SVP OF CORPORATE ADMIN CTR<br>11570 6TH STREET<br>RANCHO CUCAMONGA, CA  91730 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLE DIRECT CUSTOMER AGREEMENT, SEPTEMBER 26, 2016 | APPLE, INC.<br>U.S. CONTRACTS OPERATIONS<br>1 INFINITE LOOP, M/S 318-6OPS<br>CUPERTINO, CA  95014 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETAINER LETTER | ARNOLD & PORTER<br>601 MASSACHUSETTS AVE NW<br>WASHINGTON, DC  20001-3473 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT EFFECTIVE JULY 23, 2021 | AVIR PHARMA INC.<br>ATTN: KALED KADRI<br>660 BOULEVARD INDUSTRIEL<br>BLAINVILLE, QB  QC J7C 3V4<br>CANADA |

Debtor    Athenex, Inc.
          (Name)                                              Case number (if known)   23-90295

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM II TO THE AGREEMENT | BARONE, JOSEPH S<br>ADDRESS ON FILE |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLINICAL TRIAL AGREEMENT EFFECTIVE AS OF MARCH 10, 2023 | BAYLOR COLLEGE OF MEDICINE<br>ONE BAYLOR PLAZA, CULLEN BUILDING<br>ATTN: ROBERT F. CORRIGAN<br>SUITE 106A<br>HOUSTON, TX  77030 |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERM SHEET FOR A LICENSE AND SUPPLY AGREEMENT, MARCH 3, 2021 | BELOTECA, INC.<br>ATTN: FREDERIK DEFESCHE<br>10525 VISTA SORRENTO PKWY, STE 100<br>SAN DIEGO, CA  92121 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROJECT PROPOSAL DATED 13 SEPTEMBER 2022 | BIOAGILYTIX LABS, LLC<br>2300 ENGLERT DRIVE<br>DURHAM, NC  27713 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT EFFECTIVE MARCH 9, 2022 | BIOPAS<br>PHARMA CONSULTING GROUP<br>AV. AQUILINO DE LA GUARDIA EDIF.<br>OCEAN BUSINESS PLAZA, PISO 17, OFICINE 11<br>PANAMA CITY<br>PANAMA |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT | BIOVEC PHARMA INC<br>1201 RUE DE CAPITAINE BERNIER<br>QUEBEC, QC  G1X 4Z1<br>CANADA |

Debtor    Athenex, Inc.                                                    Case Number (if known)  23-90295
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE TO USE BIOVEC PRODUCTS INCLUDING PROPRIETARY CELL LINES | BIOVEC PHARMA<br>ATTN: MANUEL CARUSO, PRESIDENT/CEO<br>1201 RUE DU CAPITAINE BERNIER<br>QUEBEC, QC  G1X 4Z1<br>CANADA |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUTUAL CONFIDENTIALITY AGREEMENT | BOYD CONSULTANTS LTD<br>ATTN CHIEF EXECUTIVE OFFICER<br>6TH FL, SOUTH BANK HOUSE<br>BARROW ST<br>DUBLIN 4<br>IRELAND |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT, MARCH 20, 2019 | BOYDS CONSULTANTS LTD<br>SOUTH BANK HOUSE<br>BARROW ST, 6TH FL<br>DUBLIN 4  DO4 TR29<br>IRELAND |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UMBRELLA DEVELOPMENT SERVICES AGREEMENT | BRAMMER BIO, LLC<br>13859 PROGRESS BOULEVARD<br>ALACHUA, FL  32615 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ANNUAL PM ON HIGH PURITY WATER SYSTEM, JUNE 2020 | C. S. KIMERIC, INC<br>ONE RIVER ROCK DRIVE, PO BOX 1048<br>BUFFALO, NY  14207 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | CA LESCHAK CONSULTING LLC<br>ATTN CONSTANCE LESCHAK<br>14385 4TH AVE N<br>PLYMOUTH, MN  55447 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERIC WHOLESALE SERVICE AGREEMENT, FEBRUARY 1, 2017 | CARDINAL HEALTH, INC., CARDINAL HEALTH 3, LLC; CARDINAL HEALTH, 104 LP; CARDINAL HEALTH 107, INC.; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 112, LLC; CARDINAL HEALTH 113, LLC; CARDINAL HEALTH P.R. 120, INC.<br>7000 CARDINAL PLACE<br>DUBLIN, OH  43017 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NATIONAL LOGISTICS CENTER AGREEMENT, FEBRUARY 27, 2017 | CARDINAL HEALTH, INC., CARDINAL HEALTH 3, LLC; CARDINAL HEALTH, 104 LP; CARDINAL HEALTH 107, INC.; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 112, LLC; CARDINAL HEALTH 411, INC.; CARDINAL HEALTH P.R. 120, INC.; DIK DRUG, INC.; KIN<br>7000 CARDINAL PLACE<br>DUBLIN, OH  43017 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CART SPECIFICITY STUDY, MARCH 10, 2022 | CHARLES RIVER LABORATORIES, INC.<br>251 BALLARDVALE STREET<br>WILMINGTON, MA  01887 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT, SEPTEMBER 2022 | CHARLES RIVER LABORATORIES, INC.<br>251 BALLARDVALE STREET<br>WILMINGTON, MA  01887 |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCLUSIVE SUPPLY AGREEMENT TERM SHEET, MAY 4, 2018 | CHIA TAI TIANQING PHARMACEUTICAL GROUP CO., LTD.<br>ATTN: MS. XIANG WENJING<br>NO. 16 JINQIAO RD. DAPU INDUSTRIAL PARK<br>LIANYUNGANG, JIANGSU  222069<br>CHINA |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT EFFECTIVE NOVEMBER 16, 2022 | CHONGQING SINTAHO PHARMACEUTICAL CO., LTD.<br>ATTN: AMY WU<br>600 LIUQING ROAD<br>MALIUZUI TOWN, BANAN DISTRICT<br>CHONGQING  401319<br>CHINA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT EFFECTIVE NOVEMBER 16, 2022 | CHONGQING SINTAHO PHARMACEUTICAL CO., LTD.<br>ATTN: AMY WU<br>600 LIUQING ROAD<br>MALIUZUI TOWN, BANAN DISTRICT<br>CHONGQING 401319<br>CHINA |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT EFFECTIVE NOVEMBER 16, 2022 | CHONGQING TAIHAO PHARMACEUTICAL CO., LTD.<br>ATTN: AMY WU<br>600 LIUQING ROAD<br>MALIUZUI TOWN, BANAN DISTRICT<br>CHONGQING 401319<br>CHINA |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT EFFECTIVE NOVEMBER 16, 2022 | CHONGQING TAIHAO PHARMACEUTICAL CO., LTD.<br>ATTN: AMY WU<br>600 LIUQING ROAD<br>MALIUZUI TOWN, BANAN DISTRICT<br>CHONGQING 401319<br>CHINA |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT EXTENSION | CHOY, VERONICA<br>ADDRESS ON FILE |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT, AUGUST 2019 | COMDOC INC<br>8247 PITTSBURG AVE NW<br>NORTH CANTON, OH 44720 |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2019 DOCUMENT MANAGEMENT AGREEMENT | COMDOC LEASING<br>PO BOX 10306<br>DES MOINES, IA 50306-0306 |

Debtor   Athenex, Inc.                                                    Case number (if known) 23-90295
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM #1 TO THE AGREEMENT | CORRIGAN MEDICAL WRITING INC<br>770 MONUMENT GULCH WAY<br>BELLVUE, CO 80512 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COWEN ENGAGEMENT LETTER DATED SEPTEMBER 17, 2021 | COWEN & COMPANY, LLC<br>C/O GABRIEL D. PETCU<br>599 LEXINGTON AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT AMENDMENT LETTER | CRICKLER VENDING COMPANY INC<br>ATTN PRESIDENT<br>900 JEFFERSON RD<br>ROCHESTER, NY 14623 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT ENTERED INTO AND EXECUTED ON 25 MAY 2022 | CYROGENE, A CRYOPORT COMPANY<br>9300 KIRBY DRIVE, SUITE 200<br>HOUSTON, TX 77054 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT CONTRACT | DANIEL LANG<br>ADDRESS ON FILE |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | DARK HORSE CONSULTING GROUP INC<br>ATTN CHIEF OPERATING OFFICER<br>1255 TREAT BLVD, STE 230<br>WALNUT CREEK, CA 94597 |

Debtor   Athenex, Inc.
         (Name)

Case Number (if known)   23-90295

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT, JANUARY 16, 2023 | DARK HORSE CONSULTING GROUP, INC.<br>1255 TREAT BOULEVARD, SUITE #230<br>WALNUT CREEK, CA  94597 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | DIRECT AXIS LLC<br>2005 KINARVA DR<br>PITTSBURGH, PA  15237 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT OF COOPERATIVE ASSOCIATION | D'YOUVILLE COLLEGE<br>ATTN MICHAEL MACEVOY, EXPERIENTIAL EDUC<br>320 PORTER AVE<br>BUFFALO, NY  14201 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLINICAL TRIAL COLLABORATION AND SUPPLY AGREEMENT EFFECTIVE OCTOBER 24, 2016 | ELI LILY AND COMPANY<br>LILLY CORPORATE CENTER ONCOLOGY BUSINESS UNIT<br>ATTN SVP, CLINICAL DEVELOPMENT &  MED AFFAIRS<br>893 S. DELAWARE<br>INDIANAPOLIS, IN  46285 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT, FEBRUARY 19, 2021 | ELSEVIER B.V.<br>C/O REGIONAL SALES OFFICE, ELSEVIER INC.<br>230 PARK AVENUE, SUITE 800<br>NEW YORK, NY  10169 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT, SEPTEMBER 30, 2021 | ESSJAY SOLUTIONS LTD.<br>TRIDENT COURT<br>1 OAKCROFT ROAD<br>CHESSINGTON, SURREY  KT9 1BD<br>UNITED KINGDOM |

Debtor   Athenex, Inc.                                    Case Number (if known)   23-90295
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER AGREEMENT | FOLEY & LARDNER LLP<br>ATTN DAVID L ROSEN<br>3000 K ST NW, STE 600<br>WASHINGTON, DC  20007-5109 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBLEASE AGREEMENT, JULY 1, 2015 | FORT SCHUYLER MANAGEMENT CORPORATION<br>ATTN: WALTER G BARBER<br>259 FULLER ROAD<br>ALBANY, NY  12203 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT, APRIL 17 ,2019 | FPM COMMUNICATIONS LLC<br>10 LAKE FARRINGTON DRIVE<br>NORTH BRUNSWICK, NJ  08902 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | FPM COMMUNICATIONS LLC<br>ATTN FRANCES P MARTINO<br>10 LAKE FARRINGTON DR<br>NORTH BRUNSWICK, NJ  08902 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MODIFIED ACCELERATED CLINICAL TRIAL AGREEMENED MADE AS OF APRIL 3, 2023 | FRED HUTCHINSON CANCER CENTER<br>ATTN: INDUSTRY CLINICAL CONTRACTS<br>CLINICAL RESEARCH SUPPORT<br>1100 FAIRVIEW AVE. N., MAIL STOP J3-329<br>SEATTLE, WA  98109 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT, APRIL 17 ,2019 | GEM PROGRAMMING SOLUTIONS<br>BIOHUB AT ALDERLY PARK<br>MACCLESFIELD, CHESIRE  SK10 4TG<br>UNITED KINGDOM |

Debtor   Athenex, Inc.
_____   Case number (if known) 23-90295
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT, MARCH 2022 | GENSCRIPT PROBIO USA INC. <br> 860 CENTENNIAL AVENUE <br> PISCATAWAY, NJ  08904 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | THREE-PARTY CLINICAL TRIAL PARTICIPATION AGREEMENT EFFECTIVE JUNE 19, 2020 | GLAXOSMITHKLINE, LLC <br> 1000 WINTER STREET <br> SUITE 3300 <br> ATTN: VP, MEDICAL AFFAIRS <br> WALTHAM, MA  02451 |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CLINICAL TRIAL AGREEMENT, FEBRUARY 15, 2021 | GREATER GLASGOW HEALTH BOARD <br> ROSS NICOL, COMMERCIAL RESEARCH COORDINATOR <br> RESEARCH & DEVELOPMENT, WARD 11 <br> DYKEBAR HOSPITAL, GRAHAMSTON ROAD <br> PAISLEY <br> SCOTLAND |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT EFFECTIVE DECEMBER 12, 2019 | GUANGZHOU XIANGXUE PHARMACEUTICAL CO., LTD. <br> 2 JINGFENGYUAN ROAD <br> GUANGZHOU <br> CHINA |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT EFFECTIVE DECEMBER 16, 2011 | HANMI PHARMACEUTICAL LTD. <br> 45 HANMI TOWER <br> BANG YEE-DONG SONGPA-GU <br> SEOUL  138-724 <br> SOUTH KOREA |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT EFFECTIVE AS OF OCTOBER 3, 2017 | HOVIONE LIMITED <br> ATTN: MARCO GIL <br> 40 LAKE DRIVE <br> EAST WINDSOR, NJ  08520 |

Debtor    Athenex, Inc.
_____
(Name)

Case number (if known)   23-90295

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIDENTIALITY AGREEMENT | HY-LEVEL CONSULTING LLC<br>430 NE 4TH ST, STE 1402<br>MIAMI, FL  33132 |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSING AND SUPPLY AGREEMENT, DECEMBER 4, 2016 | IMUNA PHARM FOR IV SOLUTIONS PRODUCTS<br>JARKOVA 269/17<br>SARISSKE MICHALANY  08222<br>SLOVAKIA |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RESEARCH AND SUPPLY AGREEMENT EFFECTIVE FEBRUARY 1, 2022 | INDENA S.P.A<br>VIALE ORTLES 12<br>MILAN  20139<br>ITALY |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PACKAGECARE AGREEMENT | INGERSOLL-RAND INDUSTRIAL U.S., INC.<br>800 BEATY STREET<br>DAVIDSON, NC  28036 |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT, JULY 8, 2016 | IRIS GLOBAL, LLC<br>1117 S. MILWAUKEE<br>SUITE 12B<br>ATTN MARITZA MONCAYO<br>LIBERTYVILLE, IL  60048 |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT CONTRACT | JEFFREY YORDON<br>ADDRESS ON FILE |

Debtor   Athenex, Inc.                                    Case Number (if known)   23-90295
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT CONTRACT | JOE ANNONI<br>ADDRESS ON FILE |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT CONTRACT | JOHNSON LAU<br>ADDRESS ON FILE |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT CONFIRMATION LETTER | KEKST AND COMPANY<br>D/B/A KEKST CNC<br>437 MADISON AVE, 37TH FL<br>NEW YORK, NY  10022 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | LI, YANCHUN LILY<br>ADDRESS ON FILE |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | LIFESCI ADVISORS LLC<br>ATTN ANDREW I MCDONALD<br>250 W 55TH ST, 34TH FL<br>NEW YORK, NY  10019 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER DATA PROCESSING AGREEMENT, SEPTEMBER 7, 2021 | LORENZ ARCHIV-SYSTEME GMBH<br>ESCHBORNER LANDSTRASSE 75<br>FRANKFURT/MAIN  60489<br>GERMANY |

Debtor      Athenex, Inc.                                          Case number (if known)   23-90295
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SOFTWARE LICENSE AND SERVICE AGREEMENT, SEPTEMBER 27, 2017 | LORENZ INTERNATIONAL LLC 1515 MARKET STREET, SUITE 1200 PHILADELPHIA, PA  19102 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | CONSULTING SERVICES AGREEMENT | M+W US INC ATTN GENERAL COUNSEL 1001 KLEIN RD, STE 400 PLANO, TX  75074 |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | CONSULTING SERVICES AGREEMENT REVISION 1 | M+W US INC ATTN GENERAL COUNSEL 1001 KLEIN RD, STE 400 PLANO, TX  75074 |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | CONSULTING SERVICES AGREEMENT | M+W US INC ATTN RAY LOU 201 FULLER RD, STE 401 ALBANY, NY  12203 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | CONSULTING SERVICES AGREEMENT REVISION 1 | M+W US INC ATTN RAY LOU 201 FULLER RD, STE 401 ALBANY, NY  12203 |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LEASE AGREEMENT, OCTOBER 15, 2015 | MAILFINANCE, INC. 1335 VALWOOD PKWY, SUITE 111 CARROLLTON, TX  75006 |

Debtor      Athenex, Inc.                                        Case Number (if known)   23-90295
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | MARTINEZ, SOFIA<br>ADDRESS ON FILE |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | END USER LICENSE AGREEMENT, JULY 30, 2015 | MASTERCONTROL, INC.<br>6330 SOUTH 3000 EAST, SUITE 200<br>SALT LAKE CITY, UT  84121 |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT EFFECTIVE MARCH 24, 2021 | MEGAPHARM LTD<br>HAPNINA STREET 8 (BUILDING D)<br>RAANANA  4321545<br>ISRAEL |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLINICAL TRIAL COLLABORATION AND SUPPLY AGREEMENT EFFECTIVE MAY 9, 2022 | MSD INTERNATIONAL BUSINESS GMBH<br>TRIBSCHENSTRASSE 60<br>ATTN DIRECTOR<br>LUZERN  6005<br>SWITZERLAND |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLINICAL TRIAL COLLABORATION AND SUPPLY AGREEMENT EFFECTIVE MAY 9, 2022 | MSD INTERNATIONAL GMBH<br>TRIBSCHENSTRASSE 60<br>ATTN: OFFICE OF SECRETARY ASSISTANT GENEARL COUNSEL, CORPORATE TRANSACTIONS<br>LUZERN  6005<br>SWITZERLAND |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL MANUFACTURING SERVICES AND SUPPLY AGREEMENT EFFECTIVE AUGUST 7, 2020 | MW ENCAP LTD<br>UNITS 4,5 & 6<br>OAKBANK PARK WAY<br>ATTN SITE MANAGER<br>WEST LOTHIAN  EH53 OTH<br>UNITED KINGDOM |

Debtor    Athenex, Inc.                                              Case Number (if known)    23-90295
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | NDA CONSULTING CORP<br>ATTN PRESIDENT<br>9977 N 90TH ST, STE 175<br>SCOTTSDALE, AZ  85258 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLINICAL TRIAL AGREEMENT, JUNE 2019 | NEWCASTLE UPON TYNE HOSPITALS NHS FOUNDATION TRUST<br>RESEARCH GOVERNANCE MANAGER<br>NEWCASTLE JOINT RESEARCH OFFICE, R&D, LVL 1, REGENT POINT, REGENT FARM ROAD<br>GOSFORTH  NE3 3HD<br>UNITED KINGDOM |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT EFFECTIVE JULY 2, 2020 | NUWAGEN LIMITED<br>608-613 IC DEVELOPMENT CENTRE<br>ATTN: RAYMOND YEUNG<br>6 SCIENCE PARK WEST AVE HKSP, SHATIN<br>HONG KONG<br>CHINA |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MODIFIED ACCELERATED CLINICAL TRIAL AGREEMENED MADE AS OF MAY 8, 2023 | OREGON HEALTH & SCIENCE UNIVERSITY<br>ATTN: OFFICE OF GENERAL COUNSEL<br>3181 SW SAM JACKSON PARK ROAD, MC 1,585<br>PORTLAND, OR  97239 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER MANUFACTURING SERVICES AGREEMENT EFFECTIVE AUGUST 15, 2020 | PATHEON PHARMACEUTICALS INC.<br>2110 EAST GALBRAITH ROAD<br>CINCINNATI, OH  45237 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGULATORY AND MEDICAL WRITING SUPPORT, JANUARY 2023 | PHARMADIRECTIONS, INC.<br>15100 WESTON PARKWAY, SUITE 101<br>CARY, NC  27513 |

Debtor    Athenex, Inc.
(Name)

Case number (if known)    23-90295

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT EFFECTIVE DECEMBER 16, 2013 | PHARMAESSENTIA CORP<br>13F, NO. 3 YUANQU STREET<br>ATTN: CHIEF EXECUTIVE OFFICER<br>NANKANG DISTRICT<br>TAIPEI  115<br>TAIWAN |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT EFFECTIVE DECEMBER 8, 2011 | PHARMAESSENTIA CORP<br>13F, NO. 3 YUANQU STREET<br>ATTN: CHIEF EXECUTIVE OFFICER<br>NANKANG DISTRICT<br>TAIPEI  115<br>TAIWAN |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT, JUNE, 2018 | PRODUCTLIFE LIMITED<br>THE JEFFREYS BUILDING<br>ST JOHN'S INNOVATION PARK<br>COWLEY ROAD<br>CAMBRIDGE  CB4 0DS<br>UNITED KINGDOM |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT, MAY 2018 | PROFESSOR ANDREW M WARDLEY<br>ASH TREE COTTAGE, 72 THE VILAGE, THURSTONLAND<br>WEST YORKSHIRE  HD46XX<br>UNITED KINGDOM |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER LABORATORY SERVICES AGREEMENT , SEPTEMBER 2022 | Q SQUARED SOLUTIONS LLC<br>2400 ELLIS ROAD<br>DURHAM, NC  27703 |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL LABORATORY SERVICES AGREEMENT, MARCH 2021 | Q SQUARED SOLUTIONS LLC<br>5827 SOUTH MIAMI BOULEVARD<br>ATTN HEAD OF LABORATORY<br>MORRISVILLE, NC  27560 |

Debtor   Athenex, Inc.                                          Case Number 23-90295
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.95 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THREE-PARTY CLINICAL TRIAL PARTICIPATION AGREEMENT EFFECTIVE JUNE 19, 2020 | QUANTUM LEAP HEALTH CARE COLLABORATIVE<br>3450 CALIFORNIA STREET, 2ND FLOOR<br>SAN FRANCISCO, CA  94118 |
| 2.96 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT CONTRACT | RUDOLF KWAN<br>ADDRESS ON FILE |
| 2.97 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | SALLEY, JENISE<br>ADDRESS ON FILE |
| 2.98 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 TO THE CONSULTING AGREEMENT | SAVINI CONSULTING LLC<br>ATTN YUKIKO Y SAVINI, OWNER<br>494 DALEVILLE RD<br>COCHRANVILLE, PA  19330 |
| 2.99 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BINDING TERM SHEET, OCTOBER 2016 | SCIECURE FOR COMPOUNDED PHARMACEUTICAL PRODUCTS<br>11 DEERPARK DRIVE<br>UNIT 120<br>MONMOUTH JUNCTION, NJ  08852 |
| 2.100 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT, JANUARY 10, 2023 | SCILUCENT, INC.<br>ATTN: LEGAL COUNSEL<br>585 GROVE STREET, SUITE 300<br>HERNDON, VA  20170 |

Debtor    Athenex, Inc.                                          Case Number (if known)    23-90295
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT TO PROVIDE PHARMACEUTICAL SUPPORT SERVICES EFFECTIVE FEBRUARY 15, 2017 | SENTRY BIOPHARMA SERVICES, INC.<br>4605 DECATUR BLVD<br>ATTN TIMOTHY MITCHELL & RANDY LLOYD<br>INDIANAPOLIS, IN  46241 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT EFFECTIVE JUNE 28, 2021 | SEQIRUS PTY LTD<br>45 POPLAR ROAD<br>PARKVILLE, VIC  3052<br>AUSTRALIA |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CUSTOMER SERVICE AGREEMENT REGULAR SERVICE, MAY 2015 | SHRED-IT USA LLC<br>440 LAWRENCE BELL DR.<br>WILLIAMSVILLE, NY  14221 |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT EFFECTIVE SEPTEMBER 4, 2020 | SPECTRUM CHEMICALS MANUFACTURING CORPORATION<br>769 JERSEY AVENUE<br>ATTN REBECCA LAMPERT<br>NEW BRUNSWICK, NJ  08901 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUALITY AGREEMENT, SEPTEMBER 4, 2019 | SPEED GLOBAL SERVICES<br>299 KENMORE AVE.<br>KENMORE, NY  14207 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | STARODUB BV<br>ATTN VALENTYNA STARODUB, FOUNDER/CEO<br>INDUSTRIESTRAAT 14<br>NULAND  5391 BR<br>THE NETHERLANDS |

Debtor    Athenex, Inc.                                          Case number (if known)   23-90295
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT, DECEMBER 15, 2021 | SUMMIT MEDICAL WRITING GROUP, INC. (AND MARK SOBNOSKY)<br>(AND MARK SOBNOSKY)<br>2315 SUMMIT DRIVE<br>HILLSBOROUGH, NC  27278 |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT | SYNOLOSTATS LLC<br>13 EWING DR<br>FLEMINGTON, NJ  08822 |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT EFFECTIVE AS OF MAY 25, 2016 | TELERX MARKETING, INC.<br>2200 RENAISSANCE BLVD., SUITE 370<br>KING OF PRUSSIA, PA  19406 |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLINICAL COLLABORATION AGREEMENT, APRIL 2020 | THE CHRISTIE NHS FOUNDATION TRUST<br>R&D OFFICE, CHRISTIE NHS FOUNDATION TRUST<br>MANCHESTER CANCER RESEARCH CENTRE, 2ND FLOOR<br>WILMSLOW ROAD<br>MANCHESTER  M20 4BX<br>UNITED KINGDOM |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLINICAL TRIAL AGREEMENT AMENDMENT NO. 1, DATED JANUARY 20, 2020 AND AMENDED MAY 6, 2021 | THE ROYAL MARSDEN NH FOUNDATION TRUST<br>FULHAM ROAD<br>LONDON  SW3 6JJ<br>UNITED KINGDOM |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT STAFFING SERVICES AGREEMENT, JUNE 14, 2016 | THE STEELY GROUP, LLC<br>1211 W. 22ND STREET<br>OAK BROOK, IL  60523 |

Debtor   Athenex, Inc.

(Name)

Case Number (if known)   23-90295

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PATENT LICENSE AGREEMENT - EXCLUSIVE, JULY 27, 2021 | THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, AS REPRESENTED BY NATIONAL CANCER INSTITUTE AN INSTITUTE OR CENTER OF THE NIH<br>NIH, LICENSE COMPLIANCE AND ADMINISTRATION MONITORING & ENFORCEMENT, OTT<br>6011 EXECUTIVE BOULEVARD, SUITE 325<br>ROCKVILLE, MD  20852-3804 |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLINICAL TRIAL AGREEMENT, DECEMBER 22, 2016 | THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO<br>HEALTH SCIENCE CENTER AT SAN ANTONIO<br>CHRIS GREEN, CPA, DIRECTOR, OSP<br>7703 FLOYD CURL DRIVE, MC 7828<br>SAN ANTONIO, TX  78229 |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ACCLERATE CLINICAL TRIAL AGREEMENT DATED SEPTEMBER 16, 2022 | UNIVERSITY OF CALIFORNIA, ON BEHALF OF ITS SAN FRANCISCO CAMPUS<br>UCSF OFFICE OF SPONSORED RESEARCH<br>INDUSTRY CONTRACTS DIVISION<br>BOX 1209, 490 ILLINOIS ST., 5TH FL.<br>SAN FRANCISCO, CA  94143 |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT EFFECTIVE MARCH 8, 2022 | UP PHARMA, S.A. DE C.V.<br>ATTN: ANDREA SCHOETZ<br>6TH FL, DEL VALLE, AV. INSURGENTES SUR 670<br>BENITO JUAREZ<br>MEXICO CITY  3100<br>MEXICO |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AND SUPPLY AGREEMENT, APRIL 15, 2021 | USV PRIVATE LIMITED<br>ARVIND VITHAL GANDHI CHOWK<br>B.S.D. MARG STATION RD., GOVANDI EAST<br>MUMBAI, MH  4000088<br>INDIA |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT EFFECTIVE APRIL 25, 2013 | ZENRX LIMITED<br>156 FREDERICK STREET<br>PO BOX 1777<br>DUNEDIN<br>NEW ZEALAND |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Athenex, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 23-90295 |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☒ Yes. |

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1  ATHENEX PHARMA SOLUTIONS, LLC | 11342 MAIN STREET CLARENCE, NY  14031 | OAKTREE FUND ADMINISTRATION, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.2  ATHENEX PHARMACEUTICAL DIVISION, LLC | 10 N. MARTINGALE ROAD SUITE 230 SCHAUMBURG, IL  60173 | OAKTREE FUND ADMINISTRATION, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.3  CELL MEDICA, INC. | 6200 SAVOY DRIVE SUITE 1200 HOUSTON, TX  77036 | OAKTREE FUND ADMINISTRATION, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.4  KUUR THERAPEUTICS INC. | CONVENTUS BUILDING 1001 MAIN STREET SUITE 600 BUFFALO, NY  14203 | OAKTREE FUND ADMINISTRATION, LLC | ☒ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Athenex, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 23-90295 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/19/2023
          MM / DD / YYYY

✗ /s/ JOE ANNONI
Signature of individual signing on behalf of debtor

JOE ANNONI
Printed name

CHIEF FINANCIAL OFFICER
Position or relationship to debtor