IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ATHENEX INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90295 (DRJ)<br><br>(Jointly Administered)<br><br>**Re Docket No. 316** |

**NOTICE OF TRANSACTION CLOSING REGARDING ORDER (I) AUTHORIZING (A) THE SALE OF ORASCOVERY ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES AND THE ASSUMPTION AND ASSIGNMENT OF THE ASSUMED CONTRACTS AND (B) THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE PURCHASE AGREEMENT AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on June 22, 2023, the Court entered its *Order (I) Authorizing (A) the Sale of Orascovery Assets Free and Clear of Liens, Claims, and Encumbrances and the Assumption and Assignment of the Assumed Contracts and (B) the Debtors to Enter into and Perform Under the Purchase Agreement and (II) Granting Related Relief* [Docket No. 316] (the "Sale Order"). The Sale Order approved, among other things, that certain Stalking Horse Asset Purchase Agreement (the "APA") dated June 6, 2023 between Debtor Athenex R&D LLC, Athenex, Inc. (collectively, "Athenex") and C-MER Specialty Group Limited or its designee Health Hope Pharma Ltd. A copy of the APA is attached to the Sale Order as Schedule 1.

**PLEASE TAKE FURTHER NOTICE** that the Closing of the APA has occurred and that the Closing Date is July 7, 2023.[2]

[*Remainder of Page Intentionally Left Blank*]

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/athenex. The location of Athenex, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 1001 Main Street, Suite 600, Buffalo, NY 14203.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the APA.

DOCS_LA:349996.2 14039/002

| | |
|---|---|
| Dated: July 7, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Maxim B. Litvak*<br>Michael D. Warner (SBT 00792304)<br>Maxim B. Litvak (SBT 24002482)<br>Benjamin L. Wallen (SBT 24102623)<br>440 Louisiana Street, Suite 900<br>Houston, TX 77002<br>Telephone: (713) 691-9385<br>Facsimile:  (713) 691-9407<br>mwarner@pszjlaw.com<br>mlitvak@pszjlaw.com<br>bwallen@pszjlaw.com<br><br>-and-<br><br>Richard M. Pachulski (admitted *pro hac vice*)<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>Shirley S. Cho (admitted *pro hac vice*)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile:  (310) 201-0760<br>rpachulski@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>scho@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Maxim B. Litvak*
Maxim B. Litvak

2