IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>ATHENEX INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90295 (DRJ)<br><br>(Jointly Administered)<br><br>**Re Docket No. 400** |

**NOTICE OF CONTINUED HEARING ON DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) APPROVING DISPOSITION OF CERTAIN ESTATE INTERCOMPANY CLAIMS AND EQUITY INTERESTS IN CONNECTION WITH WIND DOWN OF FOREIGN OPERATIONS; (II) AUTHORIZING THE DEBTORS TO TAKE CERTAIN ACTIONS OUTSIDE THE ORDINARY COURSE OF BUSINESS TO EFFECT FOREIGN COMPANY WIND DOWNS; AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on May 14, 2023, the above-referenced debtors and debtors in possession (the "Debtors") commenced these Chapter 11 Cases in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on July 7, 2023, the Debtors filed their *Emergency Motion For Entry Of An Order (I) Approving Disposition Of Certain Estate Intercompany Claims And Equity Interests In Connection With Wind Down Of Foreign Operations; (II) Authorizing The Debtors To Take Certain Actions Outside The Ordinary Course Of Business To Effect Foreign Company Wind Downs; And (III) Granting Related Relief* [Docket No. 400] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion has been re-scheduled for **July 26, 2023 at 1:00 p.m.** (prevailing Central Time). The hearing will be held in Courtroom 400, Floor 4, 515 Rusk, Houston, Texas 77002. You may participate in the hearing in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is **205691**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's homepage. The meeting code is "**JudgeJones**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Hearing. To make your appearance, click the "Electronic

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/athenex. The location of Athenex, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 1001 Main Street, Suite 600, Buffalo, NY 14203.

1

DOCS_NY:47988.1 14039/002

Appearance" link on Judge Jones's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance. All documents filed in this chapter 11 case are available free of charge by visiting https://dm.epiq11.com/athenex. Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: July 14, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Michael D. Warner* |
| | Michael D. Warner (SBT 00792304) |
| | Maxim B. Litvak (SBT 24002482) |
| | Benjamin L. Wallen (SBT 24102623) |
| | 440 Louisiana Street, Suite 900 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile:  (713) 691-9407 |
| | mwarner@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| | bwallen@pszjlaw.com |
| | |
| | -and- |
| | |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | Shirley S. Cho (admitted *pro hac vice*) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile:  (310) 201-0760 |
| | rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | scho@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

/s/ Michael D. Warner
Michael D. Warner