**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Main Case No: 23-90295 | Name of Debtor: Athenex, Inc. |
| Adversary No: N/A | Style of Adversary: N/A |
| | |
| Witnesses: | |
| Richard W. Ward | Judge: Marvin Isgur |
| Richard Gervase | Courtroom Deputy: Sierra Thomas-Anderson |
| Persons designated by other parties | Hearing Date: April 29, 2024 |
| | Hearing Time: 1:30 |
| | Party's Name: PharmaEssentia Corp |
| | Attorney's Name: Richard W. Ward |
| | Attorney's Phone: 214-769-8639 |
| | Nature of Proceeding: Motion of PharmaEssentia Corp for Interpretation of Chapter 11 Plan to Enforce Rights Under 11 U.S.C. §365(n) |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | License Agreement dated December 8, 2011, between Kinex and PharmaEssentia Corp | | | | |
| 2 | First Amendment to License Agreement | | | | |
| 3 | Second Amendment to License Agreement | | | | |
| 4 | Schedule G filed by Athenex, Inc.; document 307 page 108 of 114 | | | | |
| 5 | Order Confirming Plan of Reorganization in case 23-90295, Document number 595 | | | | |
| 6 | Letter dated November 20, 2023, from Richard Gervase to PharmaEssentia Corp | | | | |
| 7 | Letter dated November 30, 2023, from Richard W. Ward to Richard Gervase | | | | |
| 8 | Judicial Notice of Documents Filed in Case no. 23-90295 | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.

Respectfully submitted,

/s/ Richard W. Ward
Richard W. Ward
Texas Bar No. 20846350
6304 Teal Ct.
Plano, TX 75024
Telephone: (214)769-8639
Email: rwward@airmail.net
Attorney for PharmaEssentia Corp

Certificate of Service

I, the undersigned, hereby certify that on April 23, 2024, the foregoing and copies of listed exhibits were served by email on the following:
    counsel for ATNX SPV, LLC and its parent Sagard Healthcare Royalty Partners, LP:
        Richard Gervase at RGervase@mintz.com and
        Eric Blythe at ERBlythe@mintz.com;
    counsel for the Debtor:
        Maxim B. Litvak at mlitvak@pszjlaw.com
        Shirley S. Cho at scho@pszjlaw.com

All other parties receiving ECF notices in this case.

/s/ Richard W. Ward
Richard W. Ward